Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

### for the

Northern District of Georgia

_____ Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 20 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Andrea L Marion

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Experian Information Solutions, Inc. ("Experian"),
Transunion, LLC ("Transunion"),
Equifax Information Services, LLC ("Equifax"),
Commercial Services Group ("CSG")

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   1:23-CV-597-MLB-JCF

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☐ Yes   ☐ No

Amended
## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Andrea L Marion |
| Address | 3201 Kenelworth Dr apt 5 |
| | East Point | GA | 30344 |

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|
| County | FULTON |
| Telephone Number | 716-342-5798 |
| E-Mail Address | marional01@mail.buffalostate.edu |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | EXPERIAN INFORMATION SOLUTIONS, INC |
| Job or Title *(if known)* | |
| Address | 475 ANTON BLVD |
| | COSTA MESA | CA | 92626 |

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity        ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Transunion, LLC |
| Job or Title *(if known)* | |
| Address | 555 W. Adams St |
| | Chicago | IL | 60661 |

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|
| County | Cook |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity        ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| Name | Equifax Information Services, LLC | | |
|---|---|---|---|
| Job or Title *(if known)* | | | |
| Address | 1550 Peachtree Street, NW, H46 | | |
| | Atlanta | GA | 30309 |
| | *City* | *State* | *Zip Code* |
| County | Fulton | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

| Name | Commercial Services Group | | |
|---|---|---|---|
| Job or Title *(if known)* | | | |
| Address | 2001 Newmarket Drive | | |
| | Lousiville | KY | 40222 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☐    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?
ATLANTA, GA

B.     What date and approximate time did the events giving rise to your claim(s) occur?
Beginning around Janaury 2021 until March 2023

C.     What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
I pulled my credit report in April 2021 and noticed the account: Capital One Auto Finance- account # 620515XXXXXXXXXXXX was reporting inaccurately with missing payment history, incomplete account numbers and it was reporting CO (charged off) since January 2021, but the account never reflected it was past due any prior months. I alerted Experian by sending letters in April 2021, June 2021, September 2021, February 2022, April 2022, June 2022, September 2022, and October 2022 (EXHIBIT E) disputing the accuracy of these accounts and requested Experian to reinvestigate the accounts pursuant to 15 USC 1681i (a)(1)(A), to ensure they were reporting maximum possible accuracy pursuant to 15 USC 1681e(b).
 Experian received my dispute letters and opened their reinvestigation for Capital One Auto Finance on May 6, 2021, and completed their investigation on May 20, 2021, with the report# 0827-3395-52 (EXHIBIT A). After their investigation I pulled my credit report again to see if the account was modified or deleted but it still showed the account was incomplete and inaccurate by reporting previously CO (charged off) to reporting collection for May 2021. The account was never sold/transferred to a

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have suffered emotional distress, depression, anxiety, embarassment and humilation. Because of the constant inaccurate reportings on my account and the multiple attempts I have tried to rectify this issue and being denied due to the failure of the Defendants to comply with the FCRA and FDCPA I have suffered a tremenedous loss of my unborn child. I was pregant in June 2022 and during this time I was trying to get my credit report fixed with the removal of these erroenous acocunts to purchase a home but the Defendants negligence and willfullness to not comply with FCRA and FDCPA caused me to stress and eventually become depressed seeing I was not going to be able to ensure a home for me and my family even though I did everything right. I eventually ended up losing my child in July 2022 due to a miscarriage from all the pain and suffering the Defandants has caused me.

I lost sleep, my appetite and it eventually affected my work performance to cause me to be late or call out from work a few times throughout the week. My hair was falling out and I started to lose weight which made me even more depressed.

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am seeking relief for statutory damages- up to $1000 per violation.

I am also seeking Actual Damages- credit card denial for American Express, Capital One, X1 and Chase credit cards. Also denial for a homeowners program for Rent to Own with Divvy. Also the stress and depression of this matter caused me to lose my pregancy and have a miscarriage.

Punitive Damages

I am seeking $20,000 for the actual, statutory and punitive damages.

I want equitable relief as well which is deleting and suppressing all the accounts listed in my complaint from all the consumer reporting agencies. I am also requesting these accounts to have the balances /debt waived to avoid further collections.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        03/15/2023

Signature of Plaintiff

Printed Name of Plaintiff      Andrea L Marion

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | | |
| --- | --- | --- |
| *City* | *State* | *Zip Code* |

Telephone Number

E-mail Address

## STATEMENT OF CLAIM: CASE# 1:23-CV-597-MLB-JCF

## (Continued from complaint form...)

# EXPERIAN:

collection company.

I disputed the account again for accuracy by submitting another letter to Experian on June 29, 2021, and they opened a reinvestigation on July 6, 2021, and the investigation was completed on July 19, 2021, via report # 4190-1630-82. Before the investigation, payments were reporting on time until December 2020 before reporting charge off January- May 2021, but after the investigation, the account reports no payment data for November-December 2020 and March 2021 as you can see in **EXHIBIT A.**

I sent a third letter for another reinvestigation for accuracy to Experian and they received it on August 27, 2021, and the dispute was open on August 31, 2022, and completed on September 3, 2021, as well as another letter was received on September 16, 2021, and dispute was opened September 20, 2021, and completed on September 24, 2021. Both investigations were completed via Report# 3526-0046-89 & 3796-8201-16 shows the account was updated but they updated the reporting back to November-December 2020 being on time, but March 2021 still was missing payment data as you can see in **EXHIBIT A.**

I pulled my credit report again beginning February 2022 and sent a few more disputes for accuracy that Experian received on March 4, 2022, April 1, 2022, April 12, 2022, June 8, 2022, October 12, 2022 (**EXHIBIT A**). Each reinvestigation was completed and the account once again came back with the same results of verified as accurate or updated but the account is still as of March 2023 reporting missing payments. Experian advised in their report number 0470-0402-25 on May 2, 2022, report number 1284-3145-21 on June 30, 2022 & report number 0900-0421-91 on November 4, 2022, that their investigation was complete and both accounts were accurately reporting but like the previous investigation results they were still inaccurately reporting missing payment history. Experian claimed Capital One Auto Finance "has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.". Yet it was in fact not accurate, and my current credit report for March 2023 shows the account is still missing payment data for March 2021 and now for March 2022. Experian has failed to undertake a reasonable investigation & follow reasonable procedures of the disputed credit information to ensure maximum possible accuracy under 15 USC 1681e(b), failed to remove inaccurate information under 15 USC 1681i (5) and 15 USC 1681s-2(b).

In October 2022, I sent a certified letter via mail to Experian requesting a reinvestigation to ensure accuracy on the account: **US DEPT OF ED/GLELSI for account numbers: 927679XXXX & 927677XXXX** because both were reporting inaccurate payment history. Experian came back with report number 4256-7217-41 on November 9, 2022, stating both accounts have been updated (**Exhibit B**) but they were not updated to have the account report accurately or complete because both are still missing payment history from the date the account opens. US DEPT OF ED/GLELSI- account number: 927679XXXX opened January 23, 2018, but no payment history is reflected until January 2019. Payment data missing from December 2019- May 2019. US DEPT OF ED/GLELSI-account number: 927677XXXX opened October 26, 2017, but no payment data is reporting for the full year of 2018, only payment reporting in 2019 is in November and then no payment data again from December 2019- May 2020 (**EXHIBIT B**). This is incomplete and inaccurate and as of March 2023 the account has not reflected accurate even after Experian confirmed they did their job and followed reasonable procedures that the account was in fact accurate. Experian has failed to undertake a reasonable investigation & follow reasonable procedures of the disputed credit information to ensure maximum possible accuracy under 15 USC 1681e(b), failed to remove inaccurate information under 15 USC 1681i (5) and 15 USC 1681s-2(b).

**FED LOAN SERV- 744826XXXXXXXXXXX:** submitted dispute for this account in October 2022 to have Experian the accuracy of this account. It is reporting six (6) times on my consumer report with the same account number but different open dates. I disputed each one due to they were all missing payment history from the date the accounts were open, missing payment data for the years the account was reporting on time, not showing when the account was closed, and the account numbers being incomplete due to the actual account number for these accounts do not have any X's in it. An investigation was opened on October 20, 2022, and completed on November 9, 2022, report# 4256-7217-41 stating the accounts were updated but no changes were made to make the account report accurately going forward (**EXHIBIT B**). Experian has failed to undertake a reasonable investigation & follow reasonable procedures of the disputed credit information to ensure maximum possible accuracy under 15 USC 1681e(b), failed to remove inaccurate information under 15 USC 1681i (5) and 15 USC 1681s-2(b).

**CCS/BRYANT STATE BANK- account# 521044XXXXXXXXXX** I first submitted my dispute on October 15, 2021, for a reinvestigation for accuracy of the account when I notice no account info was reporting like a balance or payment history, but the account is reflected as open. Experian opened their investigation on October 18, 2021, and completed their investigation via October 25, 2021, Report# 0578-8864-88 and it shows the account was updated but nothing was updated or changed, and the account still reflected no payment history, balance, or status if the account but still open. I submitted more disputes between March 2022-March 2023 and each investigation results came back the same as verified as accurate and/or updated as you can see in **EXHIBIT C**. Experian has failed to undertake a reasonable investigation & follow reasonable procedures of the disputed credit information to ensure maximum possible accuracy under 15 USC 1681e(b), failed to remove inaccurate information under 15 USC 1681i (5) and 15 USC 1681s-2(b).

I also submitted CFPB complaint 230306-10523527 (EXHIBIT for these accounts above on March 6, 2023, to try and resolve my dispute before pursuing litigation. Experian opened a dispute for reinvestigation on March 14, 2023, and as of March 15, 2023, the results for all six accounts **FED LOAN SERV- 744826XXXXXXXXXXX** were updated but again still reporting inaccurately (**EXHIBIT D**).

My consumer report contains inaccurate and incomplete information and as a federally protected consumer I notified Experian of the alleged inaccuracies by submitting dispute letters requesting the reinvestigation of the accounts listed. Experian received each of my disputes as shown in my **EXHIBITS A-D** and opened a reinvestigation into these accounts to verify accuracy and completeness. Once their investigation was completed, Experian came back with results each time that these accounts were verified as accurate and/or updated but pulling my credit report over and over and reviewing the accounts after there "reinvestigation" only proved to me that Experian violated 15 USC 1681i by failing to conduct a reasonable investigation to ensure maximum possible accuracy under 15 USC 1681e(b) and is liable under 15 USC 1681o & 15 USC 1681n.

# EQUIFAX:

I reviewed my consumer report in February of 2022 and noticed a few accounts were reporting inaccurate and/or incomplete. I know that under the FCRA 15 USC 1681s-2(b) requires a creditor who has been notified by a CRA that a consumer has disputed information furnished by that creditor to investigate the dispute & report the results of the investigation to the consumer reporting agency & if any information was inaccurate, report the results of the investigation to the other CRAs. "Johnson v. MBNA Am. Bank, NA, 357 F.3d 426, 429-30 (4th Cir. 2004)".
I submitted multiple disputes to Equifax, in which they received each letter on 4/12/2022, 6/8/2022, 6/28/2022, 9/20/2022 & the last one was recently in January 2023 all certified mail sent with return receipts proving someone signed for them (**EXHIBIT F**). Once they received my disputes to reinvestigate the accounts: CAPITAL ONE AUTO FINANCE (620515XXXXXXXXXXX), US DEPT. OF EDUCATIO (927679XXXX) , US DEPT OF ED/GLELSI (375625XXXXXXXXXX), BRYANT STATE BANK (521044XXXXXXXXXX), AUSTIN CAPITAL BANK (800884XXXX) for accuracy under 15 USC 1681e(b), they opened an investigation. Equifax responded with the accounts being verified as accurate and/or updated but each account in dispute were still reporting inaccurate.

**CAPITAL ONE AUTO FINANCE (620515XXXXXXXXXXX)** is reporting the account on time since opening 11/19/2019 until it reports closed & CO (charged off) in January 2021. However, as of March 2023 the account reflects an on-time payment was made in March 2021 but how can that be when the account is closed and charged off. Yet, Equifax has came back with there reinvestigation as verified as accurate. **(EXHIBIT G-I)**

**US DEPT OF ED/GLELSI- account number 375625XXXXXXXXXX** reports the account was opened October 26, 2017, but no payment history is showing until January 2019. Equifax is missing 2 years' worth of payment history since the account opened. **US DEPT. OF EDUCATIO- account**

number **927679XXXX** reports the account was opened January 23, 2018, but no payment is showing to me made until January 2019. Equifax is missing payment history from 2018-February 2019. **(EXHIBIT G-I)**

**AUSTIN CAPITAL BANK- account number 800884XXXX** reports the account is closed but still reporting on time payments as of February 2023. This account has been closed since October 22, 2022, as shown in **EXHIBIT G-I**. Also, the account does not reflect it was ever disputed by me which is a violation of 15 USC 1681s-2(3).

I filed a CFPB complaint# 220302-8223625 on March 2, 2022, due to Equifax has not followed reasonable procedures to remove inaccurate information from my consumer report after many attempts. Equifax responded to this complaint on March 8, 2022, stating an investigation with the furnisher has been imitated and when the furnishing company provides their findings, they will send those results to me. **(EXHIBIT F)**

My consumer report contains inaccurate and incomplete information and as a federally protected consumer I notified Equifax of the alleged inaccuracies by submitting dispute letters requesting the reinvestigation of the accounts listed. Equifax received each of my disputes and opened a reinvestigation into these accounts to verify accuracy and completeness. Once their investigation was completed, Equifax came back with results each time that these accounts were verified as accurate and/or updated but reviewing the accounts after there "reinvestigation" " only proved to me that Equifax violated 15 USC 1681i by failing to conduct a reasonable investigation to ensure maximum possible accuracy under 15 USC 1681e(b) and is liable under 15 USC 1681o & 15 USC 1681n.

# **Transunion:**

I reviewed my consumer report in February of 2022 and noticed a few accounts were reporting inaccurate and/or incomplete. I know that under the FCRA 15 USC 1681s-2(b) requires a creditor who has been notified by a CRA that a consumer has disputed information furnished by that creditor to investigate the dispute & report the results of the investigation to the consumer reporting agency & if any information was inaccurate, report the results of the investigation to the other CRAs. "Johnson v. MBNA Am. Bank, NA, 357 F.3d 426, 429-30 (4th Cir. 2004)".

I submitted multiple disputes to Transunion, in which they received on 3/29/2022, June 2022, 9/8/2022 and the last one was in December 2023 all mailed certified with return receipts proving someone signed for them **(EXHIBIT J)**. Once they received my disputes to reinvestigate the accounts: CAPITAL ONE AUTO FINANCE (620515XXXXXXXXXXXX), US DEPT. OF EDUCATIO (927679XXXX) , US DEPT OF ED/GLELSI (375625XXXXXXXXXX), BRYANT STATE BANK (521044XXXXXXXXXX), AUSTIN CAPITAL BANK (800884XXXX) for accuracy under 15 USC 1681e(b), they opened an investigation. Transunion  responded with the accounts being verified as accurate and/or updated but each account in dispute were still reporting inaccurate with incomplete account numbers, inaccurate payment history and statuses.  Investigation was completed and I received results dated 4/10/2022, 4/12/2022, 6/22/2022, 6/25/2022 and 2/2/2023.

**Capital One Auto Finance (620515XXXXXXXXXXXX):** Transunion is reporting this account with no payment history reflecting to ensure it was reporting accurate before being charged off. Also, the account number is partially complete and not fully complete because my actual account number does not even have X's in it. Five Star Bank is reporting closed and charged off as bad debt, but the account is in fact open and active and was never closed or charged off. Transunion responded each time that the account was accurate and/or updated the account but still was reporting inaccurate as pf March 2023. EXHIBITS J shows the results of the reinvestigation Transunion has claimed they done but it only updated the account and not corrected the inaccuracy or remove it.

**AUSTINCAPBK (800884XXXX)** is reporting the account as 60 days past due but only reflecting 30 days past due in September 2022 as of March 2023. Yet, Transunion stated the account was verified as accurate in their last investigation with the results dating 2/2/2023. The account is also not reflecting it was disputed in the comments section which violates 15 USC 1681s-2(3).

**FEDLOAN** is reporting 6 (six) times on my consumer report with same account number **744826XXXXXXXXXXXX** and each one is missing 1-2 years of payment history from the time the account opened as of March 2023 but Transunion results from my last dispute shows they investigated this inaccuracy and upon completion they updated the account on 2/2/2023 but payment history still missing.

**USDOE/GLELSI (927679XXXX) & USDOE/GLELSI (927677XXXX)** shows both accounts missing payment history from the time the account was opened even still after Transunion's last investigation dated 2/2/2023. USDOE/GLELSI (927677XXXX) opened October 26, 2017, but no payment history is reflected until November 2019 then it stops reporting any payment data from December 2019-May 2020. USDOE/GLELSI (927679XXXX) opened January 23, 2018 but no payment history is reflected until February 2019 and then stops reporting any payment data from December 2019-May 2020. According to Transunion's last investigation for accuracy dated 6/25/2022 the account was updated but no proper investigation was actually done to the account is still reporting inaccurate and incomplete.

**CELTIC/CONT (534636XXXXXX)** does not reflect it had ever been disputed by me, the consumer in the comments section which is a violation of 15 USC 1681s-2(3). Transunion completed its last reinvestigation for accuracy for this account on 2/2/2023 and shows the account was purchased by another lender but was also paid in full and was a charged off. How can the account be paid in full but charged off? The payment history in the investigation results shows it charged off September 2022 but it was actually charged off August 2022.

**COMMERCIAL SERVICES GROUP- account# U20179XXXXXXXX** for accuracy as well as verification and validation to ensure I am obligated to pay this alleged debt. An investigation was completed because the account shows in the comments that it was disputed by me, the consumer but nothing changed. The account is reporting as a collection but with an open status which is inaccurate due to collections are accounts that went into default with the original creditor and was closed and sold to a debt collector so how can the account be re-opened if the creditor is not the one furnishing this information and is the only one who can re-open the account. As of March 2023, Transunion is still reporting this account inaccurately.

I filed a CFPB complaint on March 2, 2022 (220302-8223624) & May 28, 2022 (220528-8796311) due to Transunion has not followed reasonable procedures to remove inaccurate information from my consumer report after many attempts. Transunion responded to this complaint on April 7, 2022 & July 9, 2022, stating the accounts were verified as accurate and/or updated. (**EXHIBIT K**)

My consumer report contains inaccurate and incomplete information and as a federally protected consumer I notified Transunion of the alleged inaccuracies by submitting dispute letters requesting the reinvestigation of the accounts listed. Transunion received each of my disputes and opened a reinvestigation into these accounts to verify accuracy and completeness. Once their investigation was completed, Transunion came back with results each time that these accounts were verified as accurate and/or updated but reviewing the accounts after there "reinvestigation" " only proved to me that Transunion violated 15 USC 1681i by failing to conduct a reasonable investigation to ensure maximum possible accuracy under 15 USC 1681e(b) and is liable under 15 USC 1681o & 15 USC 1681n.

I am aware that each requirement of the FCRA which Experian, Equifax and Transunion fails to comply with, holds the company liable for $1000.00 per action and pursuant to 15 U.S.Code § 1681i when an investigative report is prepared, no adverse information in a consumer report may be included in a subsequent consumer report unless the reported was verified. Each month this false information was incorrectly verified making Experian, Equifax, and Transunion liable for each consecutive reporting shown in EXHIBIT . Negligence is neglecting requirements that should be known. I, the consumer, made Experian, Equifax, and Transunion aware of, prior and continued failures of reasonable procedures as seen in Exhibit (**A-K**). I have reason to believe and do so believes due to Experian, Equifax, and Transunion business practices, Experian, Equifax, and Transunion actions are liable under 15 U.S. Code § 1681o for the actual damages caused to me, the consumer in fact. Actual damages this has caused me was denial of credit cards and a mortgage loan

## COMMERCIAL SERVICES GROUP:

I reviewed my consumer report in January of 2021 and noticed a collection being reported to my consumer report from Commercial Services Group (CSG), a debt collector. A debt collector is defined under the FDCPA as "any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another." (15 USC 1692a(6)). I initially sent CSG a letter requesting the validation of this alleged debt and they sent back electronic documents printed out as shown in **EXHIBIT L**. These documents did not provide me with the requested information I requested to validate nor verify this4 account as to be mines. There is no signature on any of these documents proving I ever went into business with CSG or have a contract with them to be obligated to owe this alleged debt to them. Nothing within the subsection of 15 U.S.Code § 1692g(a), validates a debt. This section of the FDCPA simply states a requirement of the debt collector to deliver to I the consumer and affiant, in the process of validating a debt. No debt has been validated, and I have never admitted any liability of this alleged debt in the past and I do not claim liability now. No proof of claim can be validated without the requested information especially since I never received anything from CSG before they reported this alleged debt on my consumer report.

I also tried to resolve this alleged debt by requesting a pay to delete which means for my payment they would delete the account. I emailed Linda Wise whom at the time was identified in her email responses back to me as President. I emailed Linda requesting a pay to delete settlement arrangement in in which she notified me that the original creditor of the account which is Charter Communications did not accept my offer of 30% of the balance due to that was all I had at the time due to COVID-19 and lost my job. During this communication Linda advised me that CSG has received at least nine E-Oscar disputes on this account since October 2019 so this confirms that CSG gas received each of my disputes by Transunion to investigate the account for accuracy. Linda advised they already provided their response and documentation validating the alleged debt. I asked for Charter Communications contact information and was advised by Linda that she couldn't give it to me, and I would have to find a way to contact them or keep communication with CSG. CSG is a debt collector by the responses via email they communicated they were a debt collector as seen in **EXHIBIT L.**

I submitted my dispute to Transunion to verify the accuracy of this account and upon completion of their investigation, I was sent via mail Transunion results dating 4/10/2022 & 6/22/2022 (**EXHIBIT J**) and they stated they investigated the information I disputed, and the disputed information was verified as accurate. I know that under the FCRA 15 USC 1681s-2(b) requires a creditor who has been notified by a CRA that a consumer has disputed information furnished by that creditor to investigate the dispute & report the results of the investigation to the consumer reporting agency & if any information was inaccurate, report the results of the investigation to the other CRAs. "Johnson v. MBNA Am. Bank, NA, 357 F.3d 426, 429-30 (4th Cir. 2004)".

CSG was notified by Transunion that I was disputing the accuracy of the account and was requesting a reinvestigation into the account and if was found to inaccurate as I had shown then the account must be deleted. CSG verified the account was accurate to Transunion even though the account is reporting as a collection account but with an OPEN status which is inaccurate due to collections are accounts that went into default with the original creditor and was closed and sold to a debt collector so how can the account be re-opened if the creditor is not the one furnishing this information and is the only one who can re-open the account. As of my previous disputes in 2022 and March 2023, CSG has failed to conduct a reasonable investigation of this account and has failed to review all the relevant information provided by Transunion which were screenshots of this account and the inaccuracies marked. CSG failed to modify or delete the account knowing it was inaccurate after their investigation but instead informed Transunion many times the account was accurate.

I emailed CSG again on October 27, 2022 asking them to provide once again a contract between me and CSG showing we did business together in which I authorize them to have my personal information and to communicate with me without my consent. Under 15 USC 1692c (a) states "Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt". I never gave permission to CSG to communicate with me nor got a court order stating they have consent to do so. Emali McGaughey, Compliance Officer for CSG responded on October 28, 2022, with attached documents as you can see in **EXHIBT L**. I then asked Emali where they partner, an affiliate or have any ownership or control with Charter Communications because I never gave them my personal information nor owe them an alleged debt since no contract was formed between me and CSG. In **EXHIBIT L** you can see the communication between me and Emali before no

response was made again to my dispute/claim. I also filed a CFPB complaint against CSG on February 24, 2022, as you can see in **EXHIBIT L.**

My consumer report contains inaccurate and incomplete information and as a federally protected consumer I notified Transunion of the alleged inaccuracies by submitting dispute letters requesting the reinvestigation of the accounts listed. Transunion received each of my disputes and notified the debt collector CSG of my dispute and a request for reinvestigation for accuracy. Transunion opened a reinvestigation into these accounts to verify accuracy and completeness and once their investigation was completed with CSG, Transunion came back with results each time that the account was verified as accurate. After pulling my report again and reviewing the account after there "reinvestigation", it was still reporting inaccurate and was not modified or deleted. Under the FCRA 15 USC 1681s-2(b) requires a creditor who has been notified by a CRA that a consumer has disputed information furnished by that creditor to investigate the dispute & report the results of the investigation to the consumer reporting agency & if any information was inaccurate, report the results of the investigation to the other CRAs. "Johnson v. MBNA Am. Bank, NA, 357 F.3d 426, 429-30 (4th Cir. 2004)".  I alerted Transunion of a dispute regarding the allegedly erroneous information that it reported by sending in dispute letters in which they confirmed they received and open a re-investigation. Transunion alerted CSG, which triggers their duty to investigate. The EXHIBITS J & L  show the CSG failed to undertake a reasonable investigation of the disputed credit information. Commercial Services Group has violated 15 USC 1681s-2(b) by failing to conduct a reasonable investigation to ensure maximum possible accuracy under 15 USC 1681e(b) and is liable under 15 USC 1681o & 15 USC 1681n.

# EXHIBIT A

**Account Dispute Opened**

You have opened an Account Dispute on your Experian credit report.


May 06, 2021 •••



The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been received and should be completed by 05/28/2021.

**Source:**
Experian

**Date Submitted:**
Apr 29, 2021

**Estimated Resolution Date:**
May 28, 2021

**Report Number:**
0827-3395-52

**Account Number:**
620515XXXXXXXXXXX

Company:

🖨 **Print report**

**Report Number 0827-3395-52**          Date Generated  May 20, 2021

---

**SANTANDER CONSUMER USA**                    ⬆ Updated
Account · 300002XXXXXXXXXXX

The item you disputed has been updated, which may include an update to the
disputed information. Please review your report for the details.

                                    **View Details >**

---

**CAPITAL ONE AUTO FINAN**   —Incomplete /
Account · 620515XXXXXXXXXXX     Inaccurate    ⬆ Updated

The item you disputed has been updated, which may include an update to the
disputed information. Please review your report for the details.

                                    **View Details >**

0827-3395-52

Date generated
May 20, 2021

### Additional info

The original amount of this account was $9,613



### Contact Info

Address                PO BOX 961211,
                       FORT WORTH TX 76161



### Your Statement

Y ITEM DISPUTED BY CONSUMER

### Reinvestigation Info

This item was updated from our processing of your dispute in Jul 2020.

---

## CAPITAL ONE AUTO FINAN

incomplete/inaccurate

Account • 620515XXXXXXXXXXX    acct #

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact CAPITAL ONE AUTO FINAN at PO BOX 259407, PLANO , TX 75025 or (800) 946-0332



Updated

---



### After your dispute



### Account Info

incomplete

| | | | |
|---|---|---|---|
| Account Name | **CAPITAL ONE AUTO FINANCE** | Balance | **$1,258** |
| Account Number | **620515XXXXXXXXXXX** | Balance Updated | **05/13/2021** |
| Account Type | **Auto Loan** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **11/19/2019** | Original Balance | **$22,899** |
| Status | **Collection account. $6,709 written off. $1,258 past due as of May 2021.** | Highest Balance | **$0** |
| | | Terms | **75 Months** |
| Status Updated | **05/2021** | On Record Until | **Sep 2027** |

inaccurate

### Payment History

|      | J  | F  | M  | A  | M | J | J | A | S | O | N | D |
|------|----|----|----|----|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | C | — | — | — | — | — | — | — |
| 2020 | ✓  | ✓  | ✓  | ✓  | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | —  | —  | —  | —  | — | — | — | — | — | — | ✓ | ✓ |

✓   Current on payments    C   Collection

CO   Charge off

**Payment history guide**

Collection as of May 2021

Charge Off as of Jan 2021 to Apr 2021

*violation of*
*15 USC 1681S-2(b)*

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Mar 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **Jan 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **Dec 2020** | **$1,258** | **$488** | **$0 on 10/8/2020** |
| **Nov 2020** | **$1,258** | **$488** | **$0 on 10/8/2020** |
| **Oct 2020** | **$1,258** | **$488** | **$1,627 on 10/8/2020** |
| **Sep 2020** | **$6,718** | **$488** | **$0 on 8/10/2020** |
| **Aug 2020** | **$6,718** | **$488** | **$15,604 on 8/10/2020** |
| **Jul 2020** | **$22,233** | **$488** | **$500 on 7/6/2020** |
| **Jun 2020** | **$22,455** | **$488** | **$500 on 6/3/2020** |
| **May 2020** | **$22,682** | **$488** | **$0 on 4/3/2020** |
| **Apr 2020** | **$22,398** | **$488** | **$245 on 4/3/2020** |
| **Mar 2020** | **$22,369** | **$488** | **$244 on 3/31/2020** |
| **Feb 2020** | **$22,327** | **$488** | **$750 on 2/27/2020** |
| **Jan 2020** | **$22,507** | **$488** | **$600 on 1/23/2020** |
| **Dec 2019** | **$22,815** | **$488** | **$490 on 12/26/2019** |
| **Nov 2019** | **$23,013** | **$488** | **$0** |

**Account Dispute Opened**

Jul 06, 2021  •••

You have opened an Account Dispute on your Experian credit report.

The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been received and should be completed by 07/28/2021.

**Source:**
Experian

**Date Submitted:**
Jun 29, 2021

**Estimated Resolution Date:**
Jul 28, 2021

**Report Number:**
4190-1630-82

**Account Number:**
620515XXXXXXXXXXX

Exhibit A-1

Report Number **4190-1630-82**          Date Generated  **Jul 19, 2021**

**CAPITAL ONE AUTO FINAN**

Account • 620515XXXXXXXXXXX           Updated

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

View Details >

**Account Dispute Updated**

Jul 19, 2021  •••

Your Account Dispute has been updated.



The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been updated.

**Source:**
Experian

**Date Submitted:**
Jun 29, 2021

**Report Number:**
4190-1630-82

**Account Number:**
620515XXXXXXXXXXX

**Company:**
CAPITAL ONE AUTO FINANCE

**Address:**
Po Box 259407, Plano, TX 75025

Prepared For

## ANDREA L MARION

Personal & Confidential

**Date Generated**  Jul 19, 2021
**Report Number**  4190-1630-82

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### CAPITAL ONE AUTO FINAN

Account • 620515XXXXXXXXXXX



Updated

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact CAPITAL ONE AUTO FINAN at PO BOX 259407, PLANO , TX 75025 or (800) 946-0332

 **After your dispute**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **CAPITAL ONE AUTO FINANCE** | Balance | **$1,258** |
| Account Number | **620515XXXXXXXXXXX** | Balance Updated | **07/13/2021** |
| Account Type | **Auto Loan** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **11/19/2019** | Original Balance | **$22,899** |
| Status | **Account charged off/Never late. $6,709 written off. $1,258 past due as of Jul 2021.** | Highest Balance | **$0** |
| | | Terms | **75 Months** |

| Account Name | **CAPITAL ONE AUTO FINANCE** | Balance | **$1,258** |
|---|---|---|---|
| Account Number | **620515XXXXXXXXXXX** | Balance Updated | **05/31/2021** |
| Account Type | **Auto Loan** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **11/19/2019** | Original Balance | **$22,899** |
| Status | **Account charged off. $6,709 written off. $1,258 past due as of May 2021.** | Highest Balance | **$0** |
|  |  | Terms | **75 Months** |
| Status Updated | **01/2021** | On Record Until | **Sep 2027** |

## $  Payment History

*charge off*

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | **CO** | **CO** | **CO** | **CO** | **CO** | – | – | – | – | – | – | – |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | – | – | – | – | – | – | – | – | – | – | ✓ | ✓ |

*on time*

✓   Current on payments      CO   Charge off

### Payment history guide

Charge Off as of May 2021, Jan 2021 to Apr 2021

Collection as of May 2021

## $≣  Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Mar 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **Jan 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **Dec 2020** | **$1,258** | **$488** | **$0 on 10/8/2020** |
| **Nov 2020** | **$1,258** | **$488** | **$0 on 10/8/2020** |
| **Oct 2020** | **$1,258** | **$488** | **$1,627 on 10/8/2020** |
| **Sep 2020** | **$6,718** | **$488** | **$0 on 8/10/2020** |
| **Aug 2020** | **$6,718** | **$488** | **$15,604 on 8/10/2020** |
| **Jul 2020** | **$22,233** | **$488** | **$500 on 7/6/2020** |
| **Jun 2020** | **$22,455** | **$488** | **$500 on 6/3/2020** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Feb 2020 | $22,327 | $488 | $750 on 2/27/2020 |
| Jan 2020 | $22,507 | $488 | $600 on 1/23/2020 |
| Dec 2019 | $22,815 | $488 | $490 on 12/26/2019 |
| Nov 2019 | $23,013 | $488 | $0 |

### Additional info

The original amount of this account was $22,899



### Contact Info

Address            PO BOX 259407,
                     PLANO TX 75025



### Comment

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

**Previous:**

Account previously in dispute - investigation complete, reported by data furnisher

May 2021, Mar 2021



### Your Statement

Y ITEM DISPUTED BY CONSUMER



### Reinvestigation Info

This item was updated from our processing of your dispute in Jul 2021.



## Before your dispute



### Account Info

| Status Updated | | 01/2021 | | | On Record Until | | | | Jul 2027 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**$ Payment History**

*(handwritten: before dispute was reporting "CO")*

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2021** | **CO** | **CO** | ND | **CO** | **CO** | **CO** | **CO** | – | – | – | – | – |
| **2020** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND |
| **2019** | – | – | – | – | – | – | – | – | – | – | ✓ | ✓ |

*(handwritten: Before dispute was reporting on time)*

✓   Current on payments    CO   Charge off

ND   No data for this period

**Payment history guide**

Charge Off as of Apr 2021 to Jul 2021, Feb 2021, Jan 2021

**$≡ Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **May 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **Mar 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **Jan 2021** | **$1,258** | **$0** | $0 on 10/8/2020 |
| **Dec 2020** | **$1,258** | **$488** | **$0 on 10/8/2020** |
| **Nov 2020** | **$1,258** | **$488** | **$0 on 10/8/2020** |
| **Oct 2020** | **$1,258** | **$488** | **$1,627 on 10/8/2020** |
| **Sep 2020** | **$6,718** | **$488** | **$0 on 8/10/2020** |
| **Aug 2020** | **$6,718** | **$488** | **$15,604 on 8/10/2020** |
| **Jul 2020** | **$22,233** | **$488** | **$500 on 7/6/2020** |
| **Jun 2020** | **$22,455** | **$488** | **$500 on 6/3/2020** |
| **May 2020** | **$22,682** | **$488** | **$0 on 4/3/2020** |
| **Apr 2020** | **$22,398** | **$488** | **$245 on 4/3/2020** |
| **Mar 2020** | **$22,369** | **$488** | **$244 on 3/31/2020** |

**Account Dispute Opened**

You have opened an Account Dispute on your Experian credit report.

Aug 31, 2021   •••

The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been received and should be completed by 09/25/2021.

**Source:**
Experian

**Date Submitted:**
Aug 27, 2021

**Estimated Resolution Date:**
Sep 25, 2021

**Report Number:**
3526-0046-89

**Account Number:**
620515XXXXXXXXXXX

Company:

Exhibit A-2

**Account Dispute Updated**

Sep 03, 2021  •••

Your Account Dispute has been updated.



The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been updated.

**Source:**
Experian

**Date Submitted:**
Aug 27, 2021

**Report Number:**
3526-0046-89

**Account Number:**
620515XXXXXXXXXXX

**Company:**
CAPITAL ONE AUTO FINANCE

**Address:**
Po Box 259407, Plano, TX 75025



● **CAPITAL ONE AUTO FINAN** **$1,258**

**7 potentially negative months** Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE AUTO FINAN** | Balance | **$1,258** |
| Account number | **620515XXXXXXXXXXX** | Balance updated | **Aug 23, 2021** |
| Original creditor | - | Original balance | **$22,899** |
| Company sold | - | Monthly payment | - |
| Account type | **Auto Loan** | Past due amount | **$1,258** |
| Date opened | **Nov 19, 2019** | Highest balance | - |
| Open/closed | **Closed** | Terms | **75 Months** |
| Status | **Charge-off** | Responsibility | **Individual** |
| Status updated | **Jan 2021** | Your statement | **\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER** |

### Payment history

*Inaccurate! Missing pymt data* (handwritten)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | – | CO | CO | CO | CO | CO | – | – | – | – |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | – | – | – | – | – | – | – | – | – | – | ✔ | ✔ |

✔ On Time    CO Charge off

– Data Unavailable

**Account Dispute Opened**

Sep 20, 2021  •••

You have opened an Account Dispute on your Experian credit report.

The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been received and should be completed by 10/15/2021.

**Source:**
Experian

**Date Submitted:**
Sep 16, 2021

**Estimated Resolution Date:**
Oct 15, 2021

**Report Number:**
3796-8201-16

**Account Number:**
620515XXXXXXXXXXX

**Company:**

Exhibit. A-3

**Account Dispute Updated**                                      Sep 24, 2021  •••

Your Account Dispute has been updated.



The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been updated.

**Source:**
Experian

**Date Submitted:**
Sep 16, 2021

**Report Number:**
3796-8201-16

**Account Number:**
620515XXXXXXXXXXX

**Company:**
CAPITAL ONE AUTO FINANCE

**Address:**
Po Box 259407, Plano, TX 75025

 **experian.**

● **CAPITAL ONE AUTO FINAN**                                         **$1,258**
   **8 potentially negative months**                                    Closed

### Account info

| Account name | **CAPITAL ONE AUTO FINAN** | Balance | **$1,258** |
|---|---|---|---|
| Account number | **620515XXXXXXXXXXX** | Balance updated | **Sep 03, 2021** |
| Original creditor | **-** | Original balance | **$22,899** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Auto Loan** | Past due amount | **$1,258** |
| Date opened | **Nov 19, 2019** | Highest balance | **-** |
| Open/closed | **Closed** | Terms | **75 Months** |
| Status | **Charge-off** | Responsibility | **Individual** |
| Status updated | **Jan 2021** | Your statement | **\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER** |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | — | CO | CO | CO | CO | CO | CO | — | — | — |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

✓ On Time    CO Charge off
— Data Unavailable

**Account Dispute Opened**

Mar 10, 2022  •••

You have opened an Account Dispute on your Experian credit report.

The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been received and should be completed by 04/02/2022.

**Source:**
Experian

**Date Submitted:**
Mar 04, 2022

**Estimated Resolution Date:**
Apr 02, 2022

**Report Number:**
0195-5924-71

**Account Number:**
620515XXXXXXXXXXX

**Company:**

A4

**Account Dispute Updated**

Your Account Dispute has been updated.

Mar 15, 2022  •••



The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been updated.

**Source:**
Experian

**Date Submitted:**
Mar 04, 2022

**Report Number:**
0195-5924-71

**Account Number:**
620515XXXXXXXXXXX

**Company:**
CAPITAL ONE AUTO FINANCE

**Address:**
Po Box 259407, Plano, TX 75025

 experian.

## ● CAPITAL ONE AUTO FINAN — $1,258

**14 potentially negative months** — Closed

### 🗐 Account info

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE AUTO FINAN** | Balance | **$1,258** |
| Account number | **620515XXXXXXXXXXX** | Balance updated | **Mar 11, 2022** |
| Original creditor | **-** | Original balance | **$22,899** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Auto Loan** | Past due amount | **$1,258** |
| Date opened | **Nov 19, 2019** | Highest balance | **-** |
| Open/closed | **Closed** | Terms | **75 Months** |
| Status | **Charge-off** | Responsibility | **Individual** |
| Status updated | **Jan 2021** | Your statement | **\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER** |

### 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | CO | CO | CO | - | - | - | - | - | - | - | - | - |
| 2021 | CO | CO | - | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | - | - | - | - | - | - | - | - | ✓ | ✓ |

Prepared For

## ANDREA L MARION

**Personal & Confidential**

**Date Generated** Mar 23, 2022
**Report Number** 0195-5924-71

*(handwritten: A5)*

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### SANTANDER CONSUMER USA

Account • 300002XXXXXXXXXXX



Updated

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact SANTANDER CONSUMER USA at PO BOX 961211, FORT WORTH , TX 76161 or (888) 222-4227

 **After your dispute**

 **Account Info**

| Account Name | **SANTANDER CONSUMER USA** | Balance | - |
|---|---|---|---|
| Account Number | **300002XXXXXXXXXXX** | Balance Updated | - |
| Account Type | **Auto Loan** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | $0 |
| Date Opened | **10/23/2017** | Original Balance | $9,613 |
| Status | **Paid, Closed.** | Highest Balance | $0 |
| Status Updated | **12/2019** | Terms | 61 Months |

Experian

 **Payment History**

No payment history available to display.

 **Contact Info**

Address       **500 E 60TH ST N,**
                     **SIOUX FALLS SD 57104**

 **Comment**

**Current:**

**Account in dispute under Fair Credit Billing Act.**

**Previous:**

**None**

 **Reinvestigation Info**

**This item was updated from our processing of your dispute in Oct 2021.**

---

## CAPITAL ONE AUTO FINAN

Account · 620515XXXXXXXXXXX



Updated

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact CAPITAL ONE AUTO FINAN at PO BOX 259407, PLANO , TX 75025 or (800) 946-0332

---

 **After your dispute**

 **Account Info**

| | | |
|---|---|---|
| Account Name | **CAPITAL ONE AUTO FINANCE** | Balance | **$1,258** |
| Account Number | **620515XXXXXXXXXXX** | Balance Updated | **03/15/2022** |
| Account Type | **Auto Loan** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **11/19/2019** | Original Balance | **$22,899** |
| Status | **Account charged off/Never late.** | Highest Balance | **$0** |
| | **$6,709 written off. $1,258 past due as of Mar 2022.** | Terms | **75 Months** |
| | | On Record Until | **Sep 2027** |
| Status Updated | **01/2021** | | |

## $   Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2022** | CO | CO | CO | — | — | — | — | — | — | — | — | — |
| **2021** | CO | CO | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| **2020** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **2019** | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

✓   Current on payments    CO   Charge off

ND   No data for this period

**Payment history guide**

Charge Off as of Apr 2021 to Mar 2022, Feb 2021, Jan 2021

## 📄   Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Dec 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **Nov 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **Oct 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **Sep 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **May 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **May 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **Mar 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |
| **Jan 2021** | **$1,258** | **$0** | **$0 on 10/8/2020** |

**Account Dispute Opened**

Apr 05, 2022  •••

You have opened an Account Dispute on your Experian credit report.

The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been received and should be completed by 04/30/2022.

**Source:**
Experian

**Date Submitted:**
Apr 01, 2022

**Estimated Resolution Date:**
Apr 30, 2022

**Report Number:**
1139-7775-44

**Account Number:**
620515XXXXXXXXXXX

**Company:**

**Account Dispute Opened**

You have opened an Account Dispute on your Experian credit report.

Apr 14, 2022 •••

The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been received and should be completed by 05/11/2022.

**Source:**
Experian

**Date Submitted:**
Apr 12, 2022

**Estimated Resolution Date:**
May 11, 2022

**Report Number:**
0470-0402-25

**Account Number:**
620515XXXXXXXXXXX

**Company:**
CAPITAL ONE AUTO FINANCE

A7

Your Account Dispute has been updated.



The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX was not changed as a result of our processing of your dispute. The company that reported the information has certified to Experian that the information is accurate.

**Source:**
Experian

**Date Submitted:**
Apr 12, 2022

**Report Number:**
0470-0402-25

**Account Number:**
620515XXXXXXXXXXX

**Company:**
CAPITAL ONE AUTO FINANCE

**Address:**
Po Box 259407, Plano, TX 75025

**Account Dispute Opened**

Jun 10, 2022  •••

You have opened an Account Dispute on your Experian credit report.

The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been received and should be completed by 07/07/2022.

**Source:**
Experian

**Date Submitted:**
Jun 08, 2022

**Estimated Resolution Date:**
Jul 07, 2022

**Report Number:**
1284-3145-21

**Account Number:**
620515XXXXXXXXXXX



**Account Dispute Updated**

Your Account Dispute has been updated.

Jun 30, 2022  •••

The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX was not changed as a result of our processing of your dispute. The company that reported the information has certified to Experian that the information is accurate.

**Source:**
Experian

**Date Submitted:**
Jun 08, 2022

**Report Number:**
1284-3145-21

**Account Number:**
620515XXXXXXXXXXX

**Company:**
CAPITAL ONE AUTO FINANCE

**Address:**
Po Box 259407, Plano, TX 75025

**Account Dispute Opened**

Oct 13, 2022 •••

You have opened an Account Dispute on your Experian credit report.



The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been received and should be completed by 11/09/2022.

**Source:**
Experian

**Date Submitted:**
Oct 12, 2022

**Estimated Resolution Date:**
Nov 09, 2022

**Report Number:**
0900-0421-91

**Account Number:**
620515XXXXXXXXXXX

**Company:**
CAPITAL ONE AUTO FINANCE

A9

**Account Dispute Updated**

Nov 04, 2022 •••

Your Account Dispute has been updated.



The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been updated.

**Source:**
Experian

**Date Submitted:**
Oct 12, 2022

**Report Number:**
0900-0421-91

**Account Number:**
620515XXXXXXXXXXX

**Company:**
CAPITAL ONE AUTO FINANCE

**Address:**
Po Box 259407, Plano, TX 75025

● **CAPITAL ONE AUTO FINAN** $1,258

23 potentially negative months Closed

*[handwritten: Inaccurate/incomplete acct #]*
*[handwritten: what's a loan? not defined under TILA / 15 USC 1602]*

### Account info

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE AUTO FINAN** | Balance | **$1,258** |
| Account number | **620515XXXXXXXXXXX** | Balance updated | **Jan 13, 2023** |
| Original creditor | | Original balance | **$22,899** |
| Company sold | | Monthly payment | **-** |
| Account type | **Auto Loan** | Past due amount | **$1,258** |
| Date opened | **Nov 19, 2019** | Highest balance | **-** |
| Open/closed | **Closed** | Terms | **75 Months** |
| Status | **Charge-off** | Responsibility | **Individual** |
| Status updated | **Jan 2021** | Your statement | **\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER Y ITEM DISPUTED BY CONSUMER** |

*[handwritten: when was closed?]*

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | - | - | - | - | - | - | - | - | - | - | - |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | - |
| 2021 | CO | CO | - | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | - | - | - | - | - | - | - | - | ✓ | ✓ |

✓ On Time

CO Charge off

- Data Unavailable

*[handwritten: missing pymt info]*

*[handwritten: missing payment info]*

*[handwritten: Violation of:
15 USC 1681e(b)
15 USC 1681, (a)(1)(A)]*

# EXHIBIT B

**Account Dispute Opened**

Oct 20, 2022 •••

You have opened an Account Dispute on your Experian credit report.

The dispute for the account with US DEPT OF ED/GLELSI that starts with 375625XXXXXXXXXX has been received and should be completed by 11/16/2022.

**Source:**
Experian

**Date Submitted:**
Oct 19, 2022

**Estimated Resolution Date:**
Nov 16, 2022

**Report Number:**
4256-7217-41

**Account Number:**
375625XXXXXXXXXX

**Company:**

**Account Dispute Opened**

Oct 20, 2022 •••

You have opened an Account Dispute on your Experian credit report.



The dispute for the account with US DEPT OF ED/GLELSI that starts with 275625XXXXXXXXXX has been received and should be completed by 11/16/2022.

**Source:**
Experian

**Date Submitted:**
Oct 19, 2022

**Estimated Resolution Date:**
Nov 16, 2022

**Report Number:**
4256-7217-41

**Account Number:**
275625XXXXXXXXXX

**Company:**
US DEPT OF ED/GLELSI

Report Number **4256-7217-41**          Date Generated **Nov 9, 2022**

**US DEPT OF ED/GLELSI**
Account · 275625XXXXXXXXXX           Updated

Information on this item has been updated. Please review your report for the details.

View Details >

**US DEPT OF ED/GLELSI**
Account · 375625XXXXXXXXXX           Updated

Information on this item has been updated. Please review your report for the details.

View Details >

Account · 275625XXXXXXXXXX


Updated

Information on this item has been updated. Please review your report for the details.

You can contact US DEPT OF ED/GLELSI at PO BOX 7860, MADISON , WI 53707 or (800) 236-4300

## After your dispute

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **US DEPT OF ED/GLELSI** | Balance | **$56,476** |
| Account Number | **275625XXXXXXXXXX** | Balance Updated | **09/30/2022** |
| Account Type | **Education** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **01/23/2018** | Original Balance | **$52,900** |
| Status | **Open/Never late.** | Highest Balance | **$0** |
| Status Updated | **09/2022** | Terms | **NA** |

### Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND |

✓ Current on payments     ND No data for this period

 Balance Histories

## US DEPT OF ED/GLELSI

Account - 375625XXXXXXXXXX

Information on this item has been updated. Please review your report for the details.

You can contact US DEPT OF ED/GLELSI at PO BOX 7860, MADISON , WI 53707 or (800) 236-4300

Updated

### After your dispute

### Account Info

| | | | |
|---|---|---|---|
| Account Name | US DEPT OF ED/GLELSI | Balance | $1,478 |
| Account Number | 375625XXXXXXXXXX | Balance Updated | 09/30/2022 |
| Account Type | Education | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 10/26/2017 | Original Balance | $1,498 |
| Status | Open/Never late. | Highest Balance | $0 |
| Status Updated | 09/2022 | Terms | N A |

### Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ✓ | ND |
| 2018 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2017 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓ Current on payments    ND No data for this period

pedantic



● **US DEPT OF ED/GLELSI**          **$56,476**

  **Exceptional payment history**        Balance updated Feb 28, 2023

### Account info

| | | | |
|---|---|---|---|
| Account name | US DEPT OF ED/GLELSI | Balance | $56,476 |
| Account number | 927679XXXX | Balance updated | Feb 28, 2023 |
| Original creditor | - | Original balance | $52,900 |
| Company sold | - | Paid off | 0% |
| Account type | Education Loan | Monthly payment | $0 |
| Date opened | Jan 23, 2018 | Past due amount | - |
| Open/closed | Open | Highest balance | - |
| Status | Current | Terms | Unknown |
| Status updated | Feb 2023 | Responsibility | Individual |
| | | Your statement | **CONSUMER STATEMENT** Y ITEM DISPUTED BY CONSUMER |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | - | - | - | - | - | - | - | - | - | - |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - |

✓ On Time     — Data Unavailable



## ● US DEPT OF ED/GLELSI
**Exceptional payment history**

**$1,478**

Balance updated Feb 28, 2023

### ▤ Account info

| | | | |
|---|---|---|---|
| Account name | US DEPT OF ED/GLELSI | Balance | $1,478 |
| Account number | 927677XXXX | Balance updated | Feb 28, 2023 |
| Original creditor | - | Original balance | $1,498 |
| Company sold | - | Paid off | 1% |
| Account type | Education Loan | Monthly payment | $0 |
| Date opened | Oct 26, 2017 | Past due amount | - |
| Open/closed | Open | Highest balance | - |
| Status | Current | Terms | Unknown |
| Status updated | Feb 2023 | Responsibility | Individual |
| | | Your statement | **CONSUMER STATEMENT** ITEM IN DISPUTE BY CONSUMER |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | - | - | - | - | - | - | - | - | - | - |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | - | - | - | - | - | - | - | - | ✓ | - |

✓ On Time     — Data Unavailable

**FED LOAN SERV**

Account · 744826XXXXXXXXXXX

 Updated

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

View Details >

**FED LOAN SERV**

Account · 744826XXXXXXXXXXX

 Updated

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

View Details >

**FED LOAN SERV**

Account · 744826XXXXXXXXXXX

 Updated

Information on this item has been updated. Please review your report for the details.

 experian.

Prepared For ANDREA MARION    Date generated: Mar 15, 2023

● **FED LOAN SERV**                                                                      Closed

**Exceptional payment history**

### Account info

| | | | |
|---|---|---|---|
| Account name | **FED LOAN SERV** | Balance | - |
| Account number | **744826XXXXXXXXXXXX** | Balance updated | **Jun 06, 2017** |
| Original creditor | - | Original balance | **$2,000** |
| Company sold | - | Monthly payment | - |
| Account type | **Education Loan** | Past due amount | - |
| Date opened | **Sep 12, 2012** | Highest balance | - |
| Open/closed | **Closed** | Terms | **142 Months** |
| Status | **Paid satisfactorily** | Responsibility | **Individual** |
| Status updated | **Jun 2017** | Your statement | **\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER** |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | NA | - | - | - | - | - | - |
| 2016 | - | ✓ | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ On Time        NA No Applicable Payment History

— Data Unavailable

### Contact info



Prepared For ANDREA MARION    Date generated: Mar 15, 2023

● **FED LOAN SERV**                                                                    **Closed**

**Exceptional payment history**

📇 **Account info**

| | | | |
|---|---|---|---|
| Account name | **FED LOAN SERV** | Balance | **-** |
| Account number | **744826XXXXXXXXXXX** | Balance updated | **Apr 09, 2019** |
| Original creditor | **-** | Original balance | **$3,500** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Education Loan** | Past due amount | **-** |
| Date opened | **Sep 13, 2011** | Highest balance | **-** |
| Open/closed | **Closed** | Terms | **120 Months** |
| Status | **Account transferred to another office** | Responsibility | **Individual** |
| Status updated | **Apr 2019** | Your statement | **\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER** |

$ **Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | - | - | - | NA | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | ✓ | ✓ | ✓ | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  On Time

NA  No Applicable Payment History

—  Data Unavailable

 experian.

Prepared For ANDREA MARION   Date generated: Mar 15, 2023

● **FED LOAN SERV**                                                                                    Closed

**Exceptional payment history**

### Account info

| | | | |
|---|---|---|---|
| Account name | **FED LOAN SERV** | Balance | - |
| Account number | **744826XXXXXXXXXX** | Balance updated | **Apr 09, 2019** |
| Original creditor | - | Original balance | **$6,000** |
| Company sold | - | Monthly payment | - |
| Account type | **Education Loan** | Past due amount | - |
| Date opened | **Sep 12, 2014** | Highest balance | - |
| Open/closed | **Closed** | Terms | **120 Months** |
| Status | **Account transferred to another office** | Responsibility | **Individual** |
| Status updated | **Apr 2019** | Your statement | **\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER** |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | - | - | - | NA | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | ✓ | ✓ | ✓ | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  On Time          NA  No Applicable Payment History

–  Data Unavailable

Contact info



● **FED LOAN SERV**                                                                          Closed

**Exceptional payment history**

### Account info

| | | | |
|---|---|---|---|
| Account name | **FED LOAN SERV** | Balance | **-** |
| Account number | **744826XXXXXXXXXXXX** | Balance updated | **Apr 09, 2019** |
| Original creditor | **-** | Original balance | **$2,000** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Education Loan** | Past due amount | **-** |
| Date opened | **Sep 13, 2011** | Highest balance | **-** |
| Open/closed | **Closed** | Terms | **120 Months** |
| Status | **Account transferred to another office** | Responsibility | **Individual** |
| | | Your statement | **-** |
| Status updated | **Apr 2019** | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | - | - | - | NA | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | ✓ | ✓ | ✓ | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  On Time          NA  No Applicable Payment History

—  Data Unavailable



● **FED LOAN SERV**                                                              **Closed**

**Exceptional payment history**

### 📇 Account info

| | | | |
|---|---|---|---|
| Account name | **FED LOAN SERV** | Balance | **-** |
| Account number | **744826XXXXXXXXXXX** | Balance updated | **Apr 09, 2019** |
| Original creditor | **-** | Original balance | **$3,500** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Education Loan** | Past due amount | **-** |
| Date opened | **Sep 12, 2014** | Highest balance | **-** |
| Open/closed | **Closed** | Terms | **120 Months** |
| Status | **Account transferred to another office** | Responsibility | **Individual** |
| Status updated | **Apr 2019** | Your statement | **\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER** |

### 💲 Payment history

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | - | - | - | NA | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | ✓ | ✓ | ✓ | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ On Time    NA No Applicable Payment history

- Data Unavailable

### ✉ Contact info


GENERATED FOR NICEA WILSON - ACCOUNT UPDATED

● **FED LOAN SERV**                                                                          Closed

**Exceptional payment history**

### Account info

| | | | |
|---|---|---|---|
| Account name | **FED LOAN SERV** | Balance | - |
| Account number | **744826XXXXXXXXXXX** | Balance updated | **Apr 09, 2019** |
| Original creditor | - | Original balance | **$3,500** |
| Company sold | - | Monthly payment | - |
| Account type | **Education Loan** | Past due amount | - |
| Date opened | **Sep 12, 2012** | Highest balance | - |
| Open/closed | **Closed** | Terms | **120 Months** |
| Status | **Account transferred to another office** | Responsibility | **Individual** |
| Status updated | **Apr 2019** | Your statement | **\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER** |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | - | - | - | NA | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | ✓ | ✓ | ✓ | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  On Time          NA  Not Applicable Payment History

-  Data Unavailable

### Contact info

Address          P.O. BOX 69184 HARRISBURG

**Account Dispute Opened**

You have opened an Account Dispute on your Experian credit report.

Oct 20, 2022 •••



The dispute for the account with FED LOAN SERV that starts with 744826XXXXXXXXXXX has been received and should be completed by 11/16/2022.

**Source:**
Experian

**Date Submitted:**
Oct 19, 2022

**Estimated Resolution Date:**
Nov 16, 2022

**Report Number:**
4256-7217-41

**Account Number:**
744826XXXXXXXXXX

**Company:**

● US DEPT OF ED/GLELSI

**Exceptional payment history**

$56,476

Balance updated **Dec 31, 2022**

*[handwritten: acct # incomplete / inaccurate]*

*[handwritten: whats a loan? TILA/15 USC 1662 doesn't define]*

### Account info

| | | | |
|---|---|---|---|
| Account name | **US DEPT OF ED/GLELSI** | Balance | **$56,476** |
| Account number | **927679XXXX** | Balance updated | **Dec 31, 2022** |
| Original creditor | - | Original balance | **$52,900** |
| Company sold | - | Paid off | **0%** |
| Account type | **Education Loan** | Monthly payment | **$0** |
| Date opened | **Jan 23, 2018** | Past due amount | - |
| Open/closed | **Open** | Highest balance | - |
| Status | **Current** | Terms | **Unknown** |
| Status updated | **Dec 2022** | Responsibility | **Individual** |
| | | Your statement | **\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER** |

*[handwritten: no pymt history per mapp]*

*[handwritten: new balance increased?]*

*[handwritten: no monthly pymt but balanced increased from $52,90 to $56,476]*

### $ Payment history

*[handwritten: missing pymt data]*

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – |

✓ On Time     – Data Unavailable

*[handwritten: missing pymt data]*

*[handwritten: Violation 15 USC 1681e(b)]*

*[handwritten: Violation 15 USC 1681i(a)(1)(A)]*

● US DEPT OF ED/GLELSI

**Exceptional payment history**

Balance updated Dec 31, 2022

*[handwritten: inaccurate incomplete acct #]*

*[handwritten: what a loan? not defined under TILA! 15 USC 1602]*

### Account info

| | |
|---|---|
| Account name | US DEPT OF ED/GLELSI |
| Account number | 927677XXXX |
| Original creditor | - |
| Company sold | |
| Account type | Education Loan |
| Date opened | Oct 26, 2017 |
| Open/closed | Open |
| Status | Current |
| Status updated | Dec 2022 |

| | |
|---|---|
| Balance | $1,478 |
| Balance updated | Dec 31, 2022 |
| Original balance | $1,498 |
| Paid off | 1% |
| Monthly payment | $0 |
| Past due amount | - |
| Highest balance | - |
| Terms | Unknown |
| Responsibility | Individual |
| Your statement | **CONSUMER STATEMENT** ITEM IN DISPUTE BY CONSUMER |

*[handwritten: how did balance go down?]*

*[handwritten: no monthly pymt but original balance went down by $20?]*

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | - | - | - | - | - | - | - | - | ✓ | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ |

✓ On Time    — Data Unavailable

*[handwritten: >missing pymt history ↓ inaccurate ↓ violation of: 15 USC 1681e(b)  15 USC 1681i(a)(1)(A)]*

**experian.**

**OFED LOAN SERV**

Exceptional payment history

Prepared For ANDREA MARION    Date generated: Feb 1, 2023

*[handwritten: incomplete/inaccurate acct#]*

*[handwritten: whats a loan? not defined under TILA or FCRA]*

Closed

## Account info

| | | | |
|---|---|---|---|
| Account name | FED LOAN SERV | Balance | |
| Account number | 744826XXXXXXXXXX | Balance updated | Jun 06, 2017 |
| Original creditor | | Original balance | $2,000 |
| Company sold | | Monthly payment | |
| Account type | Education Loan | Past due amount | |
| Date opened | Sep 12, 2012 | Highest balance | |
| Open/closed | Closed | Terms | 142 Months |
| Status | Paid satisfactorily | Responsibility | Individual |
| Status updated | Jun 2017 | Your statement | **CONSUMER STATEMENT** Y ITEM DISPUTED BY CONSUMER |

*[handwritten: If paid off why balance not showing $ zeroed out!]*

*[handwritten: when?]*

*[handwritten: what is this?]*

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | NA | – | – | – | – | – | – |
| 2016 | – | ✓ | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ On Time          NA  No Applicable Payment History          – Data Unavailable

*[handwritten: missing pymt data from 2016/2017]*

## Contact info

| | |
|---|---|
| Address | PO BOX 60610 HARRISBURG, PA 17106 |
| Phone number | (800) 699-2908 |

*[handwritten: Violation of: 15 USC 1681e(b) 15 USC 1681i(a)(1)(A)]*

## Comments

Dispute resolved – consumer disagrees



**experian.**

Prepared For **ANDREA MARION**    Date generated: Feb 1, 2023

**FED LOAN SERV**      Closed

Exceptional payment history

*(handwritten: Incomplete/Inaccurate acct #)*

*(handwritten: what's a loan?)*

### Account info

| | |
|---|---|
| Account name | **FED LOAN SERV** |
| Account number | 744826XXXXXXXXXXX |
| Original creditor | - |
| Company sold | - |
| Account type | **Education Loan** |
| Date opened | **Sep 13, 2011** |
| Open/closed | **Closed** |
| Status | Account transferred to another office |
| Status updated | **Apr 2019** |

*(handwritten: when?)*
*(handwritten: when?)*

| | |
|---|---|
| Balance | - |
| Balance updated | **Apr 09, 2019** |
| Original balance | **$3,500** |
| Monthly payment | - |
| Past due amount | - |
| Highest balance | - |
| Terms | **120 Months** |
| Responsibility | **Individual** |
| Your statement | **CONSUMER STATEMENT** Y ITEM DISPUTED BY CONSUMER |

### Payment history

*(handwritten: what is this?)*

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | – | – | – | NA | – | – | – | – | – | – | – | – |
| 2018 | – | – | – | – | – | – | – | – | – | – | – | – |
| 2017 | ✓ | ✓ | ✓ | – | – | – | – | – | – | – | – | – |
| 2016 | – | ✓ | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ On Time    NA No Applicable Payment History    – Data Unavailable

*(handwritten: Missing pymt data from 2016/2017)*

### Contact info

Address    **PO BOX 60610 HARRISBURG, PA 17106**

Phone number    **(800) 699-2908**

### Comments

Dispute resolved – consumer disagrees

*(handwritten: Violations of:)*

*(handwritten: 15 USC 1681e(b))*
*(handwritten: 15 USC 1681i(a)(1)(A))*
*(handwritten: 15 USC 1681 S-2)*



**experian.**

Prepared For **ANDREA MARION**   Date generated: Feb 1, 2023

**FED LOAN SERV**                                                          Closed

Exceptional payment history

**Account info**

| Account name | FED LOAN SERV | Balance | - |
| Account number | 74**26XXXXXXXXXXX | Balance updated | Apr 09, 2019 |
| Original creditor | - | Original balance | $2,000 |
| Company sold | - | Monthly payment | - |
| Account type | Education Loan | Past due amount | - |
| Date opened | Sep 13, 2011 | Highest balance | - |
| Open/closed | Closed | Terms | 120 Months |
| Status | Account transferred to another office | Responsibility | Individual |
| Status updated | Apr 2019 | Your statement | - |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | - | - | - | NA | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | ✓ | ✓ | ✓ | - | - | - | - | - | - | - | - | - |
| 2016 | - | ✓ | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ On Time     NA No Applicable Payment History     — Data Unavailable

**Contact info**

Address            PO BOX 60610 HARRISBURG, PA 17106

Phone number      (800) 699-2908

**Comments**

Dispute resolved – consumer disagrees

---

*Handwritten annotations:*

- whats a loan?
- TILA doesn't define or FCRA
- Inaccurate / incomplete acct #
- when?
- when?
- whats NA?
- missing pymt data in 2016 | 2017
- violation of:
  - 15 USC 1681e(b)
  - 15 USC 1681i (a)(1)(A)
  - 15 USC 1681s-2



# EXHIBIT C

**Account Dispute Opened**

You have opened an Account Dispute on your Experian credit report.

Oct 18, 2021 •••



The dispute for the account with CCS/BRYANT STATE BANK that starts with 521044XXXXXXXXXX has been received and should be completed by 11/12/2021.

**Source:**
Experian

**Date Submitted:**
Oct 15, 2021

**Estimated Resolution Date:**
Nov 12, 2021

**Report Number:**
0578-8864-88

**Account Number:**
521044XXXXXXXXXX

**Company:**

**Account Dispute Updated**                                          Oct 25, 2021 •••

Your Account Dispute has been updated.

The dispute for the account with CCS/BRYANT STATE BANK that starts with 521044XXXXXXXXXX has been updated.

**Source:**
Experian

**Date Submitted:**
Oct 15, 2021

**Report Number:**
0578-8864-88

**Account Number:**
521044XXXXXXXXXX

**Company:**
CCS/BRYANT STATE BANK

**Address:**
500 E 60th St N, Sioux Falls, SD 57104

**CCS/BRYANT STATE BANK**


Updated

Account • 521044XXXXXXXXXX

Information on this item has been updated. Please review your report for the details.

You can contact CCS/BRYANT STATE BANK at 500 E 60TH ST N, SIOUX FALLS , SD 57104 or (605) 782-3468

## ⬆ After your dispute

### 🪪 Account Info

| | | | |
|---|---|---|---|
| Account Name | **CCS/BRYANT STATE BANK** | Balance | **-** |
| Account Number | **521044XXXXXXXXXX** | Balance Updated | **-** |
| Account Type | **NA** | Recent Payment | **-** |
| Responsibility | **Individual** | Monthly Payment | **NA** |
| Date Opened | **09/22/2020** | Original Balance | **-** |
| Status | **NO STATUS.** | Highest Balance | **$0** |
| Status Updated | **08/2021** | Terms | **NA** |

### 💲 Payment History

No payment history available to display.

### ✉ Contact Info

Address                **500 E 60TH ST N,**
                       **SIOUX FALLS SD 57104**

###  Comment

Current:

Account in dispute under Fair Credit Billing Act.

**Account Dispute Opened**

Mar 10, 2022 •••

You have opened an Account Dispute on your Experian credit report.



The dispute for the account with CCS/BRYANT STATE BANK that starts with 521044XXXXXXXXXX has been received and should be completed by 04/02/2022.

**Source:**
Experian

**Date Submitted:**
Mar 04, 2022

**Estimated Resolution Date:**
Apr 02, 2022

**Report Number:**
0195-5924-71

**Account Number:**
521044XXXXXXXXXX

**Company:**

**Account Dispute Updated**   Mar 22, 2022 •••

Your Account Dispute has been updated.



The dispute for the account with CCS/BRYANT STATE BANK that starts with 521044XXXXXXXXXX has been updated.

**Source:**
Experian

**Date Submitted:**
Mar 04, 2022

**Report Number:**
0195-5924-71

**Account Number:**
521044XXXXXXXXXX

**Company:**
CCS/BRYANT STATE BANK

**Address:**
500 E 60th St N, Sioux Falls, SD 57104



● **CCS/BRYANT STATE BANK**                                    Balance updated Jan 28, 2022
   Unknown payment history

### Account info

| | | | |
|---|---|---|---|
| Account name | **CCS/BRYANT STATE BANK** | Balance | - |
| Account number | **521044XXXXXXXXXX** | Balance updated | **Jan 28, 2022** |
| Original creditor | - | Credit limit | - |
| Company sold | - | Credit usage | - |
| Account type | **Credit Card** | Monthly payment | - |
| Date opened | **Sep 22, 2020** | Past due amount | - |
| Open/closed | **Open** | Highest balance | - |
| Status | **No status** | Terms | **Revolving** |
| Status updated | **Dec 2021** | Responsibility | **Individual** |
| | | Your statement | - |

### Payment history

No payment history available to display.

### Contact info

Address          **500 E 60TH ST N SIOUX FALLS,
                  SD 57104**

Phone number     **(605) 782-3468**

### Comments

Account in dispute – reported by subscriber (fcba)

**Account Dispute Opened**

Apr 14, 2022 •••

You have opened an Account Dispute on your Experian credit report.



The dispute for the account with CCS/BRYANT STATE BANK that starts with 521044XXXXXXXXXX has been received and should be completed by 05/11/2022.

**Source:**
Experian

**Date Submitted:**
Apr 12, 2022

**Estimated Resolution Date:**
May 11, 2022

**Report Number:**
0470-0402-25

**Account Number:**
521044XXXXXXXXXX

**Company:**
CCS/BRYANT STATE BANK

**Account Dispute Updated**

Your Account Dispute has been updated.

May 02, 2022 •••



The dispute for the account with CCS/BRYANT STATE BANK that starts with 521044XXXXXXXXXX has been updated.

**Source:**
Experian

**Date Submitted:**
Apr 12, 2022

**Report Number:**
0470-0402-25

**Account Number:**
521044XXXXXXXXXX

**Company:**
CCS/BRYANT STATE BANK

**Address:**
500 E 60th St N, Sioux Falls, SD 57104



● **CCS/BRYANT STATE BANK**

Unknown payment history

Balance updated Mar 28, 2022

### Account info

| | | | |
|---|---|---|---|
| Account name | **CCS/BRYANT STATE BANK** | Balance | - |
| Account number | **521044XXXXXXXXXXX** | Balance updated | **Mar 28, 2022** |
| Original creditor | - | Credit limit | - |
| Company sold | - | Credit usage | - |
| Account type | **Credit Card** | Monthly payment | - |
| Date opened | **Sep 22, 2020** | Past due amount | - |
| Open/closed | **Open** | Highest balance | - |
| Status | **No status** | Terms | **Revolving** |
| Status updated | **Mar 2022** | Responsibility | **Individual** |
| | | Your statement | - |

### Payment history

No payment history available to display.

### Contact info

| | |
|---|---|
| Address | **500 E 60TH ST N SIOUX FALLS, SD 57104** |
| Phone number | **(605) 782-3468** |

### Comments

Account in dispute – reported by subscriber (fcba)

**Account Dispute Opened**

Sep 21, 2022 •••

You have opened an Account Dispute on your Experian credit report.



The dispute for the account with CCS/BRYANT STATE BANK that starts with 521044XXXXXXXXXX has been received and should be completed by 10/18/2022.

**Source:**
Experian

**Date Submitted:**
Sep 19, 2022

**Estimated Resolution Date:**
Oct 18, 2022

**Report Number:**
2910-2582-15

**Account Number:**
521044XXXXXXXXXX

**Company:**
**CCS/BRYANT STATE BANK**

**Account Dispute Updated**

Oct 03, 2022 •••

Your Account Dispute has been updated.



The dispute for the account with CCS/BRYANT STATE BANK that starts with 521044XXXXXXXXXX has been updated.

**Source:**
Experian

**Date Submitted:**
Sep 19, 2022

**Report Number:**
2910-2582-15

**Account Number:**
521044XXXXXXXXXX

**Company:**
CCS/BRYANT STATE BANK

**Address:**
500 E 60th St N, Sioux Falls, SD 57104



Prepared For ANDREA MARION    Date generated: Oct 3, 2022

● **CCS/BRYANT STATE BANK**

Unknown payment history

Balance updated Sep 27, 2022

### Account info

| | | | |
|---|---|---|---|
| Account name | **CCS/BRYANT STATE BANK** | Balance | - |
| Account number | **521044XXXXXXXXXXX** | Balance updated | **Sep 27, 2022** |
| Original creditor | - | Credit limit | - |
| Company sold | - | Credit usage | - |
| Account type | **Credit Card** | Monthly payment | - |
| Date opened | **Sep 22, 2020** | Past due amount | - |
| Open/closed | **Open** | Highest balance | - |
| Status | **No status** | Terms | **Revolving** |
| Status updated | **Sep 2022** | Responsibility | **Individual** |
| | | Your statement | - |

### Payment history

**No payment history available to display.**

### Contact info

| | |
|---|---|
| Address | **500 E 60TH ST N SIOUX FALLS, SD 57104** |
| Phone number | **(605) 782-3468** |

### Comments

**Account in dispute – reported by subscriber (fcba)**



**experian.**

Prepared For **ANDREA MARION**    Date generated: Feb 1, 2023

**●CCS/BRYANT STATE BANK**
Unknown payment history

Balance updated Dec 20, 2022

*(handwritten: Innacurate Incomplete acct #)*

*(handwritten: where is acct details?)*

## ℰ Account info

| | | | | |
|---|---|---|---|---|
| Account name | CCS/BRYANT STATE BANK | Balance | | |
| Account number | 521044XXXXXXXXXX | Balance updated | | Dec 20, 2022 |
| Original creditor | - | Credit limit | | |
| Company sold | - | Credit usage | | |
| Account type | Credit Card | Monthly payment | | |
| Date opened | Sep 22, 2020 | Past due amount | | |
| Open/closed | | Highest balance | | |
| Status | No status | Terms | | Revolving |
| Status updated | Nov 2022 | Responsibility | | Individual |
| | | Your statement | | - |

*(handwritten: Innacurate)*  *(handwritten: Innacurate)*  *(handwritten: when or if closed?)*

## ▣ Payment history

No payment history available to display.

*(handwritten: where payment history)*

## ▣ Contact info

| | |
|---|---|
| Address | 500 E 60TH ST N SIOUX FALLS, SD 57104 |
| Phone number | (605) 782-3468 |

## ฿ Comments

Account in dispute – reported by subscriber (fcba)

*(handwritten:)*
Violation of:

15 USC 1681e(b)
15 USC 1681i(a)(1)(A)



# Open accounts

● **CCS/BRYANT STATE BANK**                                     Balance updated **Feb 10, 2023**
   Unknown payment history

### Account info

| | | | |
|---|---|---|---|
| Account name | **CCS/BRYANT STATE BANK** | Balance | **-** |
| Account number | **521044XXXXXXXXXX** | Balance updated | **Feb 10, 2023** |
| Original creditor | **-** | Credit limit | **-** |
| Company sold | **-** | Credit usage | **-** |
| Account type | **Credit Card** | Monthly payment | **-** |
| Date opened | **Sep 22, 2020** | Past due amount | **-** |
| Open/closed | **Open** | Highest balance | **-** |
| Status | **No status** | Terms | **Revolving** |
| Status updated | **Dec 2022** | Responsibility | **Individual** |
| | | Your statement | **-** |

### Payment history

No payment history available to display.

### Contact info

| | |
|---|---|
| Address | **500 E 60TH ST N SIOUX FALLS, SD 57104** |
| Phone number | **(605) 782-3468** |

# EXHIBIT D

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

**Start a new complaint**

❮ All complaints (.)

# 230306-10523527

**OPEN**

 Submitted

**STATUS**

Submitted to the CFPB on 3/6/2023

**PRODUCT**

Credit reporting, credit repair services, or other personal consumer reports

**ISSUE**

Problem with a credit reporting company's investigation into an existing problem

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

attached is my complaint below

**ATTACHMENTS**

reporting of student loan 1 for experian.jpg (27 KB)

capital one cc for experian screenshot.jpg (57.2 KB)

avant reporting on experian.jpg (32.4 KB)

reporting of fed loan 5 for experian.jpg (28.7 KB)

coaf for may .jpg (37.1 KB)

litigation letter to experian for cfpb.docx (16.7 KB)

coaf results for may 2021.jpg (43.8 KB)

screenshot for greendot for experian.jpg (45.6 KB)

disocver reporting for experian.jpg (58.3 KB)

reporting of student loan 2 for experian.jpg (28 KB)

reporting of fed loan 6 for experian.jpg (28.2 KB)

coaf results for march.jpg (30.3 KB)

reporting of fed loan 2 for experian.jpg (27.8 KB)

reporting of fed loan for experian.jpg (26.9 KB)

coaf results for july 2021.jpg (27.6 KB)

capital one results for november 4.jpg (28 KB)

capital one auto results for june 30 .jpg (39 KB)

reporting of fed loan 3 for experian.jpg (25.9 KB)

reporting of fed loan 4 for experian.jpg (27.3 KB)

drea ga id.jpeg (584.9 KB)

capital one auto for experian screenshot.jpg (60.7 KB)

View full complaint ➕

## Sent to company

**STATUS**

Sent to company on 3/6/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

 **Consumer Financial Protection Bureau** (https://www.consumerfinance.gov/)

**Start a new complaint**

❮ All complaints (.)

# 220308-8257329
**CLOSED**



## ✅ Submitted

**STATUS**

Submitted to the CFPB on 3/7/2022

**PRODUCT**

Credit reporting, credit repair services, or other personal consumer reports

**ISSUE**

Incorrect information on your report

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

ANDREA MARION 3201 Kenelworth St apt 5 East Point, GA 30344 716-342-5798 marional01@mail.buffalostate.edu March 7, 2022 AFFIDAVIT OF FACT In The Matter Of: ANDREA MARION, a man / woman To: Experian, a woman/man; Dear Experian, a woman/man, You, Experian, a woman/man, have engaged in multiple violations against I, a woman, without right. I obtained a copy of my consumer credit report found many issues that are in direct violation of my consumer rights under 15 U.S. Code § 1681. I am a woman, the consumer in fact it is my understanding that I am going to tell the truth the whole truth in all matters here. Having so qualified my testimony I now take my affidavit and submit it into court record in full and state that everything in my Affidavit is the truth and the whole truth for the record. Made under penalty of perjury. I, a woman, the consumer in fact has personal knowledge of, and asseverate the following: 1. Fact, I, a woman, the consumer know that The Fair

Credit Reporting Act 15 USC 1681 was made by congress to ensure accuracy and fairness of credit reporting. The banking system is dependent upon fair and accurate credit reporting. Inaccurate credit reports directly impair the efficiency of the banking system and unfair credit reporting methods undermine the public confidence which is essential to the continued functioning of the banking system. 2. Fact, I, a woman, the consumer knows that 15 U.S. Code § 1681q - Obtaining information under false pretenses. Any person who knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses shall be fined under title 18, imprisoned for not more than 2 years, or both. Notice, it is a fact, any person, which includes an organization such as Experian who willfully and knowingly obtains information on a consumer, like I, the affiant from another consumer reporting agency, without the written instructions or authorization pursuant to 1681b is information obtained under false pretenses. You have no lawful authority, and this is a crime under Title 18 and fines are described within 18 U.S. Code § 3571. 3. Fact, I, a woman, the consumer also knows that 15 U.S. Code § 1681e(b) is in regard to compliance procedures that discussed the accuracy of a consumer report. Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates. Exhibits A-I shows how Experian allowed inquiries and incorrect personal information to be placed on my consumer report without verifying the accuracy of each entry, so they violated my consumer rights to a fair and accurate reporting of my credit. How did they verify the accuracy of these accounts? What process did they use to verify this information? When asked to be removed via mail and phone, Experian stated they have to report fair and accurate information and cannot remove but I have sent them my ID showing proof of identification and a lease showing proof of my residence that they requested so how can they say that when the information on my report was not accurate nor matched the documents I sent in and then was later removed which proves they did not follow 15 U.S. Code § 1681e(b) and violated my consumer rights. The inquiries showing in the documentation that was deleted does not comply with the law and does not comply with this maximum possible accuracy standard and must be removed due to its failure to maintain reasonable procedures, which is a violation of 15 U.S.Code § 1681e(b).Even though they was deleted, the damage was already done beforehand and when requesting the deletion I was advised on many occasions they were doing the job the right way and I had to wait for these items to fall off on their own. This was very damaging to my character because again my score dropped drastically, and I was denied for loans and other credit card opportunities that caused a financial burden on me to not be able to have the opportunity for credit and loans to help with my own financial issues because creditors seen all these inaccurate inquiries that showed them I was applying for too much credit in a short period of time but that was false. 4. Fact, I, a woman, the consumer knows that 15 U.S. Code § 1681n(a)(1)(A) states that unauthorized inquiries hold civil liability up to the amount of $1000.00 or the actual damage as the cause of this failure, whatever is greater. Notice, it is a fact, affiant is aware, these unauthorized inquires which allowed third parties to obtain my consumer report under false pretenses has brought damage to my consumer report and reputation in the amount of $1000.00 dollars per inquiry and Experian is in violation of 15 U.S. Code § 1681n(a)(1)(A) and is liable for each unauthorized inquiry as shown in Exhibits A-I. When an investigative report is prepared, no adverse information in a consumer report may be included in a subsequent consumer report unless the reported was verified. Each month this false information was incorrectly verified making Experian liable for each consecutive reporting shown in documents provided. These unauthorized inquiries on my report caused me stressed and depression because I was being constantly denied for credit and loans that could have helped me out of my

financial burden and also provide a better living situation for me and my family. 5. Fact, I, a woman, the consumer knows that 1681b(c)(1)(A)(B)(i)(3) states the inquiries on my consumer report is unauthorized and has been furnished without my consent. There was no permissible purpose and is a violation of 15 U.S. Code § 1681b(c)(1)(A) (B)(i)(3). I have attached Exhibits A-I showing after months even years later the inquires and incorrect addresses and names finally being removed but before doing so the damage is already done. I was denied for loans and credit opportunities due to lenders seeing this false information furnished my Experian and denied me multiple times which has caused severe and ACTUAL DAMAGE and INJURY to not only my personal but business life. Being denied has cause a financial burden to be able to take advantage of lower interest rates and high credit limits or even better car and home offers. I suffered from emotional distress because of the effects this inaccurate information on my consumer report causing me to be afraid and bad anxiety of trying to get myself out this financial burden by applying for loans and credit help but creditors would not trust me and seen me as a high risk because of what they saw on my consumer report. I had hard time sleeping at night and became depressed because of fighting for the accuracy on my reports and being told by Experian that it was when it actually was not and then later on, they finally agreed and removed but it cost me a lot of loss during the time they would not fix their mistake when they were knowingly in the wrong. 6. Fact, I, a woman, the consumer knows that 15 U.S. Code § 1681g(f)(2)(A)(i) defines a credit score being a risk score. Notice, it is a fact, affiant is aware, a credit score is a risk score pursuant to 15 U.S. Code § 1681g(f)(2)(A) (i). Like other risk scores, a credit score is a calculated score that tells you how severe a risk is, based on several factors to predict the likelihood of certain credit behaviors such as default. Because my credit score determines my risk with creditors the inaccurate reporting by Experian with these unauthorized inquiries and personal information, they reported caused me to be a high-risk factor and creditors denied me for there products and services. 7. Fact, I, a woman, the consumer knows that 15 U.S. Code § 1681o(a)(1) is for negligent noncompliance, or in other words, failure to comply even though they should have known they must comply, is equal to the sum of action damages. 15 U.S. Code § 1681o is acting like they didn't know it was wrong, even though they should is still a violation. Notice, it is a fact, affiant is aware, negligence is neglecting requirements that should be known. I, the affiant, and consumer, made Experian aware of, prior and continued failures of reasonable procedures. The affiant has reason to believe and do so believes due to Experian business practices, Experian actions are liable under 15 U.S. Code § 1681o for the actual damages caused to me, the consumer in fact. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit of Fact, please advise me "In written affidavit form" within ten [10] days from receipt. Provide me with your counter-affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, proving that this Affidavit of Fact is substantially and materially false sufficiently, to change materially my Status and factual declarations. Your silence stands as consent to, and tacit agreement of, the Claim and factual declarations made herein being established as matters of fact and matters of law. I, a woman...: woman declare under penalty of perjury, that all herein be true, and will testify viva voce in open Court, that all herein be, true, so help me God. The term "consumer" means any natural person obligated or allegedly obligated to pay any debt.

## ATTACHMENTS

IMG_1513.jpg (757.1 KB)

IMG_1514.jpg (942.1 KB)

IMG_1519.jpg (856.7 KB)

IMG_1516.jpg (886.2 KB)

drea ga id.jpeg (584.9 KB)

violation remedy to experian.docx (19 KB)

IMG_1518.jpg (798.1 KB)

IMG_1512.jpg (843.8 KB)

1[1].png (413.7 KB)

IMG_1511.jpg (966.6 KB)

IMG_1517.jpg (714.6 KB)

2[1].png (358 KB)

View full complaint ⊕

## ✓ Sent to company

**STATUS**

Sent to company on 3/7/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company still working

**STATUS**

Company response is in progress as of 3/17/2022

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

## COMPANY'S INTERIM RESPONSE

Thank you for submitting your complaint on March 8, 2022, through the CFPB Complaint Portal. We appreciate consumers who take the time to let us know about their experiences with our company. We have reviewed and considered the information, including the twelve attachments, you have supplied through the CFPB portal and directly to Experian. In your complaint you indicate that you received a copy of your credit report and found inaccurate information, unauthorized inquiries and personal information. You requested that the information be removed from your credit report. You further indicate that you would like the method of verification used to verify information on your credit report. You also request the name and contact information of the persons contacted during the previous investigations. According to our records, the disputed information does not appear on your current Experian credit report. We are in the process of mailing a report to you for review and confirmation. Please note that mailed correspondence may take up to 10 days for delivery through the US Postal system. If there is additional information you wish to dispute, please specify the name of the item, the account number and the specific dispute, and we will proceed accordingly. Experian has met its obligations under the FCRA; therefore, at this time we must respectfully decline your request for compensation. Please note that we store address and name information as it is sent to us by your credit grantors or from information contained in public records. One or more sources of information report the address and name listings and they are a part of your credit history. If you believe an address or name in your credit report is inaccurate, you may want to contact the source of the information directly. Please contact us by phone if you need additional assistance to determine the specific sources of particular address and name information on your credit report. A personal credit report, by law, must list all parties that have requested a consumer's credit history. According to the Fair Credit Reporting Act, credit grantors with a permissible purpose may inquire about credit information. Requests for your credit history remain on the personal credit report for 2 years. The federal Fair Credit Reporting Act (the "FCRA") section 604 outlines permissible purposes of consumer reports. The inquiries shown on a credit report are a factual record of the companies who have accessed and reviewed a consumer's profile. They are only logged on the report, when in fact, an inquiry was made. A record of this activity, pursuant to federal law, must remain a part of record. Please note that Experian does not receive a copy of any applications made to credit grantors. You may wish to contact the creditor directly for that information. According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue. We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results. In some instances we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to

your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/dispute process. For additional assistance, you may call the toll free telephone number provided on your personal credit report obtained directly from Experian, or write to Experian at P.O. Box 9701, Allen, TX 75013. For more information regarding your credit and frequently asked questions, you may visit: http://www.experian.com/blogs/ask-experian . Thank you for submitting your complaint through the CFPB Complaint Portal. It is our policy to respond to consumer complaints swiftly and to take each complaint seriously. We appreciate you letting us know about your experiences with Experian.

## ✓ Company responded

**STATUS**

Company responded on 3/17/2022

**RESPONSE TYPE**

Closed with non-monetary relief

## Company's Response

Thank you for submitting your complaint on March 8, 2022, through the CFPB Complaint Portal. We appreciate consumers who take the time to let us know about their experiences with our company. We have reviewed and considered the information, including the twelve attachments, you have supplied through the CFPB portal and directly to Experian. In your complaint you indicate that you received a copy of your credit report and found inaccurate information, unauthorized inquiries and personal information. You requested that the information be removed from your credit report. You further indicate that you would like the method of verification used to verify information on your credit report. You also request the name and contact information of the persons contacted during the previous investigations. According to our records, the disputed information does not appear on your current Experian credit report. We are in the process of mailing a report to you for review and confirmation. Please note that mailed correspondence may take up to 10 days for delivery through the US Postal System. If there is additional information you wish to dispute, please specify the name of the item, the account number and the specific dispute, and we will proceed accordingly. Experian has met its obligations under the FCRA; therefore, at this time we must respectfully decline your request for compensation. Please note that we store address and name information as it is sent to us by your credit grantors or from information contained in public records. One or more sources of information report the address and name listings and they are a part of your credit history. If you believe an address or name in your credit report is inaccurate, you may want to contact the source of the information directly. Please contact us by phone if you need additional assistance to determine the specific sources of particular address and name information on your credit report. A personal credit report, by law, must list all parties that have requested a consumer's credit history. According to the Fair Credit Reporting Act, credit grantors with a permissible purpose may inquire about credit information. Requests for your credit history remain on the personal credit report for 2 years. The federal Fair Credit Reporting Act (the "FCRA") section 604 outlines permissible purposes

of consumer reports. The inquiries shown on a credit report are a factual record of the _____ _____ who have accessed and reviewed a consumer's profile. They are only logged on the repo_ _ _ when in fact an inquiry was made. A record of this activity, pursuant to federal law, must remain a p_ _ _ o_ _ _ ord. Please note that Experian does not receive a copy of any applications made to credit grantor_ You may w_sh to contact the creditor directly for that information. According to the Fair Credit Reporti_ _ A_ _ _urr_ le in the dispute process is to review the accuracy and completeness of any disputed item _hich _ _ _ _ _ude contacting the furnisher of the information or the vendor that collected the informati_ fro_ a pu_ _ record source, and notifying them of the dispute and disclosing all relevant informat_ _ _ reg_ ding _ _ur dispute. When we contact the furnisher or vendor, we ask that they verify all of the i_ _orma_ion re_ _ rding the item you disputed and report back within 30 days of the date that we received yo_ _ _ _q_ _s_ (_ _ _ lays for Maine residents). To help resolve the dispute, we will review all relevant docume_ _ _ su_ _ tt_ _ith the dispute and will forward them to the furnisher if we are unable to resolve the iss_ We _evie_ _ _d consider the furnisher's or vendor's response to determine whether to accept it, reje_ _ _ or _ol'ow_ _p for additional information. If, after processing, we find that the disputed information is i_ _ _ _ur_ te_ incomplete or cannot be verified, we then delete or modify that information, as appro_ _ _ _ _ _ _f _ _ _ _ not receive a response from the furnisher or the vendor within the required period, we u_ _ _e t_ _ _ _ _ _you have requested or delete the information, and send you the results. In some instance_ _ _ ar _ al l_ determine whether the disputed information should be changed or deleted without h_ _ _ng t_ _cont_ _ the furnisher or the vendor. After we complete our processing, we send you the results. I_ _ou _ _e tio_ the results of our dispute process, you may also contact the furnisher of information dire_ _ly. P'ease refer to your credit report for the furnisher or public records office name, address, and phone _umb_ _ _ if available). For more details, please visit Experian.com/dispute process. For addition _ _ssis_an_e _ _ _u may call the toll free telephone number provided on your personal credit report obta_ _ d di_ _ectly _ _ _n Experian, or write to Experian at P.O. Box 9701, Allen, TX 75013. For more infor_ _ti_n r_ _ardi_ _your credit and frequently asked questions, you may visit: http://www.experian.com/blog_ _ _k-e _perian_ Thank you for submitting your complaint through the CFPB Complaint Portal. It is o_ _ poli_ y _o respond to consumer complaints swiftly and to take each complaint seriously. We appreciate _ _ le_ _ng _ u_ _now about your experiences with Experian.

## DESCRIPTION OF NON-MONETARY RELIEF

According to our records, the disputed information does not appear on your current _ _ _ eri_ _ credi_ report. We are in the process of mailing a report to you for review and confirmation. _ _ase _ _o e t_ _ _ mailed correspondence may take up to 10 days for delivery through the US Postal s_ _t_ _m.

## ⊟ Feedback requested

### STATUS

Feedback requested on 3/17/2022

### FEEDBACK DUE

5/16/2022

**Account Dispute Opened**

Yesterday ...

You have opened an Account Dispute on your Experian credit report.



The dispute for the account with CAPITAL ONE AUTO FINANCE that starts with 620515XXXXXXXXXXX has been received and should be completed by 04/05/2023.

**Source:**
Experian

**Date Submitted:**
Mar 07, 2023

**Estimated Resolution Date:**
Apr 05, 2023

**Report Number:**
1194-8478-02

**Account Number:**
620515XXXXXXXXXXX

**Account Dispute Opened**   Yesterday  •••

You have opened an Account Dispute on your Experian credit report.



The dispute for the account with CCS/BRYANT STATE BANK that starts with 521044XXXXXXXXXX has been received and should be completed by 04/05/2023.

**Source:**
Experian

**Date Submitted:**
Mar 07, 2023

**Estimated Resolution Date:**
Apr 05, 2023

**Report Number:**
1194-8478-02

**Account Number:**
521044XXXXXXXXXX

**Company:**
CCS/BRYANT STATE BANK

**Account Dispute Updated**

Today ...

Your Account Dispute has been updated.

The dispute for the account with FED LOAN SERV that starts with 744826XXXXXXXXXXX has been updated.

**Source:**
Experian

**Date Submitted:**
Mar 07, 2023

**Report Number:**
1194-8478-02

**Account Number:**
744826XXXXXXXXXXX

**Company:**
FED LOAN SERV

**Address:**
Po Box 60610, Harrisburg, PA 17106

**WHAT NOW?**

We'll notify you when all of your pending disputes are complete and the results are ready. To see your most recent updates, please check your updated credit report.

# EXHIBIT E

📋 **Copy**   🏃 **Add to Informed Delivery**

## Latest Update

Your item was delivered to an individual at the address at 2:22 pm on March 31, 2022 in ALLEN, TX 75013.

Get More Out of USPS Tracking:

📲 **USPS Tracking Plus®**

✅ **Delivered**

**Delivered, Left with Individual**

ALLEN, TX 75013
March 31, 2022, 2:22 pm

See All Tracking History

**Text & Email Updates**                                    ⌄

**Tracking Number:**

# 70203160000118471087

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 7:42 am on April 1, 2022 in COSTA MESA, CA 92628.

_____

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### ✔ Delivered

**Delivered, Individual Picked Up at Postal Facility**

COSTA MESA, CA 92628
April 1, 2022, 7:42 am

**See All Tracking History**

**Text & Email Updates**    ⌄

**Tracking Number:**

# 70203160000118471599

⬚ **Copy**      ⚡ **Add to Informed Delivery**

**Latest Update**

Your item was delivered to an individual at the address at 12:16 pm on April 11, 2022 in ALLEN, TX 75013.

**Get More Out of USPS Tracking:**

📱 **USPS Tracking Plus®**

☑ **Delivered**
**Delivered, Left with Individual**

ALLEN, TX 75013
April 11, 2022, 12:16 pm

See All Tracking History

---

**Text & Email Updates**                                               ⌄

---

**USPS Tracking Plus®**                                                 ⌄

---

**Product Information**                                                 ⌄

Tracking Number:

# 70203160000118471322

⬚ Copy    ✗ Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 2:12 pm on April 27, 2022 in ALLEN, TX 75013.

**Get More Out of USPS Tracking:**

📸 USPS Tracking Plus®

☑ **Delivered**
**Delivered, Individual Picked Up at Postal Facility**

ALLEN, TX 75013
April 27, 2022, 2:12 pm

See All Tracking History

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

**Tracking Number:**

# 70203160000118471360

◻ Copy    ⚲ **Add to Informed Delivery**

**Remove ✕**

## Latest Update

Your item was picked up at a postal facility at 2:12 pm on April 27, 2022 in ALLEN, TX 75013.

_____

**Get More Out of USPS Tracking:**

▣ **USPS Tracking Plus®**

☑ **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

ALLEN, TX 75013
April 27, 2022, 2:12 pm

See All Tracking History

---

**Text & Email Updates**   ⌄

---

**USPS Tracking Plus®**   ⌄

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian
475 Anton Blvd.
Costa Mesa, CA
92626

9590 9402 6076 0125 4885 26

7020 3160 0001 1847 1087

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X EXP.   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
C4   4-1-22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian
P.O. Box 4500
Allen, TX 75013

9590 9402 7433 2055 3566 14

121 2720 0001 8823 6591

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No
   701 EXPERIAN PARKWAY

OCT 11 2022

Lance Rawlings

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt







U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Experian

remedy

for Grea

lusts-26

Experian Info Solutions, Inc.
475 Anton Blvd
Costa Mesa, CA 92026

Experian
P.O. Box 4500
Allen, TX 75013

Experian
P.O. Box 9701
Allen, TX 75013

Delivered
4/21/2022



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7087 1067

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $         Postmark
☐ Certified Mail Restricted Delivery $        Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Experian
Street and Apt. No., or PO Box No. 701 Fenton Blvd
City, State, ZIP+4®  Costa Mesa, CA 92626

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 3160 0001 1847 1360

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Delivered 4-27-2022
Postmark Here

Postage
$

Total Postage and Fees
$

Sent To  Experian
Street and Apt. No., or PO Box No.  P.O. Box 701
City, State, ZIP+4®  Allen, TX 75013

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
and address on the reverse
return the card to you.
to the back of the mailpiece,
space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No
701 EXPERIAN PARKWAY

OCT 11 2022

Lance Rawlings

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery   Delivery
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation
☐ Insured Mail                         Restricted Delivery
☐ Insured Mail Restricted Delivery
   (over $500)

2 7433 2055 3566 14

11  8823 6591

y 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Experian
P.O. Box 9701
Allen, TX 75013

9590 9402 6076 0125 4882 12

7020 3160 0001 1847 1773

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
EXPERIAN
701 EXPERIAN PARKWAY

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

MAR 31 2022

Betty Whalen

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery   Delivery
☐ Collect on Delivery                ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery   Merchandise
☐ Insured Mail                       ☐ Signature Confirmation™
☐ Insured Mail Restricted Delivery   ☐ Signature Confirmation
   (over $500)                         Restricted Delivery

Domestic Return Receipt

# EXHIBIT F

**Tracking Number:**

# 70203160000118471421

⬚ Copy    ✗ Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 10:55 am on May 12, 2022 in ATLANTA, GA 30348.

---

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

✔ **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

ATLANTA, GA 30348
May 12, 2022, 10:55 am

See All Tracking History

---

**Text & Email Updates**                                                                    ⌄



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  Equifax
Street and Apt. No., or PO Box No.  P.O. Box 740241
City, State, ZIP+4  Atlanta, GA 30374

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7020 3160 0001 1847 1155



**U.S. Postal Service — CERTIFIED MAIL RECEIPT** (six receipts)

Receipt 1 (top left):
Sent To: Equifax legal dept

Receipt 2 (top middle):
Sent To: Equifax
P.O. Box 740256
Atlanta, GA 30374

Receipt 3 (top right):
Sent To: Equifax information services LLC
P.O. Box 105069
Atlanta, GA 30348

Receipt 4 (bottom left):
Capital one dispute (factual)
Sent To: Equifax
P.O. Box 740256
Atlanta, GA 30374

Receipt 5 (bottom middle):
factual dispute for US Dept of Edu. (Drew)
Sent To: Equifax
P.O. Box 740256
Atlanta, GA 30374

Receipt 6 (bottom right):
Sent To: Equifax
P.O. Box 740256
Atlanta, GA 30374

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
EQUIFAX

Street and Apt. No., or PO Box No.
P.O. Box 740256

City, State, ZIP+4®
Atlanta, GA 30374

PS Form 3800, April 2020 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0001 8823 6607

*(handwritten)* Factual dispute for US. Dept of Ed. (375xx) (Drea)

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax
P.O. Box 740256
Atlanta, GA 3374

9590 9402 7433 2055 3566 21

2. Article Number *(Transfer from service label)*
7021 2720 0001 8823 6607

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

*(handwritten)* James ... OCT 11 2022

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)



**Top-left receipt (Form 3811):**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Equifax
P.O. Box 740256
Atlanta, GA 30374

9590 9400 7480 ...

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

William Allen
JUN 28 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**Top-right receipt (PS Form 3811):**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax
P.O. Box 740241
Atlanta, GA 30374

9590 9402 6076 0125 4885 19

7020 3

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

William Allen
APR 12 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation

PS Form

**Bottom-left receipt (Form 3811):**

1028

2, and 3.
and address on the reverse
urn the card to you.
the back of the mailpiece,
ace permits.

Equifax
Box 740256
Atlanta, GA 30374

9590 9402 7433 2055 3569 35

50 0001 7440 1823

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

James McKelvey
SEP 20 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**Bottom-right receipt (PS Form 3811):**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax legal Dept.
1550 peachtree St. N.W.
Atlanta, GA 30309

9590 9402 7433 2055 3573 52

021 0950 0001 7440 1311

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Address

B. Received by (Printed Name)  C. Date of Delive

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

EXPERIAN
EXPERIAN PARKWAY
JUN 08 2022
Betty Wheeler

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



**EQUIFAX**

CREDIT FILE : April 08, 2022

Confirmation # 2090509287

Dear ANDREA L MARION:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

<u>You have a few options:</u>

- You may add a statement of up to 100 words to your credit report.  If you provide a consumer statement that contains medical information related to

P.O. Box 105518
Atlanta, GA 30348

00000297 FBCA0000041220377232 01 000000 007147 020

00007147- DISC
ANDREA L MARION
3201 KENELWORTH DR APT 5
EAST POINT, GA 30344-6146

| 03/2017 | 02/2017 | 01/2017 | 09/2015 |
|---|---|---|---|
| 1 | 1 | 1 | 2 |

>>> *The information you disputed has been updated as well as other information on this item. Account # - 6205154679963\* The results are:* WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION. If you have additional questions about this item please contact: CAPONEAUTO, Credit Bureau Dispute, PO Box 259407, Plano, TX 75025-9407 Phone: (800) 946-0332*

**CAPITAL ONE AUTO FINANCE**   Credit Bureau Dispute PO Box 259407 Plano TX 760259407 : 8009460332

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6205154679963* | | 11/19/2019 | | | | Monthly | 20 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/2022 | $ 1,258 | $ 1,258 | 10/2020 | $ 0 | | 11/2020 | | 11/2020 | $ 6,709 | | | | |
| Status | | Type of Account | | Type of Loan | | Whose Account | | | Portfolio Indicator | | Portfolio Status | | |
| Charge Off | | Installment | | Auto | | Individual Account | | | | | | | |

ADDITIONAL INFORMATION:
*A Temporary Update Freeze On File*

*Charged Off Account*

| Account History with Status Codes | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 |
| L | L | L | L | L | L | L | L | L | L |
| 04/2021 | 02/2021 | 01/2021 | | | | | | | |
| L | L | L | | | | | | | |

>>> *Information on your report has been updated. Account # - 521044006827\* The results are:* WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE *SCHEDULED PAYMENT *ACCOUNT HISTORY. If you have additional questions about this item please contact: BRYANT STA, 124 W MAIN AVE, BRYANT STATE BANK, BRYANT, SD 57221 Phone: (605) 628-2171*

**BRYANT STATE BANK**   124 W MAIN AVE BRYANT STATE BANK BRYANT SD 57221 : 6056282171

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|
| 521044006827* | | 09/22/2020 | $ 497 | $ 350 | | Monthly | 16 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/2022 | $ 38 | $ 0 | 01/2022 | $ 0 | $ 30 | | | | | | | | |
| Status | | Type of Account | | Type of Loan | | Whose Account | | | Portfolio Indicator | | Portfolio Status | | |
| Pays As Agreed | | Revolving | | Credit Card | | Individual Account | | | | | | | |

(Continued On Next Page)
000007147-DISC

2090509287-GRZ-0a61010400000792-04082022



# EQUIFAX

## CREDIT FILE : June 12, 2022
## Confirmation # 2163511788

Dear ANDREA L MARION:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

### Were changes made to my credit report and what actions were taken?

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

### How do I know that all of this is happening?

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

### What should I do if I do not agree with the results of the investigation?

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains



P.O. Box 105518
Atlanta, GA 30348

000001827 FEСА000061222043195 01 000000 001876 005

000001876- DISC
ANDREA L MARION
3201 KENELWORTH DR APT 5
ATLANTA, GA 30344-6146



**>>> We have researched the credit account. Account # - *1001 The results are:** - THE FOLLOWING FIELDS HAVE BEEN MODIFIED:
*ADDITIONAL INFORMATION *HISTORICAL ACCOUNT INFORMATION.  If you have additional questions about this item please contact:
*CAPONEAUTO, Credit Bureau Dispute, PO Box 259407, Plano, TX 75025-9407 Phone: (800) 946-0332*

### CAPITAL ONE AUTO FINANCE   Credit Bureau Dispute PO Box 259407 Plano TX 750259407 : 8009460332

| Account Number | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *1001 | | 11/19/2019 | | | | 75 Months | Monthly | | 21 | | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/02/2022 | $ 1,258 | $ 1,258 | 10/2020 | $ 0 | $ 0 | 11/2020 | | 06/2022 | $ 6,709 | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Installment | Auto | Individual Account | | |

### ADDITIONAL INFORMATION:
*Consumer Disputes - Reinvestigation in Process*

#### Account History with Status Codes

| 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 |
|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L |

| 07/2021 | 06/2021 | 05/2021 | 04/2021 | 02/2021 | 01/2021 |
|---|---|---|---|---|---|
| L | L | L | L | L | L |

#### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/22 | $ 1,258 | $ 0 | $ 0 | 09/30/2020 | | | $ 1,258 | Auto | | |
| 04/22 | $ 1,258 | $ 0 | $ 0 | 09/30/2020 | | | $ 1,258 | Auto | | |
| 03/22 | $ 1,258 | | $ 0 | 09/30/2020 | | | $ 1,258 | Auto | | |
| 02/22 | No Data Available | | | | | | | | | |
| 01/22 | $ 1,258 | | | 09/30/2020 | | | $ 1,258 | Auto | | |
| 12/21 | $ 1,258 | | | 09/30/2020 | | | $ 1,258 | Auto | | |
| 11/21 | $ 1,258 | | | 09/30/2020 | | | $ 1,258 | Auto | | |
| 10/21 | $ 1,258 | | | 09/30/2020 | | | $ 1,258 | Auto | | |

(Continued On Next Page)
000001876-DISC

2163511788-JYM-0aa0010200000069-06122022

# EQUIFAX

## CREDIT FILE : June 29, 2022
## Confirmation # 2180576440

Dear ANDREA L MARION:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains

00006363- DISC
ANDREA L MARION
3201 KENELWORTH DR APT 5
ATLANTA, GA 30344-8146

00004191 FECA000062922044720 01 000000 006363 004

P.O. Box 105518
Atlanta, GA 30348

medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at 866-349-5191.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.


please contact: **GLELSI, PO Box 7860, Madison, WI 53707-7860 Phone: (608) 246-1750**

| US DEPT. OF EDUCATION/GLELSI | | | | PO Box 7860 Madison WI 53707860 : 6082461750 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number *8581 | | Date Opened 01/23/2018 | High Credit $ 52,900 | Credit Limit | | Terms Duration | Terms Frequency Monthly | | Months Revd 53 | Activity Designator | | Creditor Classification |

| Date of Last Reported Update 06/22/2022 | Balance Amount $ 56,448 | Amount Past Due $ 0 | Date of Last Payment 05/2022 | Actual Payment Amount | Scheduled Payment Amount $ 0 | Date of 1st Delinquency | Date of Last Activity 06/2022 | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Status Pays As Agreed | Type of Account Installment | | Type of Loan Education Loan | Whose Account Individual Account | | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|---|---|

**ADDITIONAL INFORMATION:**
*Consumer Disputes - Reinvestigation in Process*

| | | Historical Account Information | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 05/22 | $ 56,448 | | | 05/01/2022 | $ 52,900 | | | Education Loan | |
| 04/22 | $ 56,448 | | | 04/01/2022 | $ 52,900 | | | Education Loan | |
| 03/22 | $ 56,448 | | | 03/01/2022 | $ 52,900 | | | Education Loan | |
| 02/22 | $ 56,448 | | | 02/01/2022 | $ 52,900 | | | Education Loan | |
| 01/22 | $ 56,448 | | | 01/01/2022 | $ 52,900 | | | Education Loan | |
| 12/21 | $ 56,448 | | | 12/01/2021 | $ 52,900 | | | Education Loan | |
| 11/21 | $ 56,448 | | | 11/01/2021 | $ 52,900 | | | Education Loan | |
| 10/21 | $ 56,448 | | | *09/30/2021* | $ 52,900 | | | Education Loan | |
| 09/21 | $ 56,448 | | | 09/01/2021 | $ 52,900 | | | Education Loan | |
| 08/21 | $ 56,448 | | | 08/01/2021 | $ 52,900 | | | Education Loan | |
| 07/21 | $ 56,448 | | | 07/01/2021 | $ 52,900 | | | Education Loan | |
| 06/21 | $ 56,448 | | | 06/01/2021 | $ 52,900 | | | Education Loan | |

(Continued On Next Page)
000006363-DISC

Page 4 of 8

2180576440-JMS-0ab101020000009f-06292022



Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/21 | $ 56,448 | | | 05/01/2021 | $ 52,900 | | | Education Loan | |
| 04/21 | $ 56,448 | | | 04/01/2021 | $ 52,900 | | | Education Loan | |
| 03/21 | $ 56,448 | | | 03/01/2021 | $ 52,900 | | | Education Loan | |
| 02/21 | $ 56,448 | | | 02/01/2021 | $ 52,900 | | | Education Loan | |
| 01/21 | $ 56,448 | | | 01/01/2021 | $ 52,900 | | | Education Loan | |
| 12/20 | $ 56,448 | | | 12/01/2020 | $ 52,900 | | | Education Loan | |
| 11/20 | $ 56,448 | | | 11/01/2020 | $ 52,900 | | | Education Loan | |
| 10/20 | $ 56,448 | | | *09/30/2020* | $ 52,900 | | | Education Loan | |
| 09/20 | $ 56,448 | | | 09/01/2020 | $ 52,900 | | | Education Loan | |
| 08/20 | $ 56,448 | | | 08/01/2020 | $ 52,900 | | | Education Loan | |
| 07/20 | $ 56,448 | | | 07/01/2020 | $ 52,900 | | | Education Loan | |
| 06/20 | $ 56,448 | | | 06/01/2020 | $ 52,900 | | | Education Loan | |

**>>> *We have researched the credit account. Account # - *7581 The results are:* - THE FOLLOWING FIELDS HAVE BEEN MODIFIED:**
*ADDITIONAL INFORMATION *DATE OF LAST ACTIVITY *HISTORICAL ACCOUNT INFORMATION. If you have additional questions about this item please contact: *US DEPT OF, PO Box 7860, US Dept Of Ed/Glelsi, Madison, WI 53707-7860*

**US DEPT OF ED/GLELSI**    **PO Box 7860 US Dept Of Ed/Glelsi Madison WI 53707860**

| Account Number *7581 | | Date Opened 10/26/2017 | High Credit $ 1,498 | Credit Limit | Terms Duration | Terms Frequency Monthly | Months Revd 56 | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|

| Date of Last Reported Update 06/22/2022 | Balance Amount $ 1,478 | Amount Past Due $ 0 | Date of Last Payment 05/2022 | Actual Payment Amount | Scheduled Payment Amount $ 0 | Date of 1st Delinquency | Date of Last Activity *06/2022* | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Status Pays As Agreed | Type of Account Installment | Type of Loan Education Loan | Whose Account Individual Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
*Consumer Disputes - Reinvestigation in Process*

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 05/22 | $ 1,478 | | | 05/01/2022 | $ 1,498 | | | Education Loan | |
| 04/22 | $ 1,478 | | | 04/01/2022 | $ 1,498 | | | Education Loan | |
| 03/22 | $ 1,478 | | | 03/01/2022 | $ 1,498 | | | Education Loan | |
| 02/22 | $ 1,478 | | | 02/01/2022 | $ 1,498 | | | Education Loan | |
| 01/22 | $ 1,478 | | | 01/01/2022 | $ 1,498 | | | Education Loan | |
| 12/21 | $ 1,478 | | | 12/01/2021 | $ 1,498 | | | Education Loan | |
| 11/21 | $ 1,478 | | | 11/01/2021 | $ 1,498 | | | Education Loan | |
| 10/21 | $ 1,478 | | | *09/30/2021* | $ 1,498 | | | Education Loan | |
| 09/21 | $ 1,478 | | | 09/01/2021 | $ 1,498 | | | Education Loan | |
| 08/21 | $ 1,478 | | | 08/01/2021 | $ 1,498 | | | Education Loan | |
| 07/21 | $ 1,478 | | | 07/01/2021 | $ 1,498 | | | Education Loan | |
| 06/21 | $ 1,478 | | | 06/01/2021 | $ 1,498 | | | Education Loan | |
| 05/21 | $ 1,478 | | | 05/01/2021 | $ 1,498 | | | Education Loan | |
| 04/21 | $ 1,478 | | | 04/01/2021 | $ 1,498 | | | Education Loan | |
| 03/21 | $ 1,478 | | | 03/01/2021 | $ 1,498 | | | Education Loan | |
| 02/21 | $ 1,478 | | | 02/01/2021 | $ 1,498 | | | Education Loan | |
| 01/21 | $ 1,478 | | | 01/01/2021 | $ 1,498 | | | Education Loan | |
| 12/20 | $ 1,478 | | | 12/01/2020 | $ 1,498 | | | Education Loan | |
| 11/20 | $ 1,478 | | | 11/01/2020 | $ 1,498 | | | Education Loan | |

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 10/20 | $ 1,478 | | | *09/30/2020* | $ 1,498 | | | Education Loan | |
| 09/20 | $ 1,478 | | | 09/01/2020 | $ 1,498 | | | Education Loan | |
| 08/20 | $ 1,478 | | | 08/01/2020 | $ 1,498 | | | Education Loan | |
| 07/20 | $ 1,478 | | | 07/01/2020 | $ 1,498 | | | Education Loan | |
| 06/20 | $ 1,478 | | | 06/01/2020 | $ 1,498 | | | Education Loan | |

 **Consumer Financial Protection Bureau** (https://www.consumerfinance.gov/)

**Start a new complaint**

---

**‹** All complaints (.)

# 220528-8796296

**CLOSED**

 ## Submitted

### STATUS
Submitted to the CFPB on 5/28/2022

### PRODUCT
Credit reporting, credit repair services, or other personal consumer reports

### ISSUE
Improper use of your report

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

### YOUR COMPLAINT

In accordance with the Fair Credit Reporting Act, BRYANT STATE BANK- Account# 521044XXXXXXXXXX GREEN DOT Bank- Account# 400421XXXXXXXXXX FIVE STAR BANK- Account# 205102XXXX CREDIT ACCEPTANCE CORP- Account# 799361XX CAPITAL ONE AUTO FIN- Account# 620515XXXXXXXXXXX SANTANDER CONSUMER USA- 300002XXXXXXXXXXX All these accounts above have violated my rights. 15 U.S. Code § 1681 section 602 A. states that I have a right to privacy. 15 U.S. Code § 1681 Section 604 A Section 2: It also states a consumer reporting agency cannot furnish an account without my written instruction. 15 U.S. Code § 1666B: A creditor may not treat a payment on a credit card account under an open end consumer credit plan as late for any purpose.

Hide full complaint ⬤

# What product or service is your complaint about?

**PRODUCT OR SERVICE**

Credit reporting, credit repair services, or other personal consumer reports

**TYPE**

Credit reporting

# What type of problem are you having?

**ISSUE**

Improper use of your report

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**

Yes

# What happened?

In accordance with the Fair Credit Reporting Act, BRYANT STATE BANK- Account# 521044XXXXXXXXXX GREEN DOT Bank- Account# 400421XXXXXXXXXX FIVE STAR BANK- Account# 205102XXXX CREDIT ACCEPTANCE CORP- Account# 799361XX CAPITAL ONE AUTO FIN- Account# 620515XXXXXXXXXXX SANTANDER CONSUMER USA- 300002XXXXXXXXXXX All these accounts above have violated my rights. 15 U.S. Code § 1681 section 602 A. states that I have a right to privacy. 15 U.S. Code § 1681 Section 604 A Section 2: It also states a consumer reporting agency cannot furnish an account without my written instruction. 15 U.S. Code § 1666B: A creditor may not treat a payment on a credit card account under an open end consumer credit plan as late for any purpose.

✅ **I want the CFPB to publish this description on consumerfinance.gov so that others can learn from my experience.**

The CFPB will take steps to remove my personal information from this description

but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

I want these accounts DELETED IMMEDIATELY due to the violations of my consumer rights.

# What company is this complaint about?

**COMPANY INFORMATION**

EQUIFAX

**SOCIAL SECURITY NUMBER (LAST FOUR DIGITS)**

2557

# What people are involved?

**YOUR CONTACT INFORMATION**

Andrea L Marion

marional01@mail.buffalostate.edu
7163425798

3201 Kenelworth Drive Apt 5 Atlanta, Georgia 30344 United States

**YOUR DEMOGRAPHIC INFORMATION**

**Age**

28

**Household size including total number of adults and children**

2

**Combined annual household income**

$35,000 - $49,999

## ✓ Sent to company

**STATUS**

Sent to company on 5/28/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company still working

**STATUS**

Company response is in progress as of 5/29/2022

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

Equifax has received your complaint submitted through the CFPB portal. We need more time to review and thoroughly research your submission. Once we've completed our research, we will provide an updated response with our findings.

## ✓ Company responded

**STATUS**

Company responded on 6/23/2022

**RESPONSE TYPE**

Closed with explanation

## Company's Response

Thank you for submitting your complaint through the CFPB Complaint Portal. In your complaint, you indicated that there were inaccurate items reporting on your credit file. Equifax has completed its investigation, including contacting the furnisher of the information, where applicable. A summary of the results are listed below: ADVERSE ACCOUNTS THAT HAVE NOT BEEN PAID IN FULL WILL AUTOMATICALLY BE DELETED SEVEN YEARS FROM THE DATE OF FIRST DELINQUENCY. ADVERSE ACCOUNTS THAT HAVE BEEN PAID IN FULL WILL AUTOMATICALLY BE DELETED SEVEN YEARS FROM THE DATE OF FIRST DELINQUENCY. PAID AS AGREED ACCOUNTS THAT HAVE BEEN PAID IN FULL WILL AUTOMATICALLY BE DELETED TEN YEARS FROM THE REPORTED DATE. ONCE AN ACCOUNT HAS BEEN OPENED, THE ACCOUNT MAY APPEAR ON THE CREDIT FILE FOR 7 YEARS FROM THE DATE OF FIRST DELINQUENCY OR 10 YEARS FROM THE DATE REPORTED. Trade: BRYANT STATE BANK EQUIFAX VERIFIED THAT THIS ITEM BELONGS TO YOU. THIS ACCOUNT HAS BEEN UPDATED ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: ACTIVITY DESIGNATOR,BALANCE,CHARGE OFF AMOUNT,DATE OF LAST PAYMENT,DATE OF LAST ACTIVITY/DATE OF FIRST DELINQUENCY,ADDITIONAL INFORMATION,ACCOUNT HISTORY Trade: CAPITAL ONE AUTO FIN EQUIFAX VERIFIED THAT THIS ITEM BELONGS TO YOU. THIS ACCOUNT HAS BEEN UPDATED ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: HIGH CREDIT,SCHEDULED PAYMENT,TERM DURATION,ADDITIONAL INFORMATION,ACCOUNT HISTORY Trade: CREDIT ACCEPTANCE CO EQUIFAX VERIFIED THAT THIS ITEM BELONGS TO YOU. EQUIFAX VERIFIED THAT THIS ITEM IS REPORTED CORRECTLY. Trade: FIVE STAR BANK EQUIFAX VERIFIED THAT THIS ITEM BELONGS TO YOU. EQUIFAX VERIFIED THAT THIS ITEM IS REPORTED CORRECTLY. Trade: GREEN DOT BANK EQUIFAX VERIFIED THAT THIS ITEM BELONGS TO YOU. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: STATUS,PAST DUE,CHARGE OFF AMOUNT,ACTUAL PAYMENT,DATE OF LAST PAYMENT,CLOSED DATE,ADDITIONAL INFORMATION Trade: SANTANDER CONSUMER U EQUIFAX VERIFIED THAT THIS ITEM BELONGS TO YOU. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: ACTIVITY DESIGNATOR,SCHEDULED PAYMENT,DATE OF LAST PAYMENT,CLOSED DATE,TERM DURATION,DATE OF LAST ACTIVITY/DATE OF FIRST DELINQUENCY,ACCOUNT HISTORY We hope this resolves your concerns and, if applicable, a copy of the dispute results has been mailed to you. If you have any additional questions, you may call 1-888-EQUIFAX (888-378-4329) or you may visit www.myequifax.com. With myEquifax, you can create an account to manage your security freeze, add or remove fraud alerts, and initiate credit file disputes. Additionally you can access free Equifax credit reports

and other products. You may also obtain a free copy of your credit report on annualcreditreport.com.

## Feedback requested

**STATUS**
Feedback requested on 6/23/2022

**FEEDBACK DUE**
8/22/2022

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

## Closed

The CFPB has closed your complaint.



**ADDITIONAL TOOLS AND RESOURCES**

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

**Start a new complaint**

❮ All complaints (.)

# 220302-8223625

**CLOSED**

 Submitted

### STATUS
Submitted to the CFPB on 3/2/2022

### PRODUCT
Credit reporting, credit repair services, or other personal consumer reports

### ISSUE
Problem with a credit reporting company's investigation into an existing problem

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

### YOUR COMPLAINT

I recently pulled a copy of my consumer report and noticed 7 items that are in direct violation of my consumer rights under 15 USC 1681- Congressional findings and statement of purpose (a)Accuracy and fairness of credit reporting The Congress makes the following findings: (4)There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy. 15 USC 1681a (2) (i) which is Definitions; rules of construction (2)Exclusions.—Except as provided in paragraph (3), the term "consumer report" does not include— (i)report containing information solely as to transactions or experiences between the consumer and the person making the report; I have a right to privacy. Remove and block these items listed below: 1. SANTANDER CONSUMER USA- 300002XXXXXXXXXXX 2. CREDIT ACCEPTANCE

CORP- 799361XX 3. CAPITAL ONE AUTO FINANCE- 620515XXXXXXXXXX 4. TRANSWORLD SYSTEM INC/- 855883XX 5. ECSI/KEUKA COLLEGE- 6AFD64XXXXXXXXX 6. CCS/BRYANT STATE BANK- 521044XXXXXXXXXX 7. COM SERV GRP I have sent multiple letters requesting the deletion of late payments due to direct violation of my consumer rights. I recently received a copy of my Experian credit report, and I noticed some late payments posted on my credit report. Green Dot showing 30 days past due for January 2021 and April 2021 Instead of deleting these negative late remarks you stated they accounts was verified and updated but nothing was changed. I DEMAND DELETION OF THESE NEGATIVE REMARKS DUE TO THE VIOLATIONS LISTED BELOW. Your company is in clear violation of the law. Under 15 U.S. Code § 1681b - Permissible purposes of consumer reports, THE LAW CLEARLY STATES: (a)IN GENERAL Subject to subsection (c), any consumer reporting agency may furnish a consumer report under the following circumstances and no other: (2) In accordance with the written instructions of the consumer to whom it relates. Did I give you written instructions to furnish this account on my credit report? Furthermore, the FAIR CREDIT REPORTING ACT 15 U.S. Code § 1681(2)(A)(i) Exclusions from a consumer credit report clearly states: (2)EXCLUSIONS.–Except as provided in paragraph (3), the term "consumer report" does not include– (A)subject to section 1681s-3 of this title, any– (i) report containing information solely as to transactions or experiences between the consumer and the person making the report; Transaction: payment history Experience: amount of credit using Line of credit: an experience what you use and how you use it/ swipe card: are all transactions Delete the above late payments from my consumer report, this is in violation of the FAIR CREDIT REPORTING ACT 15 U.S. Code § 1681 Failure to respond satisfactorily with deletion of the above referenced account will result in legal actions being taken against your company, for which I will also be seeking $1,000 per violation for: 1. Defamation of Character (per se) 2. Negligent Enablement of Identity Fraud 3. Fair Debt Collection Practices Act 15 U.S. Code § 1692g violations 4. Fair Credit Reporting Act 15 U.S. Code § 1681 violations for willful noncompliance- §616. Civil Liability for willful noncompliance (15 U.S. Code § 1681n) These negative remarks and accounts reported were without my permission. THIS INFORMATION IS NOT INFORMATION RELATING TO ANY TRANSACATION BY THE CONSUMER. NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT You, Experian are furnishing inaccurate and incorrect information to the consumer reporting agencies. The reporting of such inaccurate information has caused severe damage to my character, my reputation, my general mode of living and my ability to obtain credit for personal and house purposes. You and your inaccurate reporting have damaged my livelihood. 15 U.S. Code § 1681s-2 - Responsibilities of furnishers of information to consumer reporting agencies (a)DUTY OF FURNISHERS OF INFORMATION TO PROVIDE ACCURATE INFORMATION (1) PROHIBITION (A)Reporting information with actual knowledge of errors A person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate. Duty: a moral or legal obligation; a responsibility Accurate: correct in all details; exact PROHIBITION: a law or regulation forbidding something As Defined by the IRS The IRS Clearly defies a charge off as Gross or Ordinary income, INCOME DOES NOT GET REPORTED ON THE CONSUMER REPORT which in fact makes your reporting of this account inaccurate! By Definition The IRS

Clearly says a Cancelled or Charge off is income. The reporting of this account as a debt is inaccurate. 15 USC 1681 s-2 Says you Experian are a furnisher of information to a consumer reporting agency. You are PROHIBITED BY LAW to furnish inaccurate information. I demand you to Cease and Desist the reporting of incorrect/inaccurate information immediately. 15 USC 1681 s-2(a)(1)(A) A person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate. You are hereby put on NOTICE that you are furnishing incorrect inaccurate information. The lender must file 1099-C and send you copy if the amount of the debt cancelled is $600or more and the lender is a financial institution, credit union, federal government agency, or other applicable entity as discussed earlier in chapter 1. The above paragraph is taken directly from the IRS 2021 publication. I have not gotten a 1099-C that should have been sent when the furnisher reported this account and Filed the account as a cancelled debt but they have not so they are in violation of reporting inaccuarate information as well as Experian due to I asked for a complete investigation into this matter and was replied back that you have and the account was verified and accurate but it is not. 15 U.S. Code § 1681s-2 (a)DUTY OF FURNISHERS OF INFORMATION TO PROVIDE ACCURATE INFORMATION (1) PROHIBITION (B)Reporting information after notice and confirmation of errors A person shall not furnish information relating to a consumer to any consumer reporting agency if– (i) the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate; and (ii) the information is, in fact, inaccurate In conclusion I have shown you and you have been put on notice that you are reporting inaccurate information. The information is, in fact, inaccurate. The continued reporting of this inaccurate information is a clear violation of the Law 15 USC 1681 s-2 of your responsibilities as a furnisher of information. You have caused me and my family severe harm due to your negligence and inaccurate reporting. This is a final opportunity to Cure and DELETE This Erroneous, Inaccurate account from my consumer report. You have four [4] days to REMOVE THESE ITEMS FROM MY CONSUMER REPORT.

**ATTACHMENTS**

drea ga id.jpeg (584.9 KB)
capital one repsonse.jpg (964 KB)
lease.jpg (1.6 MB)
transworld cfpb response.jpeg (2.6 MB)

Hide full complaint ⊖

# What product or service is your complaint about?

---

### PRODUCT OR SERVICE

Credit reporting, credit repair services, or other personal consumer reports

**TYPE**
Credit reporting

## What type of problem are you having?

**ISSUE**
Problem with a credit reporting company's investigation into an existing problem

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**
Yes

## What happened?

I recently pulled a copy of my consumer report and noticed 7 items that are in direct violation of my consumer rights under 15 USC 1681- Congressional findings and statement of purpose (a)Accuracy and fairness of credit reporting The Congress makes the following findings: (4)There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy. 15 USC 1681a (2) (i) which is Definitions; rules of construction (2)Exclusions.—Except as provided in paragraph (3), the term "consumer report" does not include— (i)report containing information solely as to transactions or experiences between the consumer and the person making the report; I have a right to privacy. Remove and block these items listed below: 1. SANTANDER CONSUMER USA-300002XXXXXXXXXXX 2. CREDIT ACCEPTANCE CORP- 799361XX 3. CAPITAL ONE AUTO FINANCE- 620515XXXXXXXXXXX 4. TRANSWORLD SYSTEM INC/- 855883XX 5. ECSI/KEUKA COLLEGE- 6AFD64XXXXXXXXX 6. CCS/BRYANT STATE BANK-521044XXXXXXXXXX 7. COM SERV GRP I have sent multiple letters requesting the deletion of late payments due to direct violation of my consumer rights. I recently received a copy of my Experian credit report, and I noticed some late payments posted on my credit report. Green Dot showing 30 days past due for January 2021 and April 2021 Instead of deleting these negative late remarks you stated they accounts was verified and updated but nothing was changed. I DEMAND DELETION OF THESE NEGATIVE REMARKS DUE TO THE VIOLATIONS LISTED BELOW. Your company is in clear violation of the law. Under 15 U.S. Code § 1681b - Permissible purposes of consumer reports, THE LAW CLEARLY STATES: (a)IN GENERAL Subject to subsection (c), any consumer reporting agency may furnish a consumer report under the following

circumstances and no other: (2) In accordance with the written instructions of the consumer to whom it relates. Did I give you written instructions to furnish this account on my credit report? Furthermore, the FAIR CREDIT REPORTING ACT 15 U.S. Code § 1681(2)(A)(i) Exclusions from a consumer credit report clearly states: (2)EXCLUSIONS.– Except as provided in paragraph (3), the term "consumer report" does not include– (A)subject to section 1681s-3 of this title, any– (i) report containing information solely as to transactions or experiences between the consumer and the person making the report; Transaction: payment history Experience: amount of credit using Line of credit: an experience what you use and how you use it/ swipe card: are all transactions Delete the above late payments from my consumer report, this is in violation of the FAIR CREDIT REPORTING ACT 15 U.S. Code § 1681 Failure to respond satisfactorily with deletion of the above referenced account will result in legal actions being taken against your company, for which I will also be seeking $1,000 per violation for: 1. Defamation of Character (per se) 2. Negligent Enablement of Identity Fraud 3. Fair Debt Collection Practices Act 15 U.S. Code § 1692g violations 4. Fair Credit Reporting Act 15 U.S. Code § 1681 violations for willful noncompliance- §616. Civil Liability for willful noncompliance (15 U.S. Code § 1681n) These negative remarks and accounts reported were without my permission. THIS INFORMATION IS NOT INFORMATION RELATING TO ANY TRANSACATION BY THE CONSUMER. NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT You, Experian are furnishing inaccurate and incorrect information to the consumer reporting agencies. The reporting of such inaccurate information has caused severe damage to my character, my reputation, my general mode of living and my ability to obtain credit for personal and house purposes. You and your inaccurate reporting have damaged my livelihood. 15 U.S. Code § 1681s-2 - Responsibilities of furnishers of information to consumer reporting agencies (a)DUTY OF FURNISHERS OF INFORMATION TO PROVIDE ACCURATE INFORMATION (1) PROHIBITION (A)Reporting information with actual knowledge of errors A person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate. Duty: a moral or legal obligation; a responsibility Accurate: correct in all details; exact PROHIBITION: a law or regulation forbidding something As Defined by the IRS The IRS Clearly defies a charge off as Gross or Ordinary income, INCOME DOES NOT GET REPORTED ON THE CONSUMER REPORT which in fact makes your reporting of this account inaccurate! By Definition The IRS Clearly says a Cancelled or Charge off is income. The reporting of this account as a debt is inaccurate. 15 USC 1681 s-2 Says you Experian are a furnisher of information to a consumer reporting agency. You are PROHIBITED BY LAW to furnish inaccurate information. I demand you to Cease and Desist the reporting of incorrect/inaccurate information immediately. 15 USC 1681 s-2(a) (1)(A) A person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate. You are hereby put on NOTICE that you are furnishing incorrect inaccurate information. The lender must file 1099-C and send you copy if the amount of the debt cancelled is $600or more and the lender is a financial institution, credit union, federal government agency, or other applicable entity as discussed earlier

in chapter 1. The above paragraph is taken directly from the IRS 2021 publication. I have not gotten a 1099-C that should have been sent when the furnisher reported this account and Filed the account as a cancelled debt but they have not so they are in violation of reporting inaccuarate information as well as Experian due to I asked for a complete investigation into this matter and was replied back that you have and the account was verified and accurate but it is not. 15 U.S. Code § 1681s–2 (a)DUTY OF FURNISHERS OF INFORMATION TO PROVIDE ACCURATE INFORMATION (1) PROHIBITION (B)Reporting information after notice and confirmation of errors A person shall not furnish information relating to a consumer to any consumer reporting agency if – (i) the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate; and (ii) the information is, in fact, inaccurate In conclusion I have shown you and you have been put on notice that you are reporting inaccurate information. The information is, in fact, inaccurate. The continued reporting of this inaccurate information is a clear violation of the Law 15 USC 1681 s-2 of your responsibilities as a furnisher of information. You have caused me and my family severe harm due to your negligence and inaccurate reporting. This is a final opportunity to Cure and DELETE This Erroneous, Inaccurate account from my consumer report. You have four [4] days to REMOVE THESE ITEMS FROM MY CONSUMER REPORT.

☑ **I want the CFPB to publish this description on consumerfinance.gov so that others can learn from my experience.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

DELETION OF 1. SANTANDER CONSUMER USA- 300002XXXXXXXXXXX 2. CREDIT ACCEPTANCE CORP- 799361XX 3. CAPITAL ONE AUTO FINANCE- 620515XXXXXXXXXXX 4. TRANSWORLD SYSTEM INC/- 855883XX 5. ECSI/KEUKA COLLEGE- 6AFD64XXXXXXXXX 6. CCS/BRYANT STATE BANK- 521044XXXXXXXXXX 7. COM SERV GRP- U20179XXXXXXXX and the removal of negative late payment remarks from Green Dot showing 30 days past due for January 2021 and April 2021

**4 attachments**

View uploaded documents by clicking on the file name. Documents that pass virus scanning are typically available within 2 minutes of upload.

drea ga id.jpeg (584.9 KB)

capital one repsonse.jpg (964 KB)

lease.jpg (1.6 MB)

transworld cfpb response.jpeg (2.6 MB)

# What company is this complaint about?

**COMPANY INFORMATION**
EXPERIAN

**SOCIAL SECURITY NUMBER (LAST FOUR DIGITS)**
2557

**ADDITIONAL COMPANY**
TRANSUNION

**SOCIAL SECURITY NUMBER (LAST FOUR DIGITS)**
2557

**COMPLAINT ALSO SUBMITTED TO THIS COMPANY?**
true

**ATTEMPTED TO FIX WITH THIS COMPANY?**
Yes

**ADDITIONAL CREDIT REPORTING COMPANY**
EQUIFAX

**SOCIAL SECURITY NUMBER (LAST FOUR DIGITS)**
2557

**COMPLAINT ALSO SUBMITTED TO THIS COMPANY?**
Yes

**ATTEMPTED TO FIX WITH THIS COMPANY?**
Yes

# What people are involved?

**YOUR CONTACT INFORMATION**

Andrea L Marion

marional01@mail.buffalostate.edu
7163425798

3201 Kenelworth Drive Apt 5 Atlanta, Georgia 30344 United States

**YOUR DEMOGRAPHIC INFORMATION**

**Age**

28

**Household size including total number of adults and children**

2

**Combined annual household income**

$35,000 - $49,999

## Sent to company

**STATUS**

Sent to company on 3/2/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company still working

**STATUS**

Company response is in progress as of 3/3/2022

## The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

---

**COMPANY'S INTERIM RESPONSE**

Equifax has received your complaint submitted through the CFPB portal. We need more time to review and thoroughly research your submission. Once we've completed our research, we will provide an updated response with our findings.

## Company responded

**STATUS**

Company responded on 3/8/2022

**RESPONSE TYPE**

Closed with explanation

### Company's Response

Thank you for submitting your complaint through the CFPB Complaint Portal. In your complaint, you indicated that there were inaccurate or incorrect items reporting on your credit file. Please be advised that an investigation with the furnisher of the information has been initiated. When the furnishing company provides their findings, we will send those results to you. We hope this resolves your concerns. If you have any additional questions, you may call (888) 836-6351 or you may visit www.myequifax.com. With myEquifax, you can create an account to manage your security freeze, add or remove fraud alerts, and initiate credit file disputes. Additionally you can access free Equifax credit reports and other products.

## Feedback provided

**STATUS**

Feedback provided on 3/8/2022

# EXHIBIT

# G-1

 **EQUIFAX**®

## At a glance



### FICO® Score 8

**553** FICO SCORE 8
Equifax data Mar 16, 2023

300 ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━ 850
Poor

### Account summary

| | |
|---|---|
| Open accounts | **12** |
| Accounts ever late | **10** |
| Closed accounts | **11** |
| Collections | **0** |
| Average account age | **2 yrs 8 mos** |
| Oldest account | **5 yrs 10 mos** |

### Overall credit usage



**43 %**

■ Credit used: **$3,257**
▫ Credit limit: **$7,600**

### Debt summary

| | |
|---|---|
| Credit card and credit line debt | **$3,257** |
| Loan debt | **$58,282** |
| Collections debt | **$0** |
| Total debt | **$61,539** |



EQUIFAX

Prepared For ANDREA L. MARION   Date generated: Mar 16, 2023

● **CAPITAL ONE AUTO FIN**                                          **$1,258**
   25 potentially negative months                                   Closed

📇 **Account info**

| | |
|---|---|
| Account name | **CAPITAL ONE AUTO FIN** |
| Account number | **620515XXXXXXXXXXXX** |
| Original creditor | - |
| Company sold | - |
| Account type | **Installment** |
| Date opened | **Nov 19, 2019** |
| Open/closed | **Closed** |
| Status | **Charge-off** |
| Status updated | **Mar 2023** |

| | |
|---|---|
| Balance | **$1,258** |
| Balance updated | **Mar 09, 2023** |
| Original balance | - |
| Monthly payment | **$0** |
| Past due amount | **$1,258** |
| Terms | **75 Months** |
| Responsibility | **Individual Account** |
| Your statement | - |

*Handwritten: incomplete acct #*
*Handwritten: when?*
*Handwritten: acct charged off in Jan 2021 so status shouldn't keep updating*

💲 **Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | CO | – | – | – | – | – | – | – | – | – | – |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | CO | CO | ✓ | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | – | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ |

✓ On Time          CO Charge off

– Data Unavailable

*Handwritten: charged off / closed so how is a payment on time?*
*Handwritten: 15 USC 1681c(b)*
*Handwritten: Violation 15 USC 1681s-2(b)*



Prepared For **ANDREA L. MARION**   Date generated: Mar 16, 2023

● **BRYANT STATE BANK**                                                          **$164**

**10 potentially negative months**                                          **Closed**

*(handwritten: incomplete acct #)*

### Account info

| | | | |
|---|---|---|---|
| Account name | **BRYANT STATE BANK** | Balance | **$164** |
| Account number | **521044XXXXXXXXXX** | Balance updated | **Feb 10, 2023** |
| Original creditor | - | Credit limit | **$350** |
| Company sold | - | Monthly payment | - |
| Account type | **Revolving** | Past due amount | **$164** |
| Date opened | **Sep 22, 2020** | Highest balance | - |
| Open/closed | **Closed** | Terms | - |
| Status | **Charge-off** | Responsibility | **Individual Account** |
| Status updated | **Feb 2023** | Your statement | - |

*(handwritten: should be last 1st time charged off)*

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | - | - | - | - | - | - | - | - | - | - | |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | 60 | 90 | 120 | CO |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | ✔ | ✔ | 30 | 60 | 90 |
| 2020 | - | - | - | - | - | - | - | - | ✔ | ✔ | ✔ | ✔ |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |

✔ On Time     CO Charge off



Prepared For **ANDREA L. MARION**   **Date generated:** Mar 16, 2023

● **CELTIC BANK/CONTINEN**                                                              $0

**7 potentially negative months**                                                      Closed

*Incomplete acct #*

### Account info

| | | | |
|---|---|---|---|
| Account name | **CELTIC BANK/CONTINEN** | Balance | $0 |
| Account number | **534636XXXXXXXXXX** | Balance updated | **Nov 15, 2022** |
| Original creditor | **CKS 833 387 5604** | Credit limit | **$1,050** |
| Company sold | - | Monthly payment | - |
| Account type | **Revolving** | Past due amount | - |
| Date opened | **Jul 12, 2020** | Highest balance | - |
| Open/closed | **Closed** | Terms | - |
| Status | **Charge-off** | Responsibility | **Individual Account** |
| Status updated | **Nov 2022** | Your statement | - |

*should be — Inaccurate Aug 2022*

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✔ | ✔ | ✔ | 30 | 60 | 90 | 120 | CO | CO | CO | - | - |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | - | - | - | - | - | - | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |

✔  On Time          CO  Charge off



## Account info

| | |
|---|---|
| Account name | **AUSTIN CAPITAL BANK** |
| Account number | 800884XXXX |
| Original creditor | - |
| Company sold | - |
| Account type | **Installment** |
| Date opened | **May 03, 2021** |
| Open/closed | **Closed** |
| Status | not more than three payments past due |
| Status updated | Mar 2023 |

| | |
|---|---|
| Balance | **$0** |
| Balance updated | **Mar 14, 2023** |
| Original balance | **$10,000** |
| Monthly payment | **$0** |
| Past due amount | - |
| Terms | **120 Months** |
| Responsibility | **Individual Account** |
| Your statement | - |

*[handwritten: incomplete acct #]*

*[handwritten: acct closed oct 22, 2022 but still reporting on time on time payments]*

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | - | - | - | - | - | - | - | - | - | - |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | ✓ | ✓ |
| 2021 | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |

✓ On Time    30 30 Days Late

60 60 Days Late    — Data Unavailable

## Contact info

Address  8100 SHOAL CREEK BLVD.
AUSTIN,
TX 78757

Phone number  (512) 693-3600

## Comments

**FIXED RATE**

*[handwritten: - no disputed comments = violation 15 USC 1681 s-2(3)]*



Prepared For ANDREA L. MARION    Date generated: Mar 16, 2023

● **US DEPT. OF EDUCATIO**                                            **$56,476**
  Exceptional payment history                          Balance updated Mar 09, 2023

*[handwritten: incomplete acct #]*

### Account info

| | | | |
|---|---|---|---|
| Account name | US DEPT. OF EDUCATIO | Balance | $56,476 |
| Account number | 927679XXXX | Balance updated | Mar 09, 2023 |
| Original creditor | - | Original balance | $52,900 |
| Company sold | - | Paid off | 0% |
| Account type | Installment | Monthly payment | $0 |
| Date opened | Jan 23, 2018 | Past due amount | $0 |
| Open/closed | Open | Terms | - |
| Status | Pays account as agreed | Responsibility | Individual Account |
| Status updated | Mar 2023 | Your statement | - |

*[handwritten: no pymt history for 2018 - Feb 2019]*

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | - | - | - | - | - | - | - | - | - | - |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ On Time        — Data Unavailable

### Contact info

| | |
|---|---|
| Address | PO BOX 7860 MADISON, WI 53704 |
| Phone number | By mail only |

 **EQUIFAX**

Prepared For ANDREA L. MARION   Date generated: Mar 16, 2023

● **US DEPT OF ED/GLELSI**                                        **$1,478**

  **Exceptional payment history**                        Balance updated Mar 09, 2023

### Account info

*(handwritten: Incomplete acct #)*

| | |
|---|---|
| Account name | US DEPT OF ED/GLELSI |
| Account number | 375625XXXXXXXXXXX |
| Original creditor | - |
| Company sold | - |
| Account type | Installment |
| Date opened | Oct 26, 2017 |
| Open/closed | Open |
| Status | Pays account as agreed |
| Status updated | Mar 2023 |

| | |
|---|---|
| Balance | $1,478 |
| Balance updated | Mar 09, 2023 |
| Original balance | $1,498 |
| Paid off | 1% |
| Monthly payment | $0 |
| Past due amount | $0 |
| Terms | - |
| Responsibility | Individual Account |
| Your statement | - |

*(handwritten: no monthly payment but balance went down)*

*(handwritten: no pymt history for 2 years)*

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | – | – | – | – | – | – | – | – | – | – |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ On Time    — Data Unavailable

### Contact info

  Address        **PO BOX 7860 US DEPT OF
ED/GLELSI MADISON,**

# EXHIBIT J



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To Transunion LLC Consumer Dispute Center
Street and Apt. No., or PO Box No. P.O. Box 2000
City, State, ZIP+4® Chester, PA 19016

7020 3160 0001 1847 1766

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transunion LLC Consumer
Dispute Center
P.O. Box 2000
Chester, PA 19016

9590 9402 6076 0125 4882 29

2. Article Number (Transfer from service label)
7020 3160 0001 1847 1766

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X **TransUnion LLC**    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAR 2 9 2022

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To Transunion
Street and Apt. No., or PO Box No. P.O. Box 2000
City, State, ZIP+4® Chester, PA 19016

7021 0950 0001 7440 1335

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transunion
P.O. Box 2000
Chester, PA 19016

9590 9402 7433 2055 3568 29

2. Article Number (Transfer from service label)
7021 0950 0001 7440 1434

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X TransUnion LLC    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
SEP 0 8 2022

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

Service™
MAIL® RECEIPT

visit our website at www.usps.com

ICIAL USE

box, add fee as appropriate)
$
$
ery $
livery $

Postmark
Here

**Tracking Number:**

**Remove ✕**

# 70203160000118471353

🗍 Copy   ✗ Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 6:06 pm on April 26, 2022 in CHESTER, PA 19013.

**Get More Out of USPS Tracking:**

🔲 USPS Tracking Plus®

⊘ **Delivered**

**Delivered, Left with Individual**

CHESTER, PA 19013
April 26, 2022, 6:06 pm

**See All Tracking History**

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                     ⌄

**Tracking Number:**

# 70210950000174401335

⬜ Copy    🏃 Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 11:29 am on June 14, 2022 in CHESTER, PA 19013.

**Get More Out of USPS Tracking:**

📱 USPS Tracking Plus®

✓ **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

CHESTER, PA 19013
June 14, 2022, 11:29 am

See All Tracking History

Text & Email Updates

**Tracking Number:**

# 70203160000118471797

⎙ Copy    🏃 Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 10:12 am on April 8, 2022 in ASTON, PA 19014.

_____

**Get More Out of USPS Tracking:**

🗖 USPS Tracking Plus®

 **Delivered**

**Delivered, Individual Picked Up at Post Office**

ASTON, PA 19014
April 8, 2022, 10:12 am

**See All Tracking History**

_____

**Text & Email Updates**                                                              ⌄

*** 424805394-023 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

04/10/2022


Information for Good.

PFUSDO00201708-I024097-088725826

ANDREA L. MARION
3201 KENELWORTH DR APT 5
EAST POINT, GA 30344-6146

Dear ANDREA L. MARION,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3. Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   • Review relevant information we sent them, including any provided documents
   • Investigate your dispute and verify whether the information they report is accurate
   • Provide us a response to your dispute and update any other information
   • Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

File Number: 424805394    Page 2 of 9
Date Issued:    04/10/2022

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section below will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field. If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

### Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months. On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data: Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

**File Number:** 424805394      Page 5 of 9
**Date Issued:** 04/10/2022

# Your Investigation Results

> **INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED: A change was made to the item(s) based on your dispute and other information has also changed.**

**CAPITAL ONE AUTO FINANCE** #6205154679963**** ( CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025, (800) 946-0332 )

We investigated the information you disputed and updated: **Date Updated; Rating.** Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 11/19/2019 | **Balance:** | $1,258 | **Pay Status:** | >Charged Off< |
| **Responsibility:** | Individual Account | **Date Updated:** | 04/08/2022 | **Terms:** | $0 per month, paid Monthly |
| **Account Type:** | Installment Account | **Payment Received:** | 10/08/2020 ($0) | | for 75 months |
| **Loan Type:** | AUTOMOBILE | **Last Payment Made:** | 10/08/2020 | | |
| | | **High Balance:** | $22,899 | | |
| | | **Original Charge-off:** | $6,709 | | |
| | | **Past Due:** | >$1,258< | | |

**Remarks:** DISP INVG COMP-RPT BY GRNTR; >UNPAID BALANCE CHARGED OFF<
**Estimated month and year that this item will be removed:** 10/2027

| | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | C/O | C/O | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 |
|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**SANTANDER CONSUMER USA** #3000020778877**** ( P O BOX 961211, FORT WORTH, TX 75161, (888) 222-4227 )

We investigated the information you disputed and updated: **Not specified.** Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 10/23/2017 | **Balance:** | $0 | **Pay Status:** | Paid, Closed; was Paid as |
| **Responsibility:** | Individual Account | **Date Updated:** | 12/09/2019 | | agreed |
| **Account Type:** | Installment Account | **Payment Received:** | 12/09/2019 ($0) | **Terms:** | $0 per month, paid Monthly |
| **Loan Type:** | AUTOMOBILE | **Last Payment Made:** | 12/09/2019 | | for 61 months |
| | | **High Balance:** | $9,613 | **Date Closed:** | 12/09/2019 |
| | | | | | >Maximum Delinquency of 60 days in 03/2018 |
| | | | | | and in 05/2018< |

**Remarks:** CLOSED

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | 30 | 30 |

| | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | 60 | 30 | 60 | OK | OK |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

> **INVESTIGATION RESULTS - VERIFIED AND UPDATED: The disputed item(s) was verified as belonging to you and information has changed or been updated to reflect recent activity.**

**BRYANT STATE BANK** #521044006827**** ( 1500 S HIGHLINE AVE, SIOUX FALLS, SD 57110, (605) 782-3474 )

We investigated this item, verified it belongs to you, and updated: **Rating; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| Date Opened: | 09/22/2020 | |
| Responsibility: | Individual Account | |
| Account Type: | Revolving Account | |
| Loan Type: | CREDIT CARD | |

| | |
|---|---|
| Balance: | $38 |
| Date Updated: | 03/28/2022 |
| Payment Received: | 01/14/2022 ($0) |
| Last Payment Made: | 01/14/2022 |
| High Balance: | $497 |
| Credit Limit: | $350 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Terms: | $30 per month, paid Monthly |
| | >Maximum Delinquency of 90 days in 12/2021< |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR

| | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | OK | 90 | 60 | 30 | OK | OK | 30 | OK | OK | OK | OK |

| | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎ ∎

**File Number:**          424805394                                Page 7 of 9
**Date Issued:**          04/10/2022

---

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE:  The disputed item was verified as accurate.**

---

**COMMERCIAL SERVICES GROU** #U201794D18**** ( 4965 us highway 42, suite 1500, LOUISVILLE, KY 40222, (800) 264-6850 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**.
Here is how this item appears on your credit report following our investigation.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Placed for collection:** | 05/29/2019 | **Balance:** | $820 | **Pay Status:** | >In Collection< |
| **Responsibility:** | Individual Account | **Date Updated:** | 04/04/2022 | | |
| **Account Type:** | Open Account | **Original Amount:** | $820 | | |
| **Loan Type:** | COLLECTION AGENCY/ATTORNEY | **Original Creditor:** | CHARTER COMMUNICATIONS (Financial) | | |
| | | **Past Due:** | >$820< | | |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 02/2026

-------------------------------------------------------------------------------

---

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.**

---

**5 STAR BANK/WYOMING CNTY** #205102**** ( 2851 CLOVER ST, PITTSFORD, NY 14534, (877) 786-1444 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date Opened:** | 08/07/2020 | | **Balance:** | | $33,272 | | **Pay Status:** | Current; Paid or Paying as Agreed |
| **Responsibility:** | Individual Account | | **Date Updated:** | | 04/01/2022 | | | Agreed |
| **Account Type:** | Installment Account | | **Payment Received:** | | 03/21/2022 ($590) | | **Terms:** | $590 per month, paid |
| **Loan Type:** | AUTOMOBILE | | **Last Payment Made:** | | 03/21/2022 | | | Monthly for 84 months |
| | | | **High Balance:** | | $38,358 | | | >Maximum Delinquency of 30 days in 03/2021 and in 02/2022< |

| | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | 30 | X | OK | OK | 30 | OK | OK | OK | OK | 30 | 30 |

| | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|
| Rating | 30 | OK | OK | OK | OK | OK | OK |


.000006

***424805394-024***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805


**TransUnion.**

| File Number: | 424805394 |
| Page: | 1 of 1 |
| Date Issued: | 4/12/2022 |

PFV98R00208966-I017931-088787320

ANDREA L MARION
3201 KENELWORTH DR APT 5
EAST POINT, GA 30344-6146

We applaud your recent efforts to take charge of your credit. We want you to know we're on your side, and we're here to help support you on your path toward credit health.

We recently received a request that included your information, but it didn't appear that you or a properly authorized third party sent it to us. We take the privacy and security of your data very seriously, so we won't process requests unless they come directly from you or an authorized third party. If you're working with a third party such as a credit repair company or "credit clinic", they have to identify themselves in their communications to us, and provide proof that you've authorized them to communicate with us on your behalf.

It's important to know that if you see something on your TransUnion credit report that you believe is inaccurate, you can dispute it easily and securely on your own for free, without paying a fee to any company. Find out more about how to manage the information on your TransUnion credit report at transunion.com/repairletter.

If you've hired a credit repair company and they insist on payment up front, encourage you to misrepresent your credit information or instruct you not to contact a credit reporting agency directly, they are not acting lawfully. Learn more about credit repair and your rights at transunion.com/repairletter.

You can count on us as a resource as you work to achieve your credit health goals - we want you to be able to get the financial opportunities you deserve.

Sincerely,

Your TransUnion Support Team

*** 424805394-029 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

06/22/2022



Information for Good.

PG9X9800300326-I005481-090581507

ANDREA L. MARION
3201 KENELWORTH DR APT 5
EAST POINT, GA 30344-6146

Dear ANDREA L. MARION,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1.  Updated your credit report based on the information you provided; OR
2.  Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3.  Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4.  Asked the data furnisher reporting the information you disputed to do all of the following:
    • Review relevant information we sent them, including any provided documents
    • Investigate your dispute and verify whether the information they report is accurate
    • Provide us a response to your dispute and update any other information
    • Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

P G9X98 003 00326 I005481 01/18

File Number: 424605394
Date Issued: 06/22/2022

Page 2 of 3

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section below will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field.  If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:**  The monthly payment amount or monthly minimum payment due on the account |

## Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months.  On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data:  Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

**File Number:** 424805394   Page 5 of 9
**Date Issued:** 06/22/2022

# Your Investigation Results

> **INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:  A change was made to the item(s) based on your dispute and other information has also changed.**

**BRYANT STATE BANK** #521044006827**** ( 1500 S HIGHLINE AVE, SIOUX FALLS, SD 57110, (605) 782-3474 )
We investigated the information you disputed and updated: **Rating; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| **Date Opened:** 09/22/2020 | **Balance:** $84 | **Pay Status:** Current; Paid or Paying as Agreed |
| **Responsibility:** Individual Account | **Date Updated:** 05/27/2022 | |
| **Account Type:** Revolving Account | **Payment Received:** 05/18/2022 ($30) | **Terms:** $30 per month, paid Monthly |
| **Loan Type:** CREDIT CARD | **Last Payment Made:** 05/18/2022 | **Date Closed:** 04/22/2022 |
| | **High Balance:** $497 | >Maximum Delinquency of 90 days in 12/2021< |
| | **Credit Limit:** $350 | |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; CLOSED BY CREDIT GRANTOR

| | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | 90 | 60 | 30 | OK | OK | 30 | OK | OK |

| | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

**CAPITAL ONE AUTO FINANCE** #6205154679963**** ( CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025, (800) 946-0332 )
We investigated the information you disputed and updated: **Date Updated; Date Closed; Rating**. Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| **Date Opened:** 11/19/2019 | **Balance:** $1,258 | **Pay Status:** >Charged Off< |
| **Responsibility:** Individual Account | **Date Updated:** 06/06/2022 | **Terms:** $0 per month, paid Monthly for 75 months |
| **Account Type:** Installment Account | **Payment Received:** 10/08/2020 ($0) | |
| **Loan Type:** AUTOMOBILE | **Last Payment Made:** 10/08/2020 | |
| | **High Balance:** $22,899 | |
| | **Original Charge-off:** $6,709 | |
| | **Past Due:** >$1,258< | |

**Remarks:** DISP INVG COMP-RPT BY GRNTR; >UNPAID BALANCE CHARGED OFF<
**Estimated month and year that this item will be removed:** 10/2027

| | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | X | C/O | C/O | OK | OK | OK | OK | OK | OK | OK |

| | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

**GREEN DOT CORPORATION** #400421004062**** ( ATTN CREDIT DISPUTES, PO BOX 400, PROVO, UT 84603, (866) 291-0818 )
We investigated the information you disputed and updated: **Date Updated; Original Charge-Off; Past Due; Pay Status; Maximum Delinquency; Rating; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| **Date Opened:** 03/01/2019 | **Balance:** $1,140 | **Pay Status:** >Account 120 Days Past Due Date< |
| **Responsibility:** Individual Account | **Date Updated:** 06/21/2022 | |
| **Account Type:** Revolving Account | **Payment Received:** 12/31/2021 ($0) | **Terms:** $25 per month, paid Monthly |
| **Loan Type:** SECURED CREDIT CARD | **Last Payment Made:** 12/31/2021 | **Date Closed:** 04/18/2022 |
| | **High Balance:** $1,140 | >Maximum Delinquency of 120 days in 06/2022 for $257< |
| | **Original Charge-off:** $0 | |
| | **Credit Limit:** $1,000 | |
| | **Past Due:** >$257< | |

**Remarks:** DISP INVG COMP-CONSUM DISAGRS; CLOSED BY CREDIT GRANTOR
**Estimated month and year that this item will be removed:** 01/2029

| | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK |

| | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**File Number:** 424803394
**Date Issued:** 06/22/2022

| | 05/2019 | 04/2019 |
|---|---|---|
| Rating | OK | OK |

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

**SANTANDER CONSUMER USA** #3000020778877**** ( P O BOX 961211, FORT WORTH, TX 75161, (888) 222-4227 )
We investigated the information you disputed and updated: **Rating**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 10/23/2017 | **Balance:** | $0 | **Pay Status:** | Paid, Closed; was Paid as agreed |
| **Responsibility:** | Individual Account | **Date Updated:** | 12/09/2019 | | |
| **Account Type:** | Installment Account | **Payment Received:** | 12/09/2019 ($0) | **Terms:** | $0 per month, paid Monthly for 61  months |
| **Loan Type:** | AUTOMOBILE | **Last Payment Made:** | 12/09/2019 | | |
| | | **High Balance:** | $9,613 | **Date Closed:** | 12/09/2019 |

>Maximum Delinquency of 60 days in 03/2018 and  in 05/2018<

**Remarks:** CLOSED

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | 30 | 30 |

| | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | 60 | 30 | 60 | OK | OK | X |

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■



-000006-

**File Number:** 424805394   Page 7 of 9
**Date Issued:** 06/22/2022

---

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE:  The disputed item was verified as accurate.**

---

**5 STAR BANK/WYOMING CNTY** #205102**** ( 2851 CLOVER ST, PITTSFORD, NY 14534, (877) 786-1444 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**.
Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| **Date Opened:** | 08/07/2020 | **Date Updated:** | 06/01/2022 |
| **Responsibility:** | Individual Account | **Payment Received:** | 05/27/2022 ($1,180) |
| **Account Type:** | Installment Account | **Last Payment Made:** | 05/27/2022 |
| **Loan Type:** | AUTOMOBILE | | |

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $590 per month, paid Monthly for 84  months
>Maximum Delinquency of 30 days in 04/2021 and  in 05/2022 for $1,238<

**High Balance:** High balance of $38,358 from 05/2022 to 06/2022

| | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $32,548 | $33,271 | | | | | | | | | | |
| **Scheduled Payment** | $590 | $590 | | | | | | | | | | |
| **Amount Paid** | $1,180 | $0 | | | | | | | | | | |
| **Past Due** | $0 | $1,238 | | | | | | | | | | |
| **Rating** | OK | 30 | 30 | OK | OK | OK | OK | 30 | OK | OK | OK | OK |

| | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | 30 | 30 | 30 | OK | OK | OK | OK | OK | OK | OK |

---

**COMMERCIAL SERVICES GROU** #U201794D18**** ( 4965 us highway 42, suite 1500, LOUISVILLE, KY 40222, (800) 264-6850 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**.
Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| **Placed for collection:** | 05/29/2019 | **Balance:** | $820 |
| **Responsibility:** | Individual Account | **Date Updated:** | 06/03/2022 |
| **Account Type:** | Open Account | **Original Amount:** | $820 |
| **Loan Type:** | COLLECTION AGENCY/ATTORNEY | **Original Creditor:** | CHARTER COMMUNICATIONS (Financial) |
| | | **Past Due:** | >$820< |

**Pay Status:** >In Collection<

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 02/2026

---

P C0X08-003-00326 I005487-07/18

**File Number:** 424805395   
**Date Issued:** 06/22/2022

**INFORMATION UPDATED: In response to your request, a change was made to this item(s).**



*** 424700146-018 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805



06/25/2022



Information for Good.

PGALID00202119-I028045-090987428

ANDREA L. MARION
3201 KENELWORTH DR APT 5
EAST POINT, GA 30344-6146

Dear ANDREA L. MARION,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3. Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

**File Number:** 324200106
**Date Issued:** 06/25/2022

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section below will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field.  If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

### Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months.  On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data:  Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

File Number:   424700146   Page 5 of 7
Date Issued:   06/25/2022

# Your Investigation Results

> **INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.**

**US DEPT OF EDUCATION/GLE #375625927677****** ( 2401 INTERNATIONAL, POB 7859, MADISON, WI 53704, (608) 246-1750 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Remarks; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| Date Opened: | 10/26/2017 | Balance: | $1,478 | Pay Status: | Current; Paid or Paying as |
| Responsibility: | Individual Account | Date Updated: | 05/31/2022 | | Agreed |
| Account Type: | Installment Account | Payment Received: | 05/01/2022 ($0) | Terms: | $0 per month, paid Monthly |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 05/01/2022 | | |
| | | High Balance: | $1,498 | | |

**Remarks:** DISP INVG COMP-CONSUM DISAGRS

| | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X |

| | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | OK | X | X | X | X | X | X |

| | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | 12/2017 | 11/2017 | 10/2017 |
|---|---|---|---|
| Rating | OK | OK | X |

**US DEPT. OF EDUCATION/GL #275625927679****** ( 2401 INTERNATIONAL, POB 7859, MADISON, WI 53704, (800) 236-4300 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Remarks; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| Date Opened: | 01/23/2018 | Balance: | $56,448 | Pay Status: | Current; Paid or Paying as |
| Responsibility: | Individual Account | Date Updated: | 05/31/2022 | | Agreed |
| Account Type: | Installment Account | Payment Received: | 05/01/2022 ($0) | Terms: | $0 per month, paid Monthly |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 05/01/2022 | | |
| | | High Balance: | $52,900 | | |

**Remarks:** DISP INVG COMP-CONSUM DISAGRS

| | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X |

| | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | OK | X | X | X | X | X | X |

| | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

File Number: 424100140
Date Issued: 06/25/2022

**INFORMATION UPDATED: In response to your request, a change was made to this item(s).**

**SECURITY ALERT**: This section of your report was updated as follows:
**SECURITY ALERT:**Extended Fraud Alert: Action may be required under FCRA before opening or modifying an account.  Contact consumer at (716) 342-5798 or (716) 342-5798.
(Note: This alert is set to expire in 07/2029.)

**OPT-OUT**: This section of your report was updated as follows:
**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion.
(Note: This opt-out is set to expire in 07/2027.)
The opt out on your file will remain in effect until the expiration date specified above, unless you request it to be made permanent.  To permanently opt out of promotional lists provided by TransUnion, you must send us a signed 'Notice of Election' form, which can be obtained by writing us or calling us at 800-916-8800 and speaking with a representative.

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■



**File Number:** 4247001146
**Date Issued:** 02/02/2023

Page 9 of 14

Remarks: DISP INVG COMP-CONSUM DISAGRS; ACCT CLOSED DUE TO TRANSFER

| | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2016 | 02/2016 | 01/2016 |
|---|---|---|---|
| Rating | X | OK | X |

---

**FEDLOAN SERVICING #7448269091FD0****** ( POB 60610, HARRISBURG, PA 17106, (800) 699-2908 )
We investigated the information you disputed and updated: **Rating**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 09/12/2014 | Balance: | $0 | Pay Status: | Transferred; was Paying as agreed |
| Responsibility: | Individual Account | Date Updated: | 04/09/2019 | | |
| Account Type: | Installment Account | Payment Received: | 06/08/2017 ($0) | Terms: | $0 per month, paid Monthly for 120 months |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 06/08/2017 | | |
| | | High Balance: | $6,000 | Date Closed: | 04/09/2019 |

Remarks: DISP INVG COMP-CONSUM DISAGRS; ACCT CLOSED DUE TO TRANSFER

| | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2016 | 02/2016 | 01/2016 |
|---|---|---|---|
| Rating | X | OK | OK |

---

**SANTANDER CONSUMER USA #3000020778877****** ( P O BOX 961211, FORT WORTH, TX 75161, (888) 222-4227 )
We investigated the information you disputed and updated: **No update necessary**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 10/23/2017 | Balance: | $0 | Pay Status: | Paid, Closed; was Paid as agreed |
| Responsibility: | Individual Account | Date Updated: | 12/09/2019 | | |
| Account Type: | Installment Account | Payment Received: | 12/09/2019 ($0) | Terms: | $0 per month, paid Monthly for 61 months |
| Loan Type: | AUTOMOBILE | Last Payment Made: | 12/09/2019 | | |
| | | High Balance: | $9,613 | Date Closed: | 12/09/2019 |
| | | | | | >Maximum Delinquency of 60 days in 03/2018 and in 05/2018< |

Remarks: CLOSED

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | 30 | 30 |

| | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | 60 | 30 | 60 | OK | OK | X |

---

**SUNRISE BANK SELF LENDER #CBA0000000001785****** ( 515 CONGRESS AVE SUITE 2200, C/O SELF FINANCIAL INC, AUSTIN, TX 78701, (605) 250-2620 )
We investigated the information you disputed and updated: **Balance; Date Updated; Last Payment Made; Maximum Delinquency; Rating; Payment Received; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 11/27/2021 | Balance: | $328 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 01/29/2023 | | |
| Account Type: | Installment Account | Payment Received: | 01/22/2023 ($35) | Terms: | $35 per month, paid Monthly for 24 months |
| Loan Type: | SECURED | Last Payment Made: | 01/22/2023 | | |
| | | High Balance: | $724 | | >Maximum Delinquency of 30 days in 07/2022< |

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK |

| | 12/2021 | 11/2021 |
|---|---|---|
| Rating | OK | OK |

**THE BANK OF MISSOURI/MILSTNE** #549806005040**** ( PO BOX 4499, BEAVERTON, OR 97076, (866) 502-6439 )

We investigated the information you disputed and updated: **Remarks; Maximum Delinquency; Historical Trended Data.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| **Date Opened:** 11/02/2021 | **Balance:** $0 | **Pay Status:** >Sold; was Charged-off< | |
| **Responsibility:** Individual Account | **Date Updated:** 12/20/2022 | **Terms:** Paid Monthly | |
| **Account Type:** Revolving Account | **Payment Received:** 04/30/2022 ($0) | **Date Closed:** 12/20/2022 | |
| **Loan Type:** CREDIT CARD | **Last Payment Made:** 04/30/2022 | >Maximum Delinquency of 120 days in | |
| | **High Balance:** $1,224 | 09/2022 and in 11/2022< | |
| | **Original Charge-off:** $1,224 | | |
| | **Credit Limit:** $700 | | |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; PURCHASED BY ANOTHER LENDER; >PAID IN FULL/WAS A CHARGE OFF<

**Estimated month and year that this item will be removed:** 05/2029

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | OK | OK | OK | OK | OK | OK |

.000000Z

*** 424700146-029 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

02/02/2023



**Information for Good.**

PHFLVL00200018-I000375-101567600

ANDREA L. MARION
3201 KENELWORTH DR APT 5
EAST POINT, GA 30344-6146

Dear ANDREA L. MARION,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section below will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field. If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

### Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months. On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data: Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

# Your Investigation Results

**INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED:  A change was made to the item(s) based on your dispute.**

**FIRST SAVINGS CREDIT CAR** #543360120599**** ( 1500 S Highline Ave, SIOUX FALLS, SD 57110, (888) 469-0291 )
We investigated the information you disputed and updated: **Maximum Delinquency; Rating; Historical Trended Data**.  Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 09/17/2020 | Balance: | $517 | Pay Status: | >Account 30 Days Past Due Date< |
| Responsibility: | Individual Account | Date Updated: | 12/22/2022 | | |
| Account Type: | Revolving Account | Payment Received: | 11/03/2022 ($0) | Terms: | $43 per month, paid Monthly |
| Loan Type: | CREDIT CARD | Last Payment Made: | 11/03/2022 | >Maximum Delinquency of 60 days in |
| | | High Balance: | $517 | 10/2022< |
| | | Credit Limit: | $350 | |
| | | Past Due: | >$71< | |

**Estimated month and year that this item will be removed:** 07/2029

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | 60 | 30 | OK | OK | 30 | OK | OK | OK | OK | OK | OK |

| | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**File Number:** 2040700100
**Date Issued:** 02/02/2023

---

## INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED: A change was made to the Item(s) based on your dispute and other information has also changed.

---

**AUSTIN CAPITAL BANK SSB** #800884**** ( 8100 Shoal Creek, AUSTIN, TX 78757, (512) 693-3600 )

We investigated the information you disputed and updated: **Original Charge-Off; Payment Received; Historical Trended Data.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 05/03/2021 | Balance: | $0 |
| Responsibility: | Individual Account | Date Updated: | 10/22/2022 |
| Account Type: | Installment Account | Payment Received: | 10/22/2022 ($110) |
| Loan Type: | SECURED | Last Payment Made: | 10/22/2022 |
| | | High Balance: | $10,000 |
| | | Original Charge-off: | $0 |

| | |
|---|---|
| Pay Status: | >Paid, Closed; was 60 days past due date< |
| Terms: | $0 per month, paid Monthly for 120 months |
| Date Closed: | 10/22/2022 |
| | >Maximum Delinquency of 60 days in 10/2022< |

**Remarks:** CLOSED

Estimated month and year that this item will be removed: 08/2029

| | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2021 | 08/2021 | 07/2021 | 06/2021 |
|---|---|---|---|---|
| Rating | OK | OK | OK | OK |

---

**BRYANT STATE BANK** #521044006827**** ( 1500 S HIGHLINE AVE, SIOUX FALLS, SD 57110, (605) 782-3474 )

We investigated the information you disputed and updated: **Date Updated; High Balance; Credit Limit; Maximum Delinquency; Rating; Historical Trended Data.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 09/22/2020 | Balance: | $164 |
| Responsibility: | Individual Account | Date Updated: | 11/28/2022 |
| Account Type: | Revolving Account | Payment Received: | 06/27/2022 ($0) |
| Loan Type: | CREDIT CARD | Last Payment Made: | 06/27/2022 |
| | | High Balance: | $164 |
| | | Original Charge-off: | $164 |
| | | Credit Limit: | $350 |
| | | Past Due: | >$164< |

| | |
|---|---|
| Pay Status: | >Charged Off< |
| Terms: | Paid Monthly |
| Date Closed: | 04/22/2022 |
| | >Maximum Delinquency of 90 days in 12/2021 and in 10/2022< |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<

Estimated month and year that this item will be removed: 06/2029

| | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | 90 | 60 |

| | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 30 | OK | OK | 30 | OK | OK | OK | OK | OK | OK |

---

**CAPITAL ONE AUTO FINANCE** #6205154679963**** ( CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025, (800) 946-0332 )

We investigated the information you disputed and updated: **Date Updated; Date Closed; Rating; Historical Trended Data.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 11/19/2019 | Balance: | $1,258 |
| Responsibility: | Individual Account | Date Updated: | 01/13/2023 |
| Account Type: | Installment Account | Payment Received: | 10/08/2020 ($0) |
| Loan Type: | AUTOMOBILE | Last Payment Made: | 10/08/2020 |
| | | High Balance: | $22,899 |
| | | Original Charge-off: | $6,709 |
| | | Past Due: | >$1,258< |

| | |
|---|---|
| Pay Status: | >Charged Off< |
| Terms: | $0 per month, paid Monthly for 75 months |

**Remarks:** DISP INVG COMP-RPT BY GRNTR; >UNPAID BALANCE CHARGED OFF<

Estimated month and year that this item will be removed: 10/2027

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | X | C/O | C/O |

| | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2019 | 11/2019 |
|---|---|---|
| Rating | OK | OK |

File Number: 424700146   Page 7 of 14
Date Issued:  02/02/2023

**CONTINENTAL FIN CO #534636140105****** ( 4550 New Linden Hill Road, wilmington, DE 19808, (866) 449-4514 )

We investigated the information you disputed and updated: **Remarks; Maximum Delinquency; Rating; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 07/12/2020 | Balance: $0 | Pay Status: >Sold; was Charged-off< |
| Responsibility: | Individual Account | Date Updated: 11/15/2022 | Terms: Paid Monthly |
| Account Type: | Revolving Account | Payment Received: 04/08/2022 ($0) | Date Closed: 08/04/2022 |
| Loan Type: | CREDIT CARD | Last Payment Made: 04/08/2022 | >Maximum Delinquency of 120 days in |
| | | High Balance: $1,363 | 08/2022< |
| | | Original Charge-off: $1,363 | |
| | | Credit Limit: $1,050 | |

Account Sale Info: ACCOUNT SOLD TO CKS 8333875604
Remarks: PURCHASED BY ANOTHER LENDER; >PAID IN FULL/WAS A CHARGE OFF<
Estimated month and year that this item will be removed: 02/2029

| | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK |

| | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|
| Rating | OK | OK | OK |

**FEB DESTINY #532211000785****** ( PO BOX 4499, BEAVERTON, OR 97076, (844) 222-5695 )

We investigated the information you disputed and updated: **Balance; Date Updated; High Balance; Original Charge-Off; Past Due; Pay Status; Terms; Date Closed; Remarks; Maximum Delinquency; Rating; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 10/02/2020 | Balance: $0 | Pay Status: >Sold; was Charged-off< |
| Responsibility: | Individual Account | Date Updated: 01/23/2023 | Terms: Paid Monthly |
| Account Type: | Revolving Account | Payment Received: 06/20/2022 ($0) | Date Closed: 01/23/2023 |
| Loan Type: | CREDIT CARD | Last Payment Made: 06/20/2022 | >Maximum Delinquency of 120 days in |
| | | High Balance: $997 | 11/2022 and  12/2022< |
| | | Original Charge-off: $997 | |
| | | Credit Limit: $300 | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; PURCHASED BY ANOTHER LENDER; >PAID IN FULL/WAS A CHARGE OFF<
Estimated month and year that this item will be removed: 07/2029

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK |

| | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2020 | 11/2020 |
|---|---|---|
| Rating | OK | OK |

**FEDLOAN SERVICING #7448269091FD0****** ( POB 60610, HARRISBURG, PA 17106, (800) 699-2908 )

We investigated the information you disputed and updated: **Rating**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 09/13/2011 | Balance: $0 | Pay Status: Transferred; was Paying as |
| Responsibility: | Individual Account | Date Updated: 04/09/2019 | agreed |
| Account Type: | Installment Account | Payment Received: 06/08/2017 ($0) | Terms: $0 per month, paid Monthly |
| Loan Type: | STUDENT LOAN | Last Payment Made: 06/08/2017 | for  120  months |
| | | High Balance: $2,000 | Date Closed: 04/09/2019 |

Remarks: DISP INVG COMP-CONSUM DISAGRS; ACCT CLOSED DUE TO TRANSFER

| | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2016 | 02/2016 | 01/2016 |
|---|---|---|---|
| Rating | X | OK | X |

**FEDLOAN SERVICING #7448269091FD0\*\*\*\*** ( POB 60610, HARRISBURG, PA 17106, (800) 699-2908 )

We investigated the information you disputed and updated: **Rating**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 09/12/2012 | Balance: | $0 |
| Responsibility: | Individual Account | Date Updated: | 06/06/2017 |
| Account Type: | Installment Account | Payment Received: | 06/06/2017 ($2,566) |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 06/06/2017 |
| | | High Balance: | $2,000 |
| Pay Status: | Paid, Closed; was Paid as agreed |
| Terms: | $0 per month, paid Monthly for 142 months |
| Date Closed: | 06/06/2017 |

Remarks: DISP INVG COMP-CONSUM DISAGRS; CLOSED

| | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 |
|---|---|---|---|---|---|
| Rating | OK | OK | X | OK | X |

---

**FEDLOAN SERVICING #7448269091FD0\*\*\*\*** ( POB 60610, HARRISBURG, PA 17106, (800) 699-2908 )

We investigated the information you disputed and updated: **Rating**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 09/13/2011 | Balance: | $0 |
| Responsibility: | Individual Account | Date Updated: | 04/09/2019 |
| Account Type: | Installment Account | Payment Received: | 06/08/2017 ($0) |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 06/08/2017 |
| | | High Balance: | $3,500 |
| Pay Status: | Transferred; was Paying as agreed |
| Terms: | $0 per month, paid Monthly for 120 months |
| Date Closed: | 04/09/2019 |

Remarks: DISP INVG COMP-CONSUM DISAGRS; ACCT CLOSED DUE TO TRANSFER

| | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2016 | 02/2016 | 01/2016 |
|---|---|---|---|
| Rating | X | OK | X |

---

**FEDLOAN SERVICING #7448269091FD0\*\*\*\*** ( POB 60610, HARRISBURG, PA 17106, (800) 699-2908 )

We investigated the information you disputed and updated: **Rating**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 09/12/2014 | Balance: | $0 |
| Responsibility: | Individual Account | Date Updated: | 04/09/2019 |
| Account Type: | Installment Account | Payment Received: | 06/08/2017 ($0) |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 06/08/2017 |
| | | High Balance: | $3,500 |
| Pay Status: | Transferred; was Paying as agreed |
| Terms: | $0 per month, paid Monthly for 120 months |
| Date Closed: | 04/09/2019 |

Remarks: DISP INVG COMP-CONSUM DISAGRS; ACCT CLOSED DUE TO TRANSFER

| | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2016 | 02/2016 | 01/2016 |
|---|---|---|---|
| Rating | X | OK | X |

---

**FEDLOAN SERVICING #7448269091FD0\*\*\*\*** ( POB 60610, HARRISBURG, PA 17106, (800) 699-2908 )

We investigated the information you disputed and updated: **Rating**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 09/12/2012 | Balance: | $0 |
| Responsibility: | Individual Account | Date Updated: | 04/09/2019 |
| Account Type: | Installment Account | Payment Received: | 06/08/2017 ($0) |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 06/08/2017 |
| | | High Balance: | $3,500 |
| Pay Status: | Transferred; was Paying as agreed |
| Terms: | $0 per month, paid Monthly for 120 months |
| Date Closed: | 04/09/2019 |



\*500000\*

# EXHIBIT K



**TransUnion**

Prepared For **ANDREA L. MARION**   Date generated: Mar 16, 2023

● **COM SERV GRP**        **$820**

   Unknown payment history        Balance updated **Mar 06, 2023**

*incomplete acct#*

### Account info

| | | | |
|---|---|---|---|
| Account name | **COM SERV GRP** | Balance | **$820** |
| Account number | **U20179XXXXXXXX** | Balance updated | **Mar 06, 2023** |
| Original creditor | **12 CHARTER COMMUNICATIONS** | Paid off | **0%** |
| Company sold | - | Monthly payment | - |
| Account type | **Open account** | Past due amount | - |
| Date opened | **May 29, 2019** | Terms | - |
| Status | - | Responsibility | **Individual account** |
| Status updated | **Mar 2023** | Your statement | - |

*collection cant be open when it's purchased from original creditor after the acct has closed/defaulted.*

### Payment history

**No payment history available to display.**

### Contact info

Address      **2001 NEWMARKET DRIVE**
                  **LOUISVILLE,**
                  **KY 40222 LOUISVILLE,**
                  **KY 40222**

Phone number      (800) 264-6850



● **USDOE/GLELSI**      **$56,476**

**Exceptional payment history**      Balance updated Feb 28, 2023

### Account info

*Incomplete acct #* (handwritten)

| | | | |
|---|---|---|---|
| Account name | USDOE/GLELSI | Balance | $56,476 |
| Account number | 927679XXXX | Balance updated | Feb 28, 2023 |
| Original creditor | - | Original balance | $52,900 |
| Company sold | - | Paid off | 0% |
| Account type | Installment account | Monthly payment | - |
| Date opened | Jan 23, 2018 | Past due amount | $0 |
| Open/closed | Open | Terms | - |
| Status | Paid or paying as agreed | Responsibility | Individual account |
| Status updated | Feb 2023 | Your statement | - |

### Payment history

*no payment history showing until Feb 2019.* (handwritten)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | - | - | - | - | - | - | - | - | - | - | - |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - |

✓ On Time      - Data Unavailable



**TransUnion**

● **USDOE/GLELSI**                                                              **$1,478**

Exceptional payment history                                      Balance updated **Feb 28, 2023**

### Account info

| | | | |
|---|---|---|---|
| Account name | **USDOE/GLELSI** | Balance | **$1,478** |
| Account number | **927677XXXX** | Balance updated | **Feb 28, 2023** |
| Original creditor | - | Original balance | **$1,498** |
| Company sold | - | Paid off | **1%** |
| Account type | **Installment account** | Monthly payment | - |
| Date opened | **Oct 26, 2017** | Past due amount | **$0** |
| Open/closed | **Open** | Terms | - |
| Status | **Paid or paying as agreed** | Responsibility | **Individual account** |
| Status updated | **Feb 2023** | Your statement | - |

*[handwritten: incomplete acct #]*

### Payment history

*[handwritten: no payment history reflecting until Nov 2019]*

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | - | - | - | - | - | - | - | - | - | - | - |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | - | - | - | - | - | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | - | - | - | - | - | - | - | - | - | - | ✔ | - |

✔ On Time          — Data Unavailable



| Account name | AUSTIN CAPBK | Balance updated | Oct 22, 2022 |
| Account number | 800884XXXX | Original balance | $10,000 |
| Original creditor | - | Monthly payment | - |
| Company sold | - | Past due amount | $0 |
| Account type | Installment account | Terms | 120 Months |
| Date opened | May 03, 2021 | Responsibility | Individual account |
| Open/closed | Closed | Your statement | - |
| Status | 60 days past due | | |
| Status updated | Oct 2022 | | |

*[handwritten: only reflecting 30 days past due not 60]*

**$ Payment history**

*[handwritten notes in payment history grid: On Time, 30 30 Days Late, Data Unavailable]*

**✉ Contact info**

Address: 8100 SHOAL CREEK AUSTIN, TX 78757

Phone number: (512) 693-3600

**📋 Comments**

Closed

*[handwritten: no disputed comments = violation 15 USC 1681s-2(3)]*



Prepared For ANDREA L. MARION   Date generated: Mar 16, 2023

● **BRYANTSTBK** — $164
Unknown payment history — Closed

### 🗎 Account info

| | | | |
|---|---|---|---|
| Account name | BRYANTSTBK | Balance | $164 |
| Account number | 521044XXXXXX | Balance updated | Feb 10, 2023 |
| Original creditor | - | Credit limit | $0 |
| Company sold | - | Monthly payment | - |
| Account type | Revolving account | Past due amount | $164 |
| Date opened | Sep 22, 2020 | Highest balance | $164 |
| Open/closed | Closed | Terms | - |
| Status | Charged off as bad debt | Responsibility | Individual account |
| Status updated | Feb 2023 | Your statement | - |

*[handwritten: "Incomplete acct", "when?", "when?"]*

### 💲 Payment history

No payment history available to display.

*[handwritten: "where is payment history?"]*

### ✉ Contact info

Address  
500 E. 60TH STREET NORTH  
SIOUX FALLS,  
SD 57104

Phone number  
(605) 782-3474



**TransUnion.**

Prepared For **ANDREA L. MARION**   Date generated: Mar 16, 2023

● **CAPITAL ONE**                                                                    **$464**

4 late payments                                                                      Closed

**Account info**

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE** | Balance | **$464** |
| Account number | **517805XXXXXX** | Balance updated | **Feb 18, 2023** |
| Original creditor | - | Credit limit | **$300** |
| Company sold | - | Monthly payment | **$25** |
| Account type | **Revolving account** | Past due amount | **$200** |
| Date opened | **Feb 01, 2022** | Highest balance | **$464** |
| Open/closed | **Closed** | Terms | - |
| Status | **120 days past due** | Responsibility | **Individual account** |
| Status updated | **Feb 2023** | Your statement | - |

*(handwritten notes: "Incomplete acct #", "closed acct but have monthly payment?", "closed but past due?")*

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 120 | – | – | – | – | – | – | – | – | – | – | – |
| 2022 | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 |

✓ On Time     30  30 Days Late
60  60 Days Late     90  90 Days Late
120  120+ Days Late     –  Data Unavailable

**Contact info**

Transunion

Prepared for ANDREA L MCHIUM date generated Mar 16, 202

● **CELTIC/CONT** $0

Unknown payment history Closed

*[handwritten: incomplete acct #]*

### 📇 Account info

| | | | |
|---|---|---|---|
| Account name | CELTIC/CONT | Balance | $0 |
| Account number | 534636XXXXXXX | Balance updated | Nov 15, 2022 |
| Original creditor | - | Credit limit | $1,050 |
| Company sold | - | Monthly payment | - |
| Account type | Revolving account | Past due amount | $0 |
| Date opened | Jul 12, 2020 | Highest balance | $1,363 |
| Open/closed | Closed | Terms | - |
| Status | Charged off as bad debt | Responsibility | Individual account |
| Status updated | Nov 2022 | Your statement | - |

*[handwritten: When? when?]*

### 💲 Payment history

No payment history available to display.

*[handwritten: where is payment history?]*

### ✉ Contact info

Address **4550 NEW LINDEN HILL ROAD**
**WILMINGTON,**
**DE 19808**

Phone number **(866) 449-4514**

### 📑 Comments

Purchased by another lender

*[handwritten: — no disputed comments = violation 15 USC 1681s-2(3)]*



● **FEDLOAN** $0

**Exceptional payment history** Closed

*(handwritten: Incomplete acct #)*

### Account info

| | | | |
|---|---|---|---|
| Account name | **FEDLOAN** | Balance | **$0** |
| Account number | **744826XXXXXXXXXXX** | Balance updated | **Apr 09, 2019** |
| Original creditor | **-** | Original balance | **$2,000** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Installment account** | Past due amount | **$0** |
| Date opened | **Sep 13, 2011** | Terms | **120 Months** |
| Open/closed | **Closed** | Responsibility | **Individual account** |
| Status | **Paid or paying as agreed** | Your statement | **-** |
| Status updated | **Apr 2019** | | |

*(handwritten: no payment history until Apr 2016)*

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | ✓ | ✓ | ✓ | - | - | - | - | - | - | - | - | - |
| 2016 | - | ✓ | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ On Time      — Data Unavailable

### Contact info

Address          POB 60610 HARRISBURG,
                 PA 17106

**TransUnion**

● **FEDLOAN**                                                                 $0

   **Exceptional payment history**                                        Closed

---

▤ **Account info**

| | | | |
|---|---|---|---|
| Account name | **FEDLOAN** | Balance | $0 |
| Account number | **744826XXXXXXXXXX** | Balance updated | **Apr 09, 2019** |
| Original creditor | - | Original balance | **$3,500** |
| Company sold | - | Monthly payment | - |
| Account type | **Installment account** | Past due amount | **$0** |
| Date opened | **Sep 13, 2011** | Terms | **120 Months** |
| Open/closed | **Closed** | Responsibility | **Individual account** |
| Status | **Paid or paying as agreed** | Your statement | - |
| Status updated | **Apr 2019** | | |

---

$ **Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | ✓ | ✓ | ✓ | - | - | - | - | - | - | - | - | - |
| 2018 | - | ✓ | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ On Time          — Data Unavailable

---

✉ **Contact info**

   Address            **POB 60610 HARRISBURG,**
                      **PA 17106**



Prepared For **ANDREA L. MARION** Date generated: Mar 16, 2023

● **FEDLOAN** $0

**Exceptional payment history** Closed

### 📇 Account info

| | | | |
|---|---|---|---|
| Account name | **FEDLOAN** | Balance | **$0** |
| Account number | **744826XXXXXXXXXXX** | Balance updated | **Apr 09, 2019** |
| Original creditor | **-** | Original balance | **$3,500** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Installment account** | Past due amount | **$0** |
| Date opened | **Sep 12, 2014** | Terms | **120 Months** |
| Open/closed | **Closed** | Responsibility | **Individual account** |
| Status | **Paid or paying as agreed** | Your statement | **-** |
| Status updated | **Apr 2019** | | |

### 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | ✓ | ✓ | ✓ | - | - | - | - | - | - | - | - | - |
| 2016 | - | ✓ | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ On Time        — Data Unavailable

### ✉ Contact info

Address        **POB 60610 HARRISBURG, PA 17106**

● **FEDLOAN** $0
   **Exceptional payment history** Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **FEDLOAN** | Balance | **$0** |
| Account number | **744826XXXXXXXXXXX** | Balance updated | **Apr 09, 2019** |
| Original creditor | - | Original balance | **$3,500** |
| Company sold | - | Monthly payment | - |
| Account type | **Installment account** | Past due amount | **$0** |
| Date opened | **Sep 12, 2012** | Terms | **120 Months** |
| Open/closed | **Closed** | Responsibility | **Individual account** |
| Status | **Paid or paying as agreed** | Your statement | - |
| Status updated | **Apr 2019** | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | ✓ | ✓ | ✓ | - | - | - | - | - | - | - | - | - |
| 2018 | - | ✓ | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ On Time    — Data Unavailable

### Contact info

Address      **POB 60610 HARRISBURG,
PA 17106**

 **Consumer Financial Protection Bureau**
(https://www.consumerfinance.gov/)

**Start a new complaint**

❮ All complaints (.)

# 220302-8223624

**CLOSED**

 Submitted

**STATUS**

Submitted to the CFPB on 3/2/2022

**PRODUCT**

Credit reporting, credit repair services, or other personal consumer reports

**ISSUE**

Problem with a credit reporting company's investigation into an existing problem

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

I recently pulled a copy of my consumer report and noticed 7 items that are in direct violation of my consumer rights under 15 USC 1681- Congressional findings and statement of purpose (a)Accuracy and fairness of credit reporting The Congress makes the following findings: (4)There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy. 15 USC 1681a (2) (i) which is Definitions; rules of construction (2)Exclusions.—Except as provided in paragraph (3), the term "consumer report" does not include— (i)report containing information solely as to transactions or experiences between the consumer and the person making the report; I have a right to privacy. Remove and block these items listed below: 1. SANTANDER CONSUMER USA- 300002XXXXXXXXXXX 2. CREDIT ACCEPTANCE

CORP- 799361XX 3. CAPITAL ONE AUTO FINANCE- 620515XXXXXXXXXXX 4. TRANSWORLD SYSTEM INC/- 855883XX 5. ECSI/KEUKA COLLEGE- 6AFD64XXXXXXXXX 6. CCS/BRYANT STATE BANK- 521044XXXXXXXXXX 7. COM SERV GRP I have sent multiple letters requesting the deletion of late payments due to direct violation of my consumer rights. I recently received a copy of my Experian credit report, and I noticed some late payments posted on my credit report. Green Dot showing 30 days past due for January 2021 and April 2021 Instead of deleting these negative late remarks you stated they accounts was verified and updated but nothing was changed. I DEMAND DELETION OF THESE NEGATIVE REMARKS DUE TO THE VIOLATIONS LISTED BELOW. Your company is in clear violation of the law. Under 15 U.S. Code § 1681b - Permissible purposes of consumer reports, THE LAW CLEARLY STATES: (a)IN GENERAL Subject to subsection (c), any consumer reporting agency may furnish a consumer report under the following circumstances and no other: (2) In accordance with the written instructions of the consumer to whom it relates. Did I give you written instructions to furnish this account on my credit report? Furthermore, the FAIR CREDIT REPORTING ACT 15 U.S. Code § 1681(2)(A)(i) Exclusions from a consumer credit report clearly states: (2)EXCLUSIONS.—Except as provided in paragraph (3), the term "consumer report" does not include— (A)subject to section 1681s–3 of this title, any— (i) report containing information solely as to transactions or experiences between the consumer and the person making the report; Transaction: payment history Experience: amount of credit using Line of credit: an experience what you use and how you use it/ swipe card: are all transactions Delete the above late payments from my consumer report, this is in violation of the FAIR CREDIT REPORTING ACT 15 U.S. Code § 1681 Failure to respond satisfactorily with deletion of the above referenced account will result in legal actions being taken against your company, for which I will also be seeking $1,000 per violation for: 1. Defamation of Character (per se) 2. Negligent Enablement of Identity Fraud 3. Fair Debt Collection Practices Act 15 U.S. Code § 1692g violations 4. Fair Credit Reporting Act 15 U.S. Code § 1681 violations for willful noncompliance- §616. Civil Liability for willful noncompliance (15 U.S. Code § 1681n) These negative remarks and accounts reported were without my permission. THIS INFORMATION IS NOT INFORMATION RELATING TO ANY TRANSACATION BY THE CONSUMER. NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT You, Experian are furnishing inaccurate and incorrect information to the consumer reporting agencies. The reporting of such inaccurate information has caused severe damage to my character, my reputation, my general mode of living and my ability to obtain credit for personal and house purposes. You and your inaccurate reporting have damaged my livelihood. 15 U.S. Code § 1681s–2 - Responsibilities of furnishers of information to consumer reporting agencies (a)DUTY OF FURNISHERS OF INFORMATION TO PROVIDE ACCURATE INFORMATION (1) PROHIBITION (A)Reporting information with actual knowledge of errors A person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate. Duty: a moral or legal obligation; a responsibility Accurate: correct in all details; exact PROHIBITION: a law or regulation forbidding something As Defined by the IRS The IRS Clearly defies a charge off as Gross or Ordinary income, INCOME DOES NOT GET REPORTED ON THE CONSUMER REPORT which in fact makes your reporting of this account inaccurate! By Definition The IRS

Clearly says a Cancelled or Charge off is income. The reporting of this account as a debt is inaccurate. 15 USC 1681 s-2 Says you Experian are a furnisher of information to a consumer reporting agency. You are PROHIBITED BY LAW to furnish inaccurate information. I demand you to Cease and Desist the reporting of incorrect/inaccurate information immediately. 15 USC 1681 s-2(a)(1)(A) A person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate. You are hereby put on NOTICE that you are furnishing incorrect inaccurate information. The lender must file 1099-C and send you copy if the amount of the debt cancelled is $600or more and the lender is a financial institution, credit union, federal government agency, or other applicable entity as discussed earlier in chapter 1. The above paragraph is taken directly from the IRS 2021 publication. I have not gotten a 1099-C that should have been sent when the furnisher reported this account and Filed the account as a cancelled debt but they have not so they are in violation of reporting inaccuarate information as well as Experian due to I asked for a complete investigation into this matter and was replied back that you have and the account was verified and accurate but it is not. 15 U.S. Code § 1681s-2 (a)DUTY OF FURNISHERS OF INFORMATION TO PROVIDE ACCURATE INFORMATION (1) PROHIBITION (B)Reporting information after notice and confirmation of errors A person shall not furnish information relating to a consumer to any consumer reporting agency if— (i) the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate; and (ii) the information is, in fact, inaccurate In conclusion I have shown you and you have been put on notice that you are reporting inaccurate information. The information is, in fact, inaccurate. The continued reporting of this inaccurate information is a clear violation of the Law 15 USC 1681 s-2 of your responsibilities as a furnisher of information. You have caused me and my family severe harm due to your negligence and inaccurate reporting. This is a final opportunity to Cure and DELETE This Erroneous, Inaccurate account from my consumer report. You have four [4] days to REMOVE THESE ITEMS FROM MY CONSUMER REPORT.

**ATTACHMENTS**

drea ga id.jpeg (584.9 KB)

capital one repsonse.jpg (964 KB)

lease.jpg (1.6 MB)

transworld cfpb response.jpeg (2.6 MB)

View full complaint ➕

 Sent to company

**STATUS**

Sent to company on 3/2/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company still working

**STATUS**

Company response is in progress as of 3/3/2022

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

---

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.

## Company responded

**STATUS**

Company responded on 4/7/2022

**RESPONSE TYPE**

Closed with non-monetary relief

### Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days.

**DESCRIPTION OF NON-MONETARY RELIEF**

In response to your request, the following actions were taken on your credit file: You
disputed the following accounts and/or public records on your credit file. Below includes the
results of that investigation SANTANDER CONSUMER USA UPDATED COMMERCIAL
SERVICES GROU VERIFIED AS REPORTED BRYANT STATE BANK UPDATED CAPITAL ONE
AUTO FINANCE UPDATED GREEN DOT CORPORATION UPDATED

## Feedback requested

**STATUS**

Feedback requested on 4/7/2022

**FEEDBACK DUE**

6/6/2022

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will
have 60 days from when the company responded to share your feedback. The CFPB will
share your feedback responses with the company and use the information to help the
CFPB's work with consumer complaints.

## Closed

The CFPB has closed your complaint.



**ADDITIONAL TOOLS AND RESOURCES**

 **Consumer Financial Protection Bureau** (https://www.consumerfinance.gov/)

**Start a new complaint**

❮ All complaints (.)

# 220528-8796311

**CLOSED**

 Submitted

### STATUS
Submitted to the CFPB on 5/28/2022

### PRODUCT
Credit reporting, credit repair services, or other personal consumer reports

### ISSUE
Improper use of your report

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or

- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or

- Let you know if we need more information to continue our work.

---

### YOUR COMPLAINT

In accordance with the Fair Credit Reporting Act, BRYANT STATE BANK- Account# 521044XXXXXXXXXXX GREEN DOT Bank- Account# 400421XXXXXXXXXX FIVE STAR BANK- Account# 205102XXXX CREDIT ACCEPTANCE CORP- Account# 799361XX CAPITAL ONE AUTO FIN- Account# 620515XXXXXXXXXXX SANTANDER CONSUMER USA- 300002XXXXXXXXXXX COM SERV GRP- Account# U20179XXXXXXXX FRONTLINE AS- Account# 111059XXX All these accounts above have violated my rights. 15 U.S. Code § 1681 section 602 A. states that I have a right to privacy. 15 U.S. Code § 1681 Section 604 A Section 2: It also states a consumer reporting agency cannot furnish an account without my written instruction. 15 U.S. Code § 1666B: A creditor may not treat a payment on a credit card account under an open end consumer credit plan as late for any purpose.

View full complaint ⊕

## ✓ Sent to company

**STATUS**

Sent to company on 5/28/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company still working

**STATUS**

Company response is in progress as of 5/29/2022

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

---

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.

## ✓ Company responded

**STATUS**

Company responded on 7/9/2022

**RESPONSE TYPE**

Closed with non-monetary relief

## Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days.

**DESCRIPTION OF NON-MONETARY RELIEF**

In response to your request, the following actions were taken on your credit file: You disputed the following Personal Information on your Personal file. Below includes the actions taken: Address Removed Telephone Number REMOVED You disputed the following accounts and/or public records on your credit file. Below includes the results of that investigation. COMMERCIAL SERVICES GROU VERIFIED AS REPORTED CAPITAL ONE AUTO FINANCE UPDATED SANTANDER CONSUMER USA UPDATED GREEN DOT CORPORATION UPDATED 5 STAR BANK/WYOMING CNTY VERIFIED AS REPORTED BRYANT STATE BANK UPDATED

## Feedback requested

**STATUS**

Feedback requested on 7/9/2022

**FEEDBACK DUE**

9/7/2022

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

## Closed

The CFPB has closed your complaint.

# EXHIBIT L

then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Sat, Jun 5, 2021 at 9:01 AM Andrea Marion <marional01@mail.buffalostate.edu> wrote:

Andrea Marion                                              June 1, 2021
155A Garden Village Drive apt 1
Cheektowaga, NY 14227

COMMERCIAL SERVICES GROUP
4965 US HIGHWAY 42 SUITE 1500
LOUISVILLE, KY 40222

Re: Account Number: U20179XXXXXXXX

Dear Collection Manager:

This letter is in response to your credit report entry on April 2, 2021 related to the debt referenced above. I wish to save us both some time and effort by settling this debt.

Please be aware that this is not an acknowledgment or acceptance of the debt, as I have not received any verification of the debt. Nor is this a promise to pay and is not a payment agreement unless you provide a response as detailed below.

I am aware that your company has the ability to report this debt to the credit bureaus as you deem necessary. Furthermore, you have the ability to change the listing since you are the information furnisher.

I am willing to pay $200 as this is what I have available due to the pandemic, as a settlement for this debt in return for your agreement to remove all information regarding this debt from the credit reporting agencies within ten calendar days of payment. If you agree to the terms, I will send certified payment in the amount of $200 payable to COMMERCIAL SERVICES GROUP in exchange to have all information related to this debt removed from all of my credit files.

If you accept this offer, you also agree not to discuss the offer with any third-party, excluding the original creditor. If you accept the offer, please prepare a letter on your company letterhead agreeing to the terms. This letter should be signed by an authorized agent of COMMERCIAL SERVICES GROUP AND SENT VIA MAIL. The letter will be treated as a contract and subject to the laws of my state.
As granted by the Fair Debt Collection Practices Act, I have the right to dispute this alleged debt. If I do not receive your postmarked response within 15 days, I will withdraw the offer and request full verification of this debt.

Please forward your agreement to the address listed above.


Sincerely,
Andrea Marion

 **BUFFALO STATE**
The State University of New York

**Andrea Marion <marion01@mail.buffalostate.edu>**

# Re: URGENT
8 messages

**Andrea Marion** <marion01@mail.buffalostate.edu>                                    Sat, Jun 26, 2021 at 4:38 PM
To: Linda Wise <lwise@collectcsg.com>

Is there anyway we can settle this debt with a settlement offer?

> On Jun 5, 2021, at 10:23 AM, Linda Wise <lwise@collectcsg.com> wrote:

> Ms. Marion,

> We have received multiple copies of this letter from you via mail and email.  We cannot accept your offer to
> settle this Education Assistance obligation owed to Charter Communications in exchange for deletion from
> your credit report.

> Commercial Services Group has also received at least nine E-Oscar disputes on this account since October
> 2019 with various dispute reasons including identity fraud, dispute of balance and a statement that you
> have no knowledge of the account.   We have investigated each of those complaints and provided
> documentation to you multiple times as well.

> If you would like to discuss payment arrangements to resolve this matter, please let us know.  Once the
> obligation is resolved the account will be noted as paid on your credit report.

> Should you wish to discuss this matter with me directly, please feel free to call.

> Sincerely,

> *Linda H. Wise*
> President
> (502) 560-6743
> lwise@collectcsg.com

 COMMERCIAL
SERVICES GROUP

## This Communication is from a Debt Collector. Any information obtained will be used for that purpose.

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended
solely for the addressee(s) and may contain confidential and/or privileged information and may be legally
protected from disclosure. If you are not the intended recipient of this message or their agent, or if this
message has been addressed to you in error, please immediately alert the sender by reply email and

**Linda Wise** <lwise@collectcsg.com>    Mon, Jun 28, 2021 at 8:42 AM
To: Andrea Marion <marional01@mail.buffalostate.edu>

Hello Ms. Marion,

Thank you for contacting Commercial Services Group, Inc. If you would like to make a reasonable settlement offer, I will certainly send the offer to our client for consideration.

Thank you,

*Linda H. Wise*

President

(502) 560-6743

lwise@collectcsg.com



# This Communication is from a Debt Collector. Any information obtained will be used for that purpose.

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

[Quoted text hidden]

---

**Andrea Marion** <marional01@mail.buffalostate.edu>    Mon, Jun 28, 2021 at 12:36 PM
To: Linda Wise <lwise@collectcsg.com>

So charter communications still has the file and just hired your company to help? Can I reach out to them directly if you have there contact info?

> On Jun 28, 2021, at 8:43 AM, Linda Wise <lwise@collectcsg.com> wrote:

[Quoted text hidden]

---

**Linda Wise** <lwise@collectcsg.com>    Mon, Jun 28, 2021 at 1:50 PM
To: Andrea Marion <marional01@mail.buffalostate.edu>

Ms. Marion,

Yes, Charter Communications is CSG's client. Our agreement with Charter does not allow me to provide contact information for Charter employees. If you have a former supervisor or Human Resources contact for Charter to whom you could reach out, please feel free to contact them directly, however, Charter will likely request that you contact CSG.

Again, if you would like to offer a reasonable settlement offer, I will be happy to submit it to Charter to see if they will approve.

Best regards,

*Linda H. Wise*
President
(502) 560-6743
lwise@collectcsg.com



## This Communication is from a Debt Collector. Any information obtained will be used for that purpose.

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

[Quoted text hidden]

---

**Andrea Marion** <marional01@mail.buffalostate.edu>                    Mon, Jun 28, 2021 at 8:52 PM
To: Linda Wise <lwise@collectcsg.com>

Because of the pandemic I am only getting unemployment. I can offer 30% of the balance which would be $246
[Quoted text hidden]

---

**Linda Wise** <lwise@collectcsg.com>                                   Tue, Jul 6, 2021 at 10:08 AM
To: Andrea Marion <marional01@mail.buffalostate.edu>

Hello Ms. Marion,

We heard back from our client, Charter Communications and they rejected your settlement offer of $246 and did not make a counter offer. The full amount of $820.00 remains due to Charter. If you would like to make payment arrangements, please let me know.

Thank you,

*Linda H. Wise*
President
(502) 560-6743
lwise@collectcsg.com



## This Communication is from a Debt Collector. Any information obtained will be used for that purpose.

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

[Quoted text hidden]

---

**Andrea Marion** <marional01@mail.buffalostate.edu>        Wed, Jul 7, 2021 at 11:35 AM
To: Linda Wise <lwise@collectcsg.com>

Ok can you let them know I only have the $246 right now to offer because I have other collections and May have to file bankruptcy.
[Quoted text hidden]

---

**Andrea Marion** <marional01@mail.buffalostate.edu>        Sun, Jul 11, 2021 at 11:18 AM
To: Linda Wise <lwise@collectcsg.com>

[Quoted text hidden]

 **BUFFALO STATE**
The State University of New York

**Andrea Marion <marional01@mail.buffalostate.edu>**

## collections account# U20179XXXXXXXX
9 messages

**Andrea Marion** <marional01@mail.buffalostate.edu>                    Thu, Oct 27, 2022 at 12:10 PM
To: consumercare@collectcsg.com

Andrea L Marion                                                                October 27, 2022
3201 Kenelworth Dr apt 5
East Point, GA 30344

Commercial Services Group

4965 US HIGHWAY 42 SUITE 1500
LOUISVILLE, KY 40222

Re: Account# U20179XXXXXXXX

To whom it may concern,

I, the consumer am writing this letter advising that **COMMERCIAL SERVICES GROUP** is in violation of
my federal protected consumer rights under the FDCPA. I noticed your company placed a fraudulent account
on my consumer report, but I never had any business relationship with **COMMERCIAL SERVICES
GROUP**, nor did I give anyone associated with your company authorization to access my nonpublic
personal information. I did **NOT** give prior consent or authorization for **COMMERCIAL SERVICES
GROUP** to communicate with me about this alleged debt, and there was no prior consent from a court
giving permission to contact I, the consumer in collection of any debts and thus this communication and
reporting of this alleged debt on my consumer report is a violation under the FDCPA. I am requesting you
provide me with a full accounting history of this alleged debt , proof that you are able to collect on this
alleged debt and a contract between me, the consumer and **COMMERCIAL SERVICES GROUP**, bearing
my signature. This needs to be done within 14 days of confirmed receipt of this letter or I will begin legal
proceedings for the violations of my federally protected consumer rights and the FDCPA, as well as seek all
remedies available to me as permitted by law.

Best Regards,

Andrea L Marion

**Emali McGaughey** <emcgaughey@collectcsg.com>                        Fri, Oct 28, 2022 at 10:24 AM
To: Andrea Marion <marional01@mail.buffalostate.edu>
Cc: consumercare@collectcsg.com

Ms. Marion,

We have received your email. Please see attached for our response. We will also mail the attachment to the address
provided in your email.

Thank You,

Emali McGaughey, Compliance Officer

(502) 560-6701

emcgaughey@collectcsg.com

csgcompliance@collectcsg.com

**We have recently changed our mailing address to:**

**2001 Newmarket Drive**
**Louisville, KY 40222**
**Please inform the proper administrative parties in your organization.**



COMMERCIAL
SERVICES
GROUP

# This Communication is from a Debt Collector. Any information obtained will be used for that purpose.

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

[Quoted text hidden]
[Quoted text hidden]
--

You received this message because you are subscribed to the Google Groups "ConsumerCare" group.
To unsubscribe from this group and stop receiving emails from it, send an email to consumercare+unsubscribe@collectcsg.com.
To view this discussion on the web visit https://groups.google.com/a/collectcsg.com/d/msgid/consumercare/CAKv4MQ2VSk1FYZFD1zdVamHVsVOqY7r-_ncAC-tb74bVm5cEyQ%40mail.gmail.com.

 **Marion Dispute Response 10-28-2022.pdf**
3303K

---

**Andrea Marion** <marional01@mail.buffalostate.edu>         Fri, Oct 28, 2022 at 1:06 PM
To: Emali McGaughey <emcgaughey@collectcsg.com>

So charter communications "partnered with CSG"? So are you an in House debt collector that work for charter communications? Are you an affiliate of charter communications? You have any ownership or control with Charter Communications? If not your a non affiliated third party and also CSG is a debt collector as defined in the FDCPA and Charter Communications is the creditor that sold this alleged debt and my personal information to your company. Am I correct or no? If they didn't sell or transfer this alleged debt and my personal information then how did you get it ? I have no business now or in the future with CSG so I am requesting a contract or agreement that has my wet signature stating I am obligated to pay you this alleged debt or a contract with CSG, me and charter communications to this alleged debt.

Also I have disputed this alleged debt many times and have not received anything I asked for that validates this debt but a requirement you are supposed to send per the FDCPA. Nothing that you sent shows a clear and conspicuous ORIGINAL CONTRACT of business dealings specifically naming CSG. I never authorized CSG to obtain my personal non public information, infringing upon my right to privacy. In addition, CSG is a non affiliated third party and in

accordance with 15 USC 1692(c)(b), CSG has violated my rights by contacting me without my expressed written consent or a court order.

My settlement for this account at the time was to resolve this matter but my letter clearly stated I was not admitting to the alleged debt being mines I just wanted this removed from my consumer report. Offer was revoked and I know now my federally protected consumer rights and understand fully the FCRA AND FDCPA.

Now you also stated charter communications policy that states repayment is to charter communications not CSG the debt collector so again how is CSG involved in this alleged debt without my info being sold or transferred to CSG?

This is my final demand to comply with deleting this account from all consumer reporting agencies within 14 days of receiving this or I will begin legal proceedings for the violations of my federally protected consumer rights and the FDCPA, as well as seek all remedies available to me as permitted by law. I am also filing a complaint with the Attorney General for the violations CSG has caused me.

On Oct 28, 2022, at 10:24 AM, Emali McGaughey <emcgaughey@collectcsg.com> wrote:

[Quoted text hidden]

 **Marion Dispute Response 10-28-2022.pdf**
3303K

---

**Andrea Marion** <marional01@mail.buffalostate.edu>                    Wed, Nov 2, 2022 at 12:01 PM
To: Emali McGaughey <emcgaughey@collectcsg.com>

[Quoted text hidden]

 **Marion Dispute Response 10-28-2022.pdf**
3303K

---

**Emali McGaughey** <emcgaughey@collectcsg.com>                    Thu, Nov 3, 2022 at 11:01 AM
To: Andrea Marion <marional01@mail.buffalostate.edu>
Cc: csgcompliance@collectcsg.com

Ms. Marion,

Commercial Services Group, Inc. has answered all of your questions in our previous, and multiple, communications to you. We are fully compliant with, and well aware of, all applicable laws and regulations that pertain to our business.

Thank You,

Emali McGaughey, Compliance Officer

(502) 560-6701

emcgaughey@collectcsg.com

csgcompliance@collectcsg.com

**We have recently changed our mailing address to:**

**2001 Newmarket Drive**

**Louisville, KY 40222**

**Please inform the proper administrative parties in your organization.**



COMMERCIAL
S E R V I C E S
GROUP

# This Communication is from a Debt Collector. Any information obtained will be used for that purpose.

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

[Quoted text hidden]

---

**Andrea Marion** <marional01@mail.buffalostate.edu>                    Thu, Nov 3, 2022 at 3:56 PM
To: Emali McGaughey <emcgaughey@collectcsg.com>

You have not answered all my questions or provided me with what I requested to validate this debt. I will pursue further legal matters.
[Quoted text hidden]

---

**Andrea Marion** <marional01@mail.buffalostate.edu>                    Fri, Nov 18, 2022 at 7:14 PM
To: Emali McGaughey <emcgaughey@collectcsg.com>

I am reaching out one last time to resolve this matter amicably before I pursue further legal matters. You have stated multiple times that you're in complaint with the FDCPA and FCRA, however the reporting of this account is in fact inaccurate and incomplete because the collection account is actually reporting as an **OPEN ACCOUNT**. By default, a collection is already a closed account so this is in fact inaccurate and incomplete but each time I disputed you came back to me and the CRA's stating the account was accurate and verified. I have attached the screenshot to show proof CSG is in fact not in compliance with the FCRA and this information has been disputed multiple times since the initial reporting back in 2019. This is a direct violation of 15 U.S. Code § 1681s-2(a)(1)(B) and the account # U20179XXXXXXXX with CSG must be removed. I am also aware, each requirement of the FCRA which CSG fails to comply with, holds the company liable for $1000.00 per action and pursuant to 15 U.S.Code § 1681i, when an investigative report is prepared, no adverse information in a consumer report may be included in a subsequent consumer report unless the report was verified. Each month this false information was incorrectly verified as accurate by CSG and CSG is held liable for each consecutive reporting of this inaccurate and incomplete account. Pursuant to 15 U.S.Code § 1692k(a)(2)(A) states an individual action is a violation worth $1000 for proceeding, however understand 15 U.S.Code § 1692k(a)(1) these violations has caused actual damages to me, emotional distress, mental anguish, stress, embarrassment, misrepresentation, depression, credit denial, auto loan denial, and tarnished my reputation and character.

This account needs to be deleted immediately from all consumer reporting agencies and I am seeking actual damages of $5000. If this matter can not be resolved then I will go ahead and begin legal proceedings for the violations of federally protected consumer rights and the FDCPA, FCRA and actual damages, as well as seek remedy available to me as permitted by law.
[Quoted text hidden]

---



**COMMERCIAL SERVICES GROUP, INC.**
*2001 NEWMARKET DRIVE*
*LOUISVILLE, KY 40222*

*TELEPHONE (502) 244-6900*
*TOLL-FREE (800) 264-6850*

October 28, 2022

Andrea Marion
3201 Kenelworth Dr Apt 5
East Point, GA 30344

Re:   Multiple Duplicative Disputes
       Charter Communications Reference Number: 6050634
       Commercial Services Group, Inc. Reference Number: 201794

Dear Andrea Marion,

Commercial Services Group, Inc. (CSG) received your email on October 27, 2022 regarding a dispute over the reporting of your repayment obligation to Charter Communications (Time Warner Cable) being listed on your credit report.

Since we have previously responded to your dispute of this repayment obligation, I am copying the last response that we provided, which was in response to your complaint filed with the CFPB in April 2022.

"Charter Communications partnered with Commercial Services Group, Inc. (CSG) to recover this repayment obligation for tuition expenses. It has not been transferred or sold, and according to CSG's records, it is not a duplicate of any other debt.

CSG has had communication directly with Ms. Marion regarding this debt. CSG has also mailed required letters to each address we have had on file for Ms. Marion. This debt is for education assistance Ms. Marion received for an Information Literacy Course #GEN103 at Ashford University while employed by Charter Communications.

CSG has received over ten (10) disputes from Ms. Marion and has previously responded with validation when needed, each and every time. Ms. Marion has made a settlement offer to CSG, asking to pay off this debt for an amount less than the balance owed. This offer was presented to Charter Communications, but Charter did not accept the offer and instructed CSG to continue to

Page 1 of 2

pursue the full amount owed. One of Ms. Marion's recent disputes stated she paid Charter Communications directly, but she did not provide proof of the payment. CSG confirmed at that time, and again after receiving this CFPB complaint, with Charter Communications that they received no payment for this obligation.

Per FCRA & FDCPA guidelines, CSG will continue to furnish data on the current status of this obligation to credit reporting agencies. If Ms. Marion wants to resolve this matter or has any additional questions, she may contact CSG using any of the methods she's used in the past. For reference, the email address best used for this matter is consumercare@collectcsg.com and the best phone number to call is 800-264-6850."

We have again enclosed all documents in this response, and have listed the details below to assist with further clarification.

According to Charter Communications, the Time Warner Cable Education Assistance Policy states "If an employee terminates voluntarily or is terminated for cause within 12 months of the payment of a course, he/she must refund the total amount paid by the Company." The courses included in the repayment obligation were registered at Ashford University from 2/27/2018 through 1/10/2019. The tuition was paid by Charter to the university on 2/7/2019. Your voluntary termination occurred on 3/4/2019 which was within twelve months of the payments made to the university, thus resulting in your repayment obligation to Charter Communications.

Per FCRA & FDCPA guidelines, CSG will continue to furnish data on the current status of this obligation to credit reporting agencies. CSG is required to report in our name. Please contact the credit reporting agencies for additional information on their requirements.

We have worked diligently to provide a detailed response to you. If you would like to resolve this matter or if you have any additional questions, you may contact CSG. The email address best used for this matter is consumercare@collectcsg.com and the best phone number to call is 800-264-6850.

Sincerely,

Emali McGaughey, Compliance Officer
Commercial Services Group, Inc.
csgcompliance@collectcsg.com
502-560-6701


THIS COMMUNICATION FROM A DEBT COLLECTOR IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION RECEIVED WILL BE USED FOR THAT PURPOSE

| Course/Material | Course Number | Title | Start Date | End Date | Type | Grade | Status | Paid Amount | Paid Date |
|---|---|---|---|---|---|---|---|---|---|
| Course | GEN103 | Information Literacy | 2/27/2018 | 1/10/2019 | Online | A | Paid | $820.00 | 2/7/2019 |
| | | | | | | | Total: | $820.00 | |

# Admin Employee Repayment Report

Report Date: 3/14/2019

Inactive Date: 3/5/2019

System Entered Data

| Employee Name | Employee ID | Peoplesoft ID | Application # | Application Type | Degree Program | Degree Major | School |
|---|---|---|---|---|---|---|---|
| Marion, Andrea | P2795026 | 6050634 | 146073 | Reimbursement | Bachelors Degree | Criminal Justice | Ashford University |

Charter Tuition Electronic box (2) (1).png

In order to create a new application please verify the following statement:

☑   I understand and agree that checking this box indicates that I have read the Time Warner Cable Education Assistance Policy and I agree to be bound by all of the policy guidelines.

Please Note: The policy is accessible only for employees logged into the Time Warner Cable intranet. If you are unable to access the Time Warner Cable intranet to view the policy, please contact the Employee Services Center at EmployeeServicesCenter@twcable.com or call 1-877-TWC-BENS for further policy related questions

Charter Tuition (1) (1) (1) (1) (1) (1) (1) (1) (1).jpg

**TERMINATED EMPLOYEES**

If an employee terminates voluntarily or is terminated for cause within 12 months of the payment of a course. he/she must refund the total amount paid by the Company. An employee eligible for benefits under the Severance Pay Plan will not be required to reimburse TWC for amounts received in educational assistance for courses that were approved by the Company before the employee was notified of involuntary separation.



**csg reporting on transunion.jpg**
31K

---

**Andrea Marion** <marional01@mail.buffalostate.edu>    Thu, Nov 24, 2022 at 11:36 AM
To: Emali McGaughey <emcgaughey@collectcsg.com>

[Quoted text hidden]



# COM SERV GRP

Original creditor: 12 CHARTER COMMUNICATIONS

## Balance details

**0%** paid off

| | |
|---|---|
| Balance | **$820** |
| Balance updated | **Nov 08, 2022** |
| Original balance | **$820** |

## Account info

| | |
|---|---|
| Account number | **U20179XXXXXXXX** |
| Date opened | **May 29, 2019** |
| Account type | **Open account** |
| Status | - |

---

**Andrea Marion** <marional01@mail.buffalostate.edu>    Mon, Nov 28, 2022 at 8:12 AM
To: Emali McGaughey <emcgaughey@collectcsg.com>

[Quoted text hidden]

 **Consumer Financial Protection Bureau** (https://www.consumerfinance.gov/)

**Start a new complaint**

❮ All complaints (.)

# 220224-8186354

**CLOSED**

 Submitted

**STATUS**
Submitted to the CFPB on 2/24/2022

**PRODUCT**
Debt collection

**ISSUE**
Attempts to collect debt not owed

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

COM SERV GRP has been on my credit report since May of 2019. However, I never gotten a phone call nor a letter in the may from them stating they was trying to collect on this debt and I had the right as a consumer to request validation. I NEVER SIGNED AN AGREEMENT WITH THIS CREDITOR. THIS IS NOT THE ORIGINAL CREDITOR. THESE OR DUPLICATE ACCOUNTS. 15 U.S. Code § 1692e - False or misleading representations. A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (1)The false representation or implication that the debt collector is vouched for, bonded by, or affiliated with the United States or any State, including the use of any badge, uniform, or facsimile thereof. (2)The false representation of–

(A)the character, amount, or legal status of any debt; or (B)any services rendered or compensation which may be lawfully received by any debt collector for the collection of a debt. (3)The false representation or implication that any individual is an attorney or that any communication is from an attorney. (4)The representation or implication that nonpayment of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action. (5)The threat to take any action that cannot legally be taken or that is not intended to be taken. (6)The false representation or implication that a sale, referral, or other transfer of any interest in a debt shall cause the consumer to— (A)lose any claim or defense to payment of the debt; or (B)become subject to any practice prohibited by this subchapter. (7)The false representation or implication that the consumer committed any crime or other conduct in order to disgrace the consumer. (8)Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed. 15 U.S. Code § 1692b - Acquisition of location information Any debt collector communicating with any person other than the consumer for the purpose of acquiring location information about the consumer shall— (1)identify himself, state that he is confirming or correcting location information concerning the consumer, and, only if expressly requested, identify his employer; (2)not state that such consumer owes any debt; (5)not use any language or symbol on any envelope or in the contents of any communication effected by the mails or telegram that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt; and 15 U.S. Code § 1692c - Communication in connection with debt collection: (a)Communication with the consumer generally Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt 15 U.S. Code § 1692d - Harassment or abuse (1) The use or threat of use of violence or other criminal means to harm the physical person, reputation, or property of any person. Putting this false information on my consumer report has damaged my reputation 15 U.S. Code § 1692e - False or misleading representations A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (2) The false representation of— (A) the character, amount, or legal status of any debt; or A negative balance means I owe something but if balance in positive amount, how is it a bill/debt owed? 15 US Code 1666- Correction of billing errors: if sending me a bill or statement, then billing error and violates my consumer rights. 15 U.S. Code § 1692f - Unfair practices A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (1)The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law. (8) Using any language or symbol, other than the debt collector's address, on any envelope when communicating with a consumer by use of the mails or by telegram, except that a debt collector may use his business name if such

name does not indicate that he is in the debt collection business. This company has
tarnished my reputation and violated so many of my consumer rights. - Volenti non fit
injuria- Latin for "to a willing person, it is not a wrong". The legal maximum holds that a
persona who knowingly and voluntarily risks danger cannot recover for any resulting injury. -
Debt collector willingly bought bad debt to try and get consumers to pay still. You are at
fault not me because you bought this bad debt not me I was denied for many things
because of this collection on my account and with no way of knowing about it before
reporting to consumer agencies denied me my consumer rights of requesting validation.
This is in violation of 15 U.S. Code § 1692c - Communication in connection with debt
collection: 15 U.S. Code § 1692k - Civil liability (a)Amount of damages Except as otherwise
provided by this section, any debt collector who fails to comply with any provision of this
subchapter with respect to any person is liable to such person in an amount equal to the
sum of– (1) any actual damage sustained by such person as a result of such failure; (2) (A)in
the case of any action by an individual, such additional damages as the court may allow, but
not exceeding $1,000;

View full complaint ⊕

✔ Sent to company

**STATUS**
Sent to company on 2/24/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know
their response is in progress and provide a final response in 60 days.

✔ Company still working

**STATUS**
Company response is in progress as of 3/2/2022

**The company has responded that it is still working on your issue**

In some cases, companies need more time to respond. You should receive a final response
within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

Commercial Services Group, Inc. (CSG) has received this complaint. We are working to gather the necessary information and will respond shortly.

## ✓ Company responded

**STATUS**

Company responded on 4/14/2022

**RESPONSE TYPE**

Closed with explanation

### Company's Response

Charter Communications partnered with Commercial Services Group, Inc. (CSG) to recover this repayment obligation for tuition expenses. It has not been transferred or sold, and according to CSG's records, it is not a duplicate of any other debt. CSG has had communication directly with Andrea Marion regarding this debt. CSG has also mailed required letters to each address we have had on file for Ms. Marion. This debt is for education assistance Ms. Marion received for an Information Literacy Course #GEN103 at Ashford University while employed by Charter Communications. CSG has received over ten (10) disputes from Ms. Marion and has previously responded, with validation when needed, each and every time. Ms. Marion has made a settlement offer to CSG, asking to pay off this debt for an amount less than the balance owed. This offer was presented to Charter Communications, but Charter did not accept the offer and instructed CSG to continue to pursue the full amount owed. One of Ms. Marion's recent disputes stated she paid Charter Communications directly, but she did not provide proof of the payment. CSG confirmed at that time, and again after receiving this CFPB complaint, with Charter Communications that they received no payment for this obligation. Per FCRA & FDCPA guidelines, CSG will continue to furnish data on the current status of this obligation to credit reporting agencies. If Ms. Marion wants to resolve this matter or has any additional questions, she may contact CSG using any of the methods she's used in the past. For reference, the email address best used for this matter is consumercare@collectcsg.com and the best phone number to call is 800-264-6850.

## 📧 Feedback requested

**STATUS**

Feedback requested on 4/14/2022

# EXHIBIT

# M

 **BUFFALO STATE**
The State University of New York

**Andrea Marion** ███████████████

---

## Your Apple Card application status
1 message

---

**Apple Card Support** <no_reply@post.applecard.apple>
█████████████████████████████████

 **⬤Card**                                              **Goldman Sachs**

**Apple Card Applicant:**
Andrea Marion, marional01@mail.buffalostate.edu

# Your application has been reviewed.

Thank you for your interest in Apple Card. Goldman Sachs Bank USA has reviewed your application, and it was not approved at this time because:

- A bank has recently closed your account

**Goldman Sachs Bank USA received your credit score from TransUnion Consumer Solutions.**

Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score as of August 6, 2020: **660**

Scores range from a low of 300 to a high of 850.

Learn more ›

This decision will not impact your credit score.

**Key factors that adversely affected your credit score:**

- Derogatory public record or collection filed
- Proportion of loan balances to loan amounts is too high
- Length of time accounts have been established
- Too many accounts with balances
- Number of inquiries

If you have any questions regarding your credit score, you should contact TransUnion Consumer Solutions at:

**TransUnion Consumer Solutions**
P.O. Box 1000
Chester, PA 19016-2000
1-800-916-8800

This decision was based in whole or in part on a report from the consumer reporting bureau(s) listed below. The bureaus themselves played no part in making this decision and are unable to supply specific reasons why your credit request has been denied.

You have a right under the Fair Credit Reporting Act to know the information contained in your credit file. You also have a right to a free copy of your report from the reporting bureau(s), if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report(s) you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting bureau(s).

**TransUnion Consumer Solutions**
P.O. Box 1000
Chester, PA 19016-2000
1-800-916-8800

Thanks again for your interest in Apple Card.

Apple Card is issued by Goldman Sachs Bank USA, Salt Lake City Branch.

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is Bureau of Consumer Financial Protection, 1700 G Street N.W., Washington DC 20006.

Goldman Sachs Bank USA, Salt Lake City Branch, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-6112.



**Thank you, Andrea.**

We reviewed your information and, unfortunately, we can't pre-approve you for a Capital One® consumer credit card at this time.

Rest assured, the form you submitted was **not a credit card application** and your **credit score was not affected.**

**Here are the reasons why we couldn't match you with an offer:**

- Based on your Pre-Approval form information, there are too many delinquent past or present Capital One credit obligation(s)
- Based on your Pre-Approval form information, we observed activity on a prior Capital One account that is not consistent with our expectations for account usage or the terms of the account agreement
- Based on your Pre-Approval form information, the balance on one or more Capital One accounts has exceeded the credit limit

**Please make sure to save and/or print this notice for your records** as it may not be available after this page expires or if you navigate to another page. For your security, this **page will expire after 20 minutes** of no activity.

We know this isn't the answer you were hoping for, but we hope there is an opportunity to provide you with new products and services in the future.

Creditor: Capital One, N.A. P.O. Box 30280, Salt Lake City, UT 84130-0230

**EQUAL CREDIT OPPORTUNITY ACT**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Bureau of Consumer Financial Protection, 1700 G Street NW, Washington DC 20552.

<u>Downlo</u>  ∧  ˑt
oɪ

Tap ⬆ , ☰ , ⋮ or ••• (depending on the app you are using), then tap Print.



☰   ‹ Exit

Thanks for your request. Unfortunately, we couldn't approve your application.

We'll provide more detailed information explaining our decision by U.S. mail in 7 to 10 days.

Close

 **My Account**    Cards    Banking    Travel    Rewards & Benefits    Business

# APPLICATION STATUS

Welcome ANDREA. Here is the status of the application(s) you submitted to us.

| Date Received | Application | Status of Application |
|---|---|---|
| 03/16/2023 | DELTA SKYMILES GOLD AMERICAN EXPRESS CARD | Declined |

**2:02**   ◀ Mail   5G<sup>u</sup><sub>E</sub> 75



Thank you for applying for an X1 Visa® Card from Coastal Community Bank Unfortunately, we are unable to approve you for an X1 Visa® Card account at this time.

Your application was processed by a credit scoring system that considers various factors in evaluating applications. The reasons for this adverse action are:

- Credit score is below our minimum requirement
- Too many past or present delinquent credit obligations with others
- Credit card utilization is too high

Our decision was based in whole or in part on information obtained from the following consumer reporting agency:

Experian's National Consumer Assistance Center
P.O. Box 4500
Allen, TX 75013
(888) 397-3742

This consumer reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. Any questions regarding such information should be directed to the reporting agency listed above.

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

- Your credit score: 555
- Date: February 21, 2023

Scores range from a low of 300 to a high of 850.

**Key factors that adversely affected your credit score:**

- Serious delinquency
- Ratio of balance to limit on bank revolving or other rev accts too high
- Number of active bank/national revolving accounts
- Time since delinquency is too recent or unknown

If you have any questions regarding your credit score, you should contact Experian directly at (888) 397-3742.

If you have any questions regarding this letter, you should contact us at:

Coastal Community Bank
c/o X1 Inc.
P.O. Box 7775, PMB 30684
San Francisco, CA 94120

**Notice**

🔒 x1creditcard.com — Private

Application

Profile



# You don't qualify for Divvy yet

Thanks for applying for Divvy. You didn't qualify on Jan 1st, but you can now reset your application.

Reset application

Dear Andrea Marion:

Thank you for your recent rental application to Sureste Property Services. You recently authorized Sureste Property Services to obtain consumer reports and/or investigative consumer reports about you from AppFolio, Inc., who provided us with information regarding your credit history, rental history, income verification, and/or criminal history.

We regret to inform you that Sureste Property Services is unable to approve your rental application due to the following:

[X] Credit History

[ ] Rental History

[ ] Criminal History (evaluating the nature, gravity, and timing of offences)

[ ] Insufficient Verified Income

Sureste Property Services's decision is based in whole or in part on information contained in the report obtained from:

AppFolio, Inc.
50 Castilian Dr.
Santa Barbara, CA 93117
Toll free: (866) 359-3630

For information on how to obtain a copy of your report or file a dispute, please visit: www.appfolio.com/consumer. We are enclosing a copy of *A Summary Of Your Rights Under The Fair Credit Reporting Act* with this letter for your review.

**Sureste Property Services is solely responsible for the decision to decline your application**. AppFolio, Inc. did not make this decision and is unable to supply you with specific reasons why the decision was made. You have the right to obtain a free copy of the report if you submit a written request to the agency identified above no later than 60 days after you receive this notice. You also have the right to dispute the accuracy or completeness of any information in the report by contacting AppFolio, Inc. at 50 Castilian Dr., Santa Barbara, CA 93117, www.appfolio.com/consumer, (866) 359-3630.

We also obtained your credit score from AppFolio, Inc. (who obtained it from Experian, 701 Experian Prkwy, Allen, TX 75013, www.experian.com/reportaccess, (888) 397-3742) and may have used it in making our decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 526

Date credit score was created: 06/01/2021

Credit scores range from a low of 300 to a high of 850.

The top key factors that adversely affected your credit score were:

- The Date That You Opened Your Oldest Account Is Too Recent
- The Balances On Your Accounts Are Too High Compared To Loan Limits
- Too Many Installment Accts With A Delinquent Or Derogatory Payment Status
- Lack Of Sufficient Relevant Real Estate Account Information

California applicants only (this section applies only if the report referenced above is a credit report): You have the right to obtain a free copy of your credit report within 60 days from the consumer credit reporting agency which has been identified on this notice and from any other consumer credit reporting agency which compiles and maintains files on consumers on a nationwide basis. Under California law, you also have the right to dispute with the consumer reporting agency the accuracy or completeness of any information in the report.

Massachusetts applicants only (this section applies only if the report referenced above is a credit report): You have the right to obtain a free copy of your credit report within sixty days from the consumer credit reporting agency which has been identified on this notice. The consumer credit reporting agency must provide someone to help you interpret the information on your credit report. Each calendar year you are entitled to receive, upon request, one free consumer report. You have the right to dispute inaccurate information by contacting the consumer credit reporting agency directly. If you have notified a consumer credit reporting agency in writing that you dispute the accuracy of information in your file, the agency must then, within thirty business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service. If reinvestigation does not resolve the dispute to your satisfaction, you may send a letter to the consumer credit reporting agency, to be kept in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about the disputed information in a report it issues about you.

Sincerely,
Sureste Property Services

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer

1

reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

    **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

    **You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

    As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is

2

placed on a consumer's credit file.  Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit.  If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account.  Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.**  If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.**  For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law.  For more information, contact your state or local consumer protection agency or your state Attorney General.  For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>Division of Consumer Compliance Policy and Outreach<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |

4

 **BUFFALO STATE**
The State University of New York

**Andrea Marion** ████████████████████

---

## Your Apple Card application status
1 message

---

**Apple Card Support** <no_reply@post.applecard.apple>
To: ████████ █████ ████████████████

 **Card**                                           **Goldman Sachs**

**Apple Card Applicant:**
Andrea Marion, marional01@mail.buffalostate.edu

# Your application
# has been reviewed.

Thank you for your interest in Apple Card. Goldman Sachs Bank USA has reviewed your
application, and it was not approved at this time because:

- Derogatory public record or collection filed
- Proportion of loan balances to loan amounts is too high
- Length of time accounts have been established

**Goldman Sachs Bank USA received your credit score from TransUnion Consumer
Solutions.**

Your credit score is a number that reflects the information in your consumer report. Your credit
score can change, depending on how the information in your consumer report changes.

Your credit score as of July 8, 2020: **625**

Scores range from a low of 300 to a high of 850.

Learn more ›

This decision will not impact your credit score.

**Key factors that adversely affected your credit score:**

- Derogatory public record or collection filed
- Proportion of loan balances to loan amounts is too high
- Length of time accounts have been established
- Too many accounts with balances
- Number of inquiries

If you have any questions regarding your credit score, you should contact TransUnion Consumer Solutions at:

**TransUnion Consumer Solutions**
P.O. Box 1000
Chester, PA 19016-2000
1-800-916-8800

This decision was based in whole or in part on a report from the consumer reporting bureau(s) listed below. The bureaus themselves played no part in making this decision and are unable to supply specific reasons why your credit request has been denied.

You have a right under the Fair Credit Reporting Act to know the information contained in your credit file. You also have a right to a free copy of your report from the reporting bureau(s), if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report(s) you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting bureau(s).

**TransUnion Consumer Solutions**
P.O. Box 1000
Chester, PA 19016-2000
1-800-916-8800

Thanks again for your interest in Apple Card.

Apple Card is issued by Goldman Sachs Bank USA, Salt Lake City Branch.

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is Bureau of Consumer Financial Protection, 1700 G Street N.W., Washington DC 20006.

Goldman Sachs Bank USA, Salt Lake City Branch, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-6112.